that didn't come close to meeting her criteria -- Stephanie learned IJL didn't necessarily live up to its exclusive image.

She did, however, discover she and her second date had something in common.

"He started telling me how miserable he was in IJL. And we just laughed through the rest of the date because the whole company is a joke. It's all a sham."

**Pick-Up Line**

Our investigation reveals IJL woos singles with what some Casanovas might consider a great pick-up line.

It's a line that's music to the ears of lonely singles looking for love.

"They told me they had 25 men that fit exactly what I was looking," says Suzanne K. of Colorado Springs, Colorado, who joined in 2004. "I gave them a list of what I like and don't like and she (the director) said that would be no problem. She started writing things on the back of my profile -- names of people -- and said 'him, yes, yes, yes.'

She said give me a couple of days and we'll start getting you out on dates."

Jane G. of New York City says IJL used a similar pick-up line to convince her to join.

"They said they know of four men right now who would be perfect dates in every way for me. I said it's either do this or go to Italy and she (the director) said, 'don't worry, I'll find you someone to take you to Italy.'"

But these and scores of other singles -- who confirm IJL assured them it had several people who met their specific requirements -- say the company failed to deliver the so-called "perfect dates" promised.

"I don't think the people exist, these clients they tell you about that fit exactly what you're looking for," Suzanne says. "I never went out with anyone. They always cancelled or didn't show up. Where are these men who make over $100,000 and who live the same kind of lifestyle that I do?"

**Matchmaking Mix-Ups**

IJL's romantic ruse doesn't stop with the pick-up line. We've learned it also dupes singles with promises that its staff members are expert matchmakers. And first date specialists.

But Eliza H. of St. Paul, Minnesota, says IJL's employees are no modern-day Cupids.

"I told them I didn't want to date any Republicans and also didn't want to date anyone religious," she says. "The first person they set me up with was a Catholic who was also a Republican. The second guy they set me up with was a Seventh Day Adventist."

Eric. S. of Miami, Florida says IJL repeatedly set him up with women who didn't meet the ethnic criteria he requested.

"I specifically said I only wanted to date someone who was Latin," he says adding the company's director assured him that would not be a problem when he joined. "And that's where they could not be further off the mark. I got the impression that anyone who came along they were throwing at me. It started to feel like Russian Roulette."

K.G. of Alexandria, Virginia echoes Eric's frustration.

"I place a high value on education," says the Harvard-educated woman who originally joined the San Diego IJL in 2003. "And they set me up with one guy who couldn't read a menu that was in English and kept dropping the f-bomb. The dates were simply incompatible.

"Circus music should play when these guys pick up the phone, because this office is full of clowns," she says, adding the company also booked dates without her confirmation and gave her the wrong times and locations for dates.

"These guys are the carneys of the dating world — they promise you a prize, but the game is rigged squarely in their favor."

**Not the Dates Described**

We've also learned IJL misled some singles about their dates' backgrounds -- or left out critical information.

"They said one guy they were setting me up with was an art dealer," says M.B. of New York City. "They said he brings in important art exhibits and deals with art objects. But he wasn't an art dealer. He worked with a freight forwarding company."

M.B. says the dating service also left out key information about another date.

"He's wonderful, but he is recovering from cancer and they didn't reveal that to me before the date. A few weeks after our date, he was hospitalized.

"Those are little details that speak volumes about the company and how careless they are," she says. "This isn't like handling paperwork. They're handling someone else's life. And charging money for this is almost criminal."

Elizabeth M., an attorney in Washington, D.C. who joined IJL in 2001, says the company failed to disclose that one of her dates was still married.

"We were talking and then he mentioned his wife. I said 'you're separated?' He said I'm getting a divorce. "I was so offended they would set me up with someone who was still legally married."

**Customer Service**

How does IJL handle complaints like these?

Or problems with dates not meeting the criteria requested?

In some cases, singles say the company downplayed the problems, saying they were oversights. In other cases, the company asked clients to give them another chance.

In still other cases, singles say IJL put them "on hold" and didn't send them on dates for a while.

But some singles say IJL actually blamed them for mismatched dates.

"At one point I discussed the probability of them not having any matches for me and the director indicated that she felt I was being too picky," M.S. says. "They said that I needed to broaden my criteria.

"The other line I received from them is what they did is an art and not a science," she adds. "After paying $1500, that is not the customer service I expect."

Some former clients also say IJL refused to talk to them — especially if they had complaints about their dates.

"I called IJL when my date didn't show -- the guy I drove two hours to meet," says Suzanne K. of Colorado Springs, Colorado. "No one at IJL answered the phone. It dawned on me that they must have caller I.D., so I called the company from a pay phone. And this time, they answered."

### Kiss The Money Goodbye

Many singles say IJL refused to refund their money -- even if it failed to set them up with professionals who met their specific criteria.

Some singles say they just kissed that money goodbye.

"I have not received any type of refund from the company and I specifically asked for at least a partial refund since it did not set me up with anywhere near the type of women I would be compatible with or was attracted to," says Sgt. First Class Mark D. of Rockwall, Texas, an 18-year Army Veteran who paid $1300 in 2002. "I just dropped the whole thing and took it as a learning experience□ that I got taken."

So did M.S. of San Diego.

"I asked for a refund," she says, adding she paid $1500 in 2004 and only went on four disappointing dates -- all of whom expressed dissatisfaction with IJL's matchmaking expertise. "I took my request to the owner and she said we don't give refunds. She refused."

Some singles, however, have received refunds from IJL. But in many cases, they had to take extreme measures to get their money. (See related story)

### Dirty Little Secrets

Former IJL employees say they're sorry -- but not surprised -- by the problems singles have experienced with the dating service.

They say the company trains employees to dupe clients -- just to make a sale.

"It's Just Lunch! is not a human service, it is a human disservice and a complete snow job," Charisma M., a former director of the San Francisco office, posted on our Web site in 2004. She reiterated those comments during an interview last month with ConsumerAffairs.com. "Their company and business practices are built on propaganda and lies. I had to resign because I couldn't even look myself in the mirror.

"I feel it's my responsibility to disclose the practices I encountered during my time as a director."

Charisma says the San Francisco IJL office misled singles by:

• Claiming it carefully matched singles: "There is no 'matching' happening at It's Just Lunch. I would describe it as 'just get them out.' "

• Claming it's selective about its clients - "This is a lie. They are not selective. They just want to get clients in the door. It's all about the sale. I was told to take anyone and everyone."

• Claiming to have more clients than it does - "I was trained and instructed to lie to clients about the current number of members in our San Francisco and Walnut Creek offices. The active number was well below what we quoted. There were only 300 clients in the San Francisco office and a majority were on hold."

• Claiming to have an equal male vs. female ratio - "We were instructed and trained to lie and say the balance between men and women is 50/50. This is a far cry from the truth. It's more like 80-20. There are lots of women and few men."

• Overstating the number of marriages arranged by IJL - Charisma says the company claims it's arranged 10,000 marriages. "I didn't see a system in-house that could possibly track this. I'm curious as to how they would be able to prove this."

Charisma also says the San Francisco office asked men to go on "favor dates" to fulfill the number of dates promised in the women's contracts.

Former employees at other IJL locations confirm the company used these and other misleading tactics to dupe singles in their offices.

"The whole thing is disgusting," says Michelle S., a former director in the San Diego office who worked for IJL from November 2002 to June 2004. "IJL would put clients with whomever they could find. They didn't match them according to their parameters (criteria)."

In many cases, Michelle says, IJL intentionally misled clients about their dates.

"I can confirm the coordinator who calls and describes the person is completely lying or exaggerating about every aspect of that

person — age, profession — to get them to go on the date."

And remember the great pick-up line IJL uses to get clients to join?

"We were trained to say 'there are four or five people who I can think of right now that would be perfect for you,' " Michelle and other former employees say. "That's part of a script. It's one of our selling points."

Michelle says the San Diego office also misled consumers about the number of clients in its files.

"When I was at the downtown office, they said they had 500 clients for me to work with," she says, adding she wanted to buy the downtown San Diego franchise but IJL sold it to someone else. "But once I got in there, I found out I only had 100 clients. I got them up to 250 clients and I think we had more clients than anybody in country. But 250 clients is not that many."

Jennifer S., who worked as a director at the San Diego office in 2003, agrees IJL isn't selective about its members.

"I had a guy who I interviewed and I told the owner 'I can't match him. The owner said 'You take him. You take his money. You can match him.

"I told her he doesn't match any of our girls' parameters. And the owner still made me take his money. She said 'you never know who will come in the door tomorrow. That could be their perfect date.'"

Jennifer also says IJL clients are not the busy, upscale professionals the company claims.

"They say a majority of the clients are college graduates, bankers, lawyers and doctors. That's absolutely not true. A majority of our men in San Diego were blue collar."

Here's another "dirty little secret" Jennifer shared about IJL.

"Under California law, consumers have a three-day right of rescission," she says. "We were told not to — under any circumstances — send people out on dates within in three days after they signed their contracts. That's because if they didn't like their dates, they could cancel their contracts."

Lynn D. of Texas says when she joined IJL as a coordinator in

2004, her office didn't dupe singles.

But that all changed when a new owner bought the franchise in 2005.

"We went from having high class, good looking, and great people to taking whoever had money to join. We had a gentleman who came in and I said this is not anyone our girls will go out with. The director said she couldn't match him. The new owner said if he has the money, take it.

"The new owner also told me to lie to people to get them on dates," Lynn says, adding the owner fired her because 'the company was heading in a new direction.' "I said that's not what we promised. We promised to send them on quality dates based on their criteria.'"

### IJL Response

Daniel Dolan is Chairman and CEO of It's Just Lunch.

He declined our repeated requests for an interview and instead gave us a written response, stating his company is proud of its customer service and its reputation.

Dolan, who is married to IJL's founder Andrea McGinty, touts the company's success with the following claims:

• It's been in business over 14 years and is the fastest growing dating service in the world with over 85 locations. Dolan states each location is a franchise and is independently owned and operated.

• It has had almost 200,000 clients;

• It has had thousands and thousands of marriages;

• It has the highest client referral and renewal rates in the dating service industry.

Dolan also states that complaints to ConsumerAffairs.com do not reflect the views of a majority of IJL clients.

"It's Just Lunch has had almost 200,000 clients, and your Web site lists a very small percentage of complaints (less than 1710th of 1 percent), and only a couple complaints from all of 2005 out of our almost 50,000 current clients. In short, It's Just Lunch has had 250

times more marriages than complaints listed on your Web site."

Dolan also claimed that some of the complaints we received are not from IJL clients.

"We believe some (if not more) are ....from other people (perhaps competitors) pretending to be clients. It is our understanding ConsumerAffairs.com takes no steps to confirm that complaints they receive are from actual clients." (We did confirm all of the complainants who could be contacted during the course of this investigation). "

He adds: "You've also posted complaints from "employees" who never actually worked in an It's Just Lunch office. (The ones interviewed during this investigation stated they worked for the company and gave us titles and dates. Some people who filed complaints with us stated they interviewed for jobs with IJL but didn't start to work for the company).

Dolan did not offer any evidence to support his assertions and would not agree to speak to us in person or by telephone so that we could ask for such evidence.

Dolan also claims ConsumerAffairs.com isn't fair to businesses-especially those who've resolved consumers' complaints.

"Your Web site does not permit companies to respond to complaints□or update clients' views and opinions. For example, in. the case where a client's issue is resolved to the satisfaction of the client, your Web Site refuses to remove the complaint or note that the client is now happy."

It is not true that companies are not permitted to respond. Every page of the ConsumerAffairs.com site contains a link to the Company Response Form, a company official said.

It is true that complaints are not removed once published.

"We are not running an extortion service. If a company can simply buy off one or two complainants and have the complaints removed, that does nothing to help other consumers who might fall into the same trap," said ConsumerAffairs.Com Editor In Chief and President James R. Hood.

Dolan also claims IJL has a satisfactory rating with the Better Business Bureau and that agency more accurately reflects the company's service record and its clients' views.

Many IJL franchises, however, are not members of the BBB and
not all have a satisfactory rating.

For example, the BBB's Web site states the IJL franchise in
Phoenix, Arizona, on East Chandler Blvd., has "an unsatisfactory
record with the Bureau due to an unanswered complaint."

**Humiliating Experience**

M.B. of New York doesn't believe the rosy picture Dolan paints of
IJL and its satisfied clients.

"It's terrible PR-hype," she says. "It's Just Lunch can't and doesn't
deliver what it promises."

Kim S. of Houston agrees, saying he regrets the day he joined the
dating service.

He says IJL wasted his time.

His money.

And his dream of finding a partner.

"The whole thing is humiliating and embarrassing. I'm humiliated
to think that I could actually be duped by people like this. And
most people will not complain because they are so embarrassed
by it all."

**Report Your Experience**
If you've had a bad experience with a consumer product or service, we'd like to
hear about it. All complaints are reviewed by class action attorneys and are
considered for publication on our site. Knowledge is power! Help spread the
word. File your consumer report now.

Back to the top |

**Find this article at:**
http://www.consumeraffairs.com/news04/2006/02/ijl.html

☐  Check the box to include the list of links referenced in the article.

ConsumerAffairs, Inc.

**Exhibit F**

# Getting dumped by fiancé inspired launch of It's Just Lunch matchmaker

**RICHARD BLOOM**
GLOBE AND MAIL UPDATE
FEBRUARY 14, 2005 AT 10:08 AM EDT

For singles working their way up the corporate ladder, there may not be enough time in the day to make a pot of coffee, let alone time to find their Valentine. But there is always time for lunch.

And where there's a trend, there's a business plan.

**It's Just Lunch Corp.** began as a tiny one-woman shop in Chicago 14 years ago after entrepreneur Andrea McGinty was dumped by her fiancé five weeks before their wedding. It has since blossomed into a 70-office operation with annual revenue of more than $30-million (U.S.). Now, with millions of first dates under its belt, the company is expanding into Canada, Europe and Asia.

The first Canadian franchise opened in Toronto last summer to a flurry of interest, and locations in Vancouver and Montreal are set to open later this year.

Canada is seen as an important growth market for the company; Toronto, in particular, because it has 1.5 million people in the core dating demographic of 25 to 44 -- 41 per cent of which are single, separated or divorced.

Another statistic the company finds encouraging: 36 per cent of Toronto's population are white-collar employees.

"People were tapping on the door before we even opened [in Toronto]," explains Nancy Kirsch, senior vice-president at IJL, who grew up in the city's tony Forest Hill neighbourhood but now calls Washington, D.C., home.

"Dating dilemmas are the same for people everywhere . . .You're a professional working long hours and you don't want to date a colleague. If you're a 30-something, you've probably already met your friends' friends," she says, adding many singles are sick of going to bars or just don't have the time to go out and meet other people.

That's why a lunch date (or an after-work "drinks" date, which the company also arranges) is seen as the perfect solution, she says. Many professionals are used to dining with business clients, so going out to eat with a stranger doesn't come with the usual first-date pressure.

After lunch, both people can easily part ways or arrange for another longer date. What's more, there are no uncomfortable walks to the front door or good-night kisses. At least, not normally on the first date.

Customers plunk down $1,195 for a year's membership, which entitles them to a minimum of 14 first dates as well as a personal matchmaker who interviews each member, hand-picks each encounter and even makes the reservations at the restaurant.

If only Yente, *Fiddler on the Roof*'s loud-yet-lovable matchmaker, had realized the money that could be made by setting people up like this.

Case 1:07-cv-09227-SHS-KNF    Document 1-2    Filed 10/15/2007    Page 13 of 64

Tampa Bay, Fla.-based research firm Marketdata Enterprises estimates that the American dating-services industry generated $1.1-billion (U.S.) in 2004. That figure is forecast to swell to $1.5-billion by 2008.

Half of that is spent on dating websites like Match.com and personals.yahoo.com, but a growing proportion is also choosing the so-called off-line dating services. In fact, $407-million was spent at off-line matchmakers last year, which is expected to rise to $440-million by 2008.

According to Ms. Kirsch's data, more than half of all blind dates arranged through IJL go out for a second date.

A year ago, the service took credit for more than 10,000 marriages since its inception, but "it's much higher now," she says.

The success comes mainly from the matchmaker, Ms. Kirsch says.

Users of on-line dating services, which have become wildly popular in recent years, have to sift through scores of pictures and descriptions looking for that perfect match. Same goes for video-based dating services.

"Singles get frustrated because they're chasing the wrong list," she says, noting that through IJL, the date co-ordinator often picks pairings by a combination of suggestions from the client and gut instinct. "It's that unexplainable thing you cannot type into the computer."

Julie Ferman, a Los Angeles-based independent matchmaker and dating industry consultant, says services like IJL are ideal for singles because it gets people out on first dates and allows people the chance to improve their dating skills.

"There are so many people who are overlooked on websites," she says, referring to those who are "beauty-challenged" or who don't feel comfortable e-mailing somebody for weeks only to get a rejection before an in-person meeting.

She also says the price is right. Rival off-line dating services, like popular U.S. chain Great Expectations, often charge $3,000 to use their services. In big cities, some matchmakers charge $10,000.

Price was a key factor for Jennifer (not her real name), a 33-year-old health-care industry executive who signed up for IJL in late December as a New Year's resolution. She has friends who have spent upward of $5,000 (Canadian) for a dating service.

So far, she's only been on one date -- after-work drinks -- that went "well." Plans are in the works for a second date.

"It's really hard to meet people," she says, noting that she's been set up by countless friends and dabbled in on-line dating as well.

"If there's one thing it's taught me it's what I want and what I don't want."

She also likes IJL because the company verifies each person's identity and background, adding a greater degree of safety to encounters -- something most websites don't do.

"And I like that it's no pressure: It's just lunch."

Exactly.

SPONSORED LINKS

**Steadyhand Mutual Funds**
Canadian no-load mutual funds. Concentrated portfolios, low fees.
www.steadyhand.com

**Hot Stock Alert (TMDI)**
Telemedicus - Medical Communication Top Telemedicine Technology
www.Telemedicus.com

**MS Office Accounting 2007**
Easy to use award winning software. Buy Pro version for only $149.95!
www.IdeaWins.com

**Refinance at 5.125% Fixed Rate. Limited Time Offer**
Get $200,000 home loan for $854/month. Calculate Your New Payment. Serious Inquiries Only - Act Now!
Refinance.LoanOffer.com

**Official Site: AMBIEN CR™**
(zolpidem tartrate extended release) CIV Get Free 7-Day Supply
www.AmbienCR.com

**Buy a link Now**

© Copyright 2007 CTVglobemedia Publishing Inc. All Rights Reserved.

CTVglobemedia

globeandmail.com and The Globe and Mail are divisions of CTVglobemedia Publishing Inc., 444 Front St. W., Toronto, ON  Canada M5V 2S9
Phillip Crawley, Publisher

**Exhibit G**

| Locations |
|---|
| Dating Service News |
| Who We Are |
| What To Expect |
| Our Success |
| Dating & Relationship Facts |
| Restaurant Partners |
| It's Just Lunch Careers |
| Franchise Info |



**Dating for busy professionals**

Get More Info!
**760.779.0101**

**You Could Own:**
Adelaide, AU
Akron, OH
Amsterdam
Barcelona
Belgium
Boston, MA
China
Colorado Springs, CO
Essex County, NJ
Finland
Fresno, CA
Geneva
Germany
Greensboro, NC
Halifax
Hawaii
Hong Kong
Iceland
India
Indianapolis, IN
Japan
Knoxville, TN
Korea
Kuala Lumpar
Lansing, MI
Little Rock, AR
London
Madrid
Memphis, TN
Mexico
Milan
Montreal
Morris County, NJ
Norway

# Start Your Own
# Franchise

It's Just Lunch! ("IJL") is a specialized dating service for busy professionals. We have coordinated hundreds of thousands of dates for our clients since our opening in 1991.

We minimize the stress and maximize the efficiency of dating by coordinating our client's dates for lunch or for a drink after work. IJL is a "first date introduction service." People use a recruiter to find a job, a personal trainer to find a new body and IJL to find new friends and potential partners.

**Why It's Just Lunch?**
There is a huge, untapped, and ever-growing national and international market for dating services as singles seek alternatives to bars, personal ads, and other methods of meeting others. The rise in tele-commuting, Internet usage, multiple career moves, long work weeks, etc., have made it more difficult for today's singles to meet. This has created an opportunity for IJL and our franchisees to help singles expand their social circle and introduce them to or clients - people they normally would not get a chance to meet.

- According to Adweek, Americans spend $500 million annually on personal ads in newspapers and magazines alone.
- We are an affordable indulgence. Since our target market is busy single professionals, our service easily fits within their budgets.
- Compared to many other franchise opportunities, IJL provides a low cost of entry.
- We offer regular hours (Monday-Friday) in office environment. No late nights or weekends (unless you

> More about the **Its Just Lunch** franchise opportunity
>
> Apply for an **Its Just Lunch** franchise

- choose).
- Owning an IJL franchise is a white collar, attractive profession. You are a "celebrity" in your own city.
- We have a unique and proven system. IJL has been running offices for almost a decade.
- We offer an existing, talented and committed pool of executives with many years of combined experience to help mentor and guide you to success. We care about our franchisees and aim to make them their best.
- We supply a detailed marketing, advertising and public relations program. After opening many locations with a "bang," we have developed a sound communication strategy to "ignite" your franchise within your local market.

Perhaps, more than most businesses, a franchise-based business is an alliance built on relationships. We are a group of people with common ideas, attitudes and goals. And, just as you have to be absolutely certain that the franchise you choose to invest your time and money in is the right one for you, we need to be equally certain that every new member of our "family" is the right one for us. We owe it to ourselves, we owe it to all our franchisees and clients.

This information is not intended as an offer to sell, or the solicitation of an offer to buy, a franchise. It is for information purposes only. Currently, the following state and countries regulate the offer and sale of franchises:
**United States**: California, Hawaii, Illinois, Indiana, Maryland, Michigan, Minnesota, New York, North Dakota, Oregon, Rhode Island, South Dakota, Virginia, Washington, and Wisconsin.
**International**: Australia, Brazil, Canada (Alberta and Ontario only), China, France, Indonesia, Korea, Malaysia, Mexico, Russia and Spain.

If you are a resident of one of these states or countries, we will not offer you a franchise unless and until we have complied with applicable pre-sale registration and disclosure requirements in your jurisdiction.

**Who are we looking for in a franchisee?**
SOMEONE...
...with a burning desire to work for themselves.
...with the desire and ability to learn.
...who is passionate about helping other people meet new people and understands the difficulties in meeting someone in our culture.
...who has drive and initiative.

...who is not afraid to try.

...who wants to be an entrepreneur - looking to generate their own independent income and wealth, and to create and control their own future.

...who has the time and energy that success demands.

...who is looking to bring both talent and commitment "to the table" - within a proven system.

...who has the financial means to start their own business.

...who can fully grasp and appreciate the benefits, challenges, possibilities and rewards of an exciting, high-profile industry and our unique position within it.

...LIKE YOU?

**(760) 779-0101**



# What is It's Just Lunch?

Thank you for your interest in It's Just Lunch! As a leader in the dating services industry, we are excited about the rapid growth of our system and new developments within our business. We are actively seeking the "right" franchisees both in the US and internationally to join our network and help us expand.

After you have had a chance to review the enclosed information, please complete and return the Franchisee Application forms which will allow us to review your initial qualifications for an It's Just Lunch franchise.

Upon receipt of your Application, we will call you to review more detailed information about our program. Please call with your questions and comments as we look forward to working with you as you research the It's Just Lunch! Franchise opportunity!

Sincerely,

Irene LaCota
President- Its Just Lunch International LLC
619-756-7301
irene@ijlcorp.com

Copyright © 2007 Its Just Lunch, Inc. All rights reserved.



dating for busy professionals

# IJL in the News

## Just a sample...

"It's Just Lunch! To the delights of...clients, their singles service eases the anxiety level of the blind date by scheduling the encounters at high noon."
-People Magazine

It's Just Lunch receives worldwide exposure through effective public relations campaigns. Dozens of articles featuring IJL and our individual local offices have appeared in newspapers and magazines. Past campaigns have yielded mentions in media such as *The Wall Street Journal, Forbes* and *Newsweek*. In addition, we have had mentions on national television programs such as *The Today Show, 20/20, CNN, Dateline* and Geraldo *as well as extensive local television coverage.*

*While our national public relations ("PR") campaigns are designed to increase brand awareness, the local marketing/PR programs are designed to increase sales in our local offices. Our marketing team assists individual franchisees in developing marketing/PR programs for maximum effectiveness in their local markets. Our marketing specialists are always ready to help offices promote their business.*

*IJL has also created an array of affordable marketing tools that can be customized with each office's identity. Full-color brochures, direct mail programs and high quality premium items, as well as business cards and stationary, can be supplied quickly from a reliable source.*

MS-NBC **FOX TV** Early Show with Bryant Gumbel

**CNN The** Today Show **National Public Radio** Reuters

**The New Yorker** Business Unusual **Lifetime** Geraldo

**Jay Leno Show** Bloomberg Information TV

**USA Network** Dateline NBC **PBS** ABC 20/20 CNN/fn

**CNBC** Entertainment Tonight **Dow Jones TV**

Seventeen Magazine **Los Angeles Times**

New York Times **American Lawyer**

The Wall Street Journal **Marie Claire** Time Magazine

**Continental Airlines In-Flight Magazine**

Men's Health & Fitness **New Woman Magazine**

Japanese Times **Self Magazine** Fitness Magazine

**Working Woman Magazine** USA Today **Snapshot Glasgow**

(Scotland)Times **International Herald Tribune**

Your Company Magazine **Your Money** The London Times

**International Christian** Science Monitor

**American Bar Association Journal** Harvard Law Bulletin

**The National Law Journal** US News and World Report

**National Restaurant News** Redbook Magazine

**Southwest Airlines Spirit Magazine** Forbes Magazine

**London Guardian** First Magazine for Women

**Restaurant Hospitality** People Magazine

**Entrepreneur Magazine** Paris **Vogue**

Franchise Kit



IT'S just LUNCH!®

dating for busy professionals

# Support and Training

We are with you every step of the way as you prepare to open your office in the area you select. Our pre- opening support covers the details, from where to locate your office, to how to get your initial clients and everything in-between.

Our pre-opening support includes:

- How to identify suitable office space. Having established offices in many cities gives us the experience of knowing what works. Our support includes advising you on what to look for in an office location, as well as what to negotiate into the lease.

- Office layout and design standards that portray the right look for your franchise.

- Advice regarding furniture, fixtures, supplies and office equipment needed to open your office.

- IJL University: a comprehensive training program that teaches you the methods, procedures and practices for the successful operation of an IJL franchise.

- In-depth manuals, IJLNet, job aids and other tools to help you run your business.

- The benefits of a decade of knowledge gained through the invaluable hands-on expertise of our team.

- Guidance in recruiting, hiring and training personnel.

In addition to the IJL University training, we provide on-the-job training and support in your office. Our team:

- Provides guidance in setting up all files and client matching procedures.

- Trains you on our general work flow and day- to-day operating techniques.

- Reviews our database software program with you which helps you manage your most important asset — your clients.

- Advises you on starting up your marketing and public relations plan. During training, we will help you formulate your advertising program. We will provide you with sample print ads, direct mail

"Many It's Just Lunch! clients are lawyers or business people -busy, successful men and women who want to be in relationships but don't have time to meet people,' [Daniel Dolan, CEO for It's Just Lunch!] says. But even lawyers have time for lunch, and that's where Dolan's company comes in. Seventy-five percent of first dates set up by It's Just Lunch! lead to second dates, says Dolan. Then the potential for growth is up to the client."
-Harvard Law Bulletin

**Training**

Educated, motivated and highly skilled franchisees, directors and coordinators are the most important elements in a successful IJL office. Our training team offers basic and advanced training programs designed to keep franchisees and their teams abreast of the IJL system. Scheduled sessions held in our training facility in Palm Desert, CA, as well as across the nation, cover the total operational management of an IJL franchise, from building a customer base to recruiting and training office staff.

When you become an IJL franchisee, we first provide training at our corporate training facility. Then we come to your city and continue working with you to help you set up your business. Thereafter, we maintain a continuing relationship with you to provide you with every opportunity for success.

pieces, radio and TV ads from which you select to maximize your area's awareness about your franchise.

- Provides you with continued advice, guidance and assistance.

- Makes a follow-up visit within two to three months of your opening.

**Our commitment to you continues after your initial opening period. We will support your efforts through:**

- Franchise Consultants who provide advice on office staffing, marketing, sales and all other aspects of our IJL system.

- E-Newsletters to provide on--going communication to the singles in your database.

- The IJL Intranet and web site.

- Your own city web page.

- Sales coaching assistance.

- Management refresher training.

- International Franchisee Conventions.

- Regional meetings.

- Volume discounts for marketing materials and printing.

"So what is a single person to do? The answer, it appears, is to think like a company. You should 'outsource' your social calendar to one of an increasing array of sophisticated matchmaking services that provide 'assisted dating '. It's Just Lunch (IJL) is a firm that arranges 'pre-screened lunch dates' for busy professionals."
-**The Economist**

Copyright © 2007 Its Just Lunch, Inc. All rights reserved.



Franchise Kit

# Investment Overview

**Franchise Fee and Royalties** The franchise fee of US$25,000 or US$35,000 is based on the size of the territory for a ten-year term. An ongoing royalty of 9% of gross sales is paid monthly with a pre-determined minimum monthly royalty.

For these fees you will:

- *Receive full support and training.* Our team provides valuable start-up and ongoing assistance to help you build your business effectively and efficiently. The most beneficial result of your relationship with IJL is learning and using our business method. The way we conduct business, the "IJL system," has been constantly evolving since 1992.

- *Be licensed to use the IJL brand name* and proprietary database program for the term of our agreement as well as certain copyrighted and proprietary materials (signage, logos, tag lines, brochures, promotional gifts, marketing materials, paperwork, contracts, etc.).

- *Be granted an exclusive territory* in which to run your business.

**Estimated Start-up Expenses:**

Our start-up expenses are lower than many franchises. Please note, though, that costs may vary significantly based upon local costs for office rent, labor and advertising. It is impossible for us to know exactly how much your expenses will be, but based on our experience, we have determined that the start-up expenses to the right are applicable in most U.S. situations.

You may already own some of the items listed, which would reduce your initial start-up expense. Assume that 1,000 to 1,500 square feet of office space will be necessary to begin operations.

Furniture and Equipment: desks, chairs, filing cabinets, shelves, small tables, computer, fax/copy machine and phone system.

Inventory: There are no stock or inventory items needed to run this business apart from paperwork and marketing materials.

**Income**

## Start-up Expenses

Initial Franchise Fee
$25,000 - $35,000

Leasehold Improvements
$0 - $10,000

Furniture, Fixtures and Equipment
$4,000 - $10,000

Signage
$3,000 - $5,000

Initial Contribution to Local Media
Placement Fund
$8,000 - $20,000

Second Contribution to Local Media
Placement Fund
$8,000 - $20,000

Three Months' Rent and Security
Deposit
$5,000 - $14,000

Deposits and Business Licenses
$0 - $1,000

Training Expenses
$3,000 - $7,000

Miscellaneous Opening Expenses
$2,000 - $7,000

Additional Funds (3 months)
$80,000 -$95,000

Total Estimated Initial Investment
$138,000 - $224,000

*above amounts in US dollars
**ranges given above reflect US
locations only

Income is derived from membership fees which range from $1,000 - $1,500/year per client. For new offices, we recommend a lower tier of pricing for the first six months. Profits are derived from generating fees greater than your expenses.

**Working Capital**

Our Uniform Franchise Offering Circular recommends a range of $80,000 to $95,000 based on a start-up period of three months. This range does not include a draw or salary for the franchisee. Obviously, the greater your sales during the start-up period, the sooner you reach break-even and start producing a profit.

**Summary of Investment**

It's Just Lunch is an intensely personal business. We cannot promise you success. If both of us come to the conclusion that you should enter our business, we will help you learn our business system. Once again, we do not run your business for you. The abilities, drive and attitude you bring to our business will determine what you ultimately achieve.

Copyright © 2007 Its Just Lunch, Inc. All rights reserved.

**Exhibit H**



**consumeraffairs**.com
*knowledge is power!*

Consumer News    Recalls    Complaint Form    Scam Alerts
Rogues Gallery    Good Guys    Search    Home Page

Email Login

Small Claims Guide | Legal Forms | Lemon Law | Resources | Newsletters | Video | Span

Automotive    Education    Electronics    Family    Finance    Health    Homeowners    Shopping    Travel

*Sugardaddie.com*
Dating for Successful & Attractive People

· Ads by Google·    Albany Dating    Saratoga Dating    Lunch Dating Service    Dating Women

DATING SERVICES

## It's Just Lunch - Angry Women



*Looking for Love in All the Wrong Places*

**Zena of Decatur GA (09/26/07)**
I signed up with IJL late last April after promises that the experience will be very rewarding and fun. Now five months later I got total of 2 OK dates and 2 total mismatches. I had several phone calls with diferent representatives and with the office director reassuring me that all is going to be well, but so far nothing more than disappointments and promises. I feel used and deceived.

**Christine of Greensburg PA (08/29/07)**
I recently signed up for the It's Just Lunch Service. Unfortunately I didn't read any of these reviews and went strictly off of the fact that it appeared on Oprah - therefore assuming that it would be a good experience. All I can say is - what a waste of money.

• It's Just Lunch -- Or Is It?
• No Refunds
• Typical Complaints
• Dating Service Tips
• It's Just Lunch Responds
• Other Dating Services
—
• "It's Just Lunch" Settles Overcharging Complaints
• Illinois May Require More Protection For Online Dating
—
**IJL Consumer Complaints**
• Irate Men
• Angry Women
• Insiders
• Settled in Court
• Emily's Story
• Sandra's Log



SugarDaddie.com

C

• Research
• Noxious T
• Feds Sue
• Consume
• Financing
• More Bee
• Beef Reca
• USDA De
• Missouri S
• More New

The men that I went out with were very average. I stated that I wanted to date someone very attractive, fit and confident. I went on a few dates - the first, I couldn't even look at (very unattractive), the second - very average (I will admit that he was a

**Ads by Google**

**Find Jewish Dating Sites**
Compare Jewish Dating
Sites to Help Find Your
Special Jewish Friend
Jewish-Dating-Centers.com

**Free Millionaire Dating**
Featured on Playboy. Date
Wealthy & Sexy Singles.
100% Free for Girls.
SeekingMillionaire.com/Join-Free

**Long Island Dating**
Online Matchmaking with a
Local Touch. Get a Free
Profile Review!
www.GE-Dating.com/LongIsl

**Meet Singles Online**
Looking for Singles in Your
Area? Post an Ad and
Meet New People.
SuperLivings.com

**Married Wife Date
Service**
Date Real Married Women
Near You Instantly Search
in Your Area
www.DatingaWife.com

Show More Ads

nice gentleman) the next - again, not attractive. For the money that I spent it was not worth it. The director told so many lies to rope me in (how they were in need of women in my age range etc...). I came to find out that she told that to the men that I went out with as well. I dread answering the phone when I know they want to set up another date.

I called to cancel and was prepared to forfeit the money that I invested as well as their interview fee. I was told that there is a no cancellation/refund policy. If I can stop as many people from signing up for this service, I will.

### Kelly of Chicago, IL (07/30/07)
I contacted It's Just Lunch because I had heard good things. Unfortunately, I didn't speak with anybody that actually used the service themselves.

I've been on 6 dates so far and one is worse than the next. I'm not even a little bit compatible with my set-ups. They continually set me up with weird, awkward introverts. One guy was describe as blonde with blue eyes who has a variety of interests. I showed up and he was balding with gray hair. And outside of his lacking in looks, his personality was lacking and the conversation was painful.

I was promised that I would meet some really great people. So far I haven't met anybody I would ever want to date again. I don't even want to use the rest of my dates. I wasted $1,500 and 6 evenings with the lead cast of Revenge of the Nerds.

### Karen of New York NY (06/25/07)
$1000.00 paid for private dating service by myself and two friends - we are all women had seen this organization heavily advertised and on TV shows like Oprah making claims of legitimacy for successful singles not interested in dating via the internet or the bar scene - we are all successful attractive - one is a former model-one widowed and two divorced all three were set up with the same guy who admitted he was not asked to pay a dime as the company has too many women and no men signing on for the service.

He was asked to take each of us on a date - in the course of the first three months they would do the same thing to each of us... call schedule a meeting and cancel with the same excuse.

The organization was started by lawyers, we couldn't get our money back but we all finally found out from the same Plant that he was paid to date us so the company could look legitimate. He

**recent**

- Ford Reca
  Risk
- Cub Scou
- IonizAir A
- Razor E30
- Kids II Ba
- Dollar Ge
- Antioch P
- Sports Au
- KB Toys I
- Eveready
- Dollar Ge
- Toys 'R' U
- More Rec

READER :

Print, Ema

SAV

EM

PRI

MO

RSS

Subscribe

Nev
Email:
Privacy by





outed the scam. We were robbed.

**Lainey of Valley Glen CA (06/25/07)**
This business ... cannot meet what it promises. The staff changes constantly, so the intake person you meet with is never there again within a month and after you've spent all your time w/them you wonder who and how they are fixing matches up with - since the person that got a sense of you is no longer there. It is all random and there are no men that I would want a second date with.

You show up and look across the room for your match and think OH NO, please don't let that be him and sure enough it's him. It's dreadful.

IJL also states that the restaurant where your match takes place looks out for you and knows that you're on a <u>blind date</u> - that has not been the case at all in my situation. I showed up at a crowded Beverly Hills bar/rest. to meet my match and I told the host his name and he said Well take a look around, we're pretty busy tonite. I said, It's a blind date - how can I take a look around if I don't know who he is?

It's been absolutely ridiculous and the biggest waste of $1500 I've ever spent - while several of my friends are getting married from meeting partners on the internet. I wish I had looked on here before impulsively signing on to this bogus service - they should be ashamed of themselves.

**Patricia of Reisterstown MD (06/01/07)**
IJL has left Baltimore. All calls are forwarded to Miami office. When I demanded a refund, I was told I would have someone call me back. I was given another date and complained once again because there were absolutely no similarities. Again, I called and voiced my opinion that if IJL was not taking on new members in Baltimore, and I had a very new membership, that they could not possibly provide a date. They stated they had plenty of dates and would put me on the active list. Three weeks later I still had not heard from anyone.

I filed with the BBB and sent a certified letter with my complaint and demand for a refund. The date the certified mail was signed for, I received phone calls from someone who wanted to make a date as well as Diane who said she was sorry she hadn't gotten back to me about my complaint. Needless to say, I have neither received a letter or a refund. My next step is to take them to small claims court.

This was a very expensive proposition, $1500 and one in which IJL cannot come through on their end of the contract. Going to ITJ after my husband died was a difficult decision; one in which I didn't have a ton of money to throw around. I have asked repeatedly for a refund. I am not interested in their pool of potentials. I just want my money back since they have failed to keep their end of the contract.

**Bonnie of Irvine CA (05/01/07)**
I joined IJL in Newport Beach, CA on June 6, 2005. When I completed my application I emphasized how important it was to me that I met someone who was a professional (like me), and an active ocean person who loves to sail, scuba dive and ski, and had the time and money to travel internationally. Most important, I wanted to date another Christian. In the interview I asked whether they had enough male members who would be compatible. Before I signed the contract with them, they assured me that they had enough men in their database to fulfill what I was looking for and quickly ran my credit card. I paid them $1300 in advance for 14 dates, based on their promises to provide compatible partners for me.

They require that you phone them to report in within 24 hours of your date. They told me that this was so they could get a better idea of what you did or did not like about the guy, and they could apply this to find you a more compatible date the next time. It all sounded like a great idea. The truth was, they did not have nearly as many people in their system as they had told me.

Even after numerous complains during the next months, the matches they aligned me with became more and more incompatible and the dates kept getting worse and worse. They have not even come close to delivering what they promised. Several times they sent me to one restaurant and my date to another. One of the dates never showed up at all. They gave me some lame excuse as to why he didn't show.

I expressed my concerns to them numerous times when giving my date feedback. They even offered to extend my membership to give me more dates. What good would that do? They couldn't deliver what they had already promised me. Out of total frustration I put my membership on hold in October 2006.

In the middle of January I wrote them a letter outlining all their lies and demanded my money back in spite of a no refunds clause in their contract. I pointed out to them that I would contact an attorney and sue them for breach of contract if they did not refund my money, since they lied to me to get me to sign the

agreement in the first place. They send me back a letter telling me that they would refund my money in return for signing a non-disclosure that I would not go public with my story. I signed it, and waited for my refund. Now, almost four months later, still no refund. Additionally, they continue to promise to return my phone calls and never do.

This company is not qualified to be in the matchmaking business. The promises they make to the prospective members are for the purpose of putting money into their own pockets. I am currently filing a claim in Orange County Small Claims Court asking for all my money back. I am also sending this report to the Better Business Bureau and any other place where I can get the word out. If I can keep one other busy professional from wasting their time and money with this company, then I feel it will have done some good.

**Mary of Minneapolis MN (04/01/07)**
I have had very bad experiences with this company - not following through and setting me up on dates with the SPECIFICS I have asked not to be set up with. I have given them feedback each time and they have not listened. These examples are the basics - like where they live, if they have kids, etc. Horrible experience. The woman I originally met with is no longer with them, but they will not admit this to anyone and lie to all of us. I will be happy to provide examples.

Wasted money, wasted time. Most of the men I have gone out with through them have had the same complaints.

**Yvonne of Elsternwick OTHER (03/07/07)**

I called again to specify that I was only interested in meeting men of my religion, being Jewish. I was told on the phone that this would not be a problem and to come for the interview. We spoke about this again and again, because I did not want to waste their or my time. Before I knew it they got me to sign and pay for 6 months, being 8 dates, which was plenty , as I could not afford 12 months membership and did not want that long.

I had one date, which of course was not Jewish. I called Melbourne office of "It's just Lunch" to inform them that I now want to be set up with a Jewish man, as they promised. I was asked to be patient and to wait that they would have someone for me soon. And that if nothing would happen; I will be refunded my money.

It's been two months and no dates. I called two days ago and

informed them that I did want my refund and was informed that she would advise the manager and they will see. I called them again today left a message and of course no one called back. I feel that I was lied to just to get the money; they have no Jewish men on their list, maybe one or two but not in my age group. I can't afford to just throw away money, which was over $500.00 and be told to wait and wait. I feel that they say whatever comes to them to get you to join and pay, and afterwards, there is no one to speak to.

**Joanne of Bel Air MD (01/12/07)**
As a professional consultant, I believe that when a client hires my services they should expect top quality results or a refund of their fee. The IJL service does not provide the quality service it advertises for matching single professionals. The dates I have been provided do not match my economic, education, or my specific interests. As part of the feedback agreement I regularly contacted IJL to discuss what was good and not so good.

After my third date, I informed the counselor that based on these three experiences if these were the types of matches that I was not interested any longer. The next dates was better but it shortly reverted back to mis-mataches.

Examples include:

1. Two dates were retired living on fixed incomes.
2. One of the date's language was foul and quite distasteful. He also repeatedly called me when I did not provide him my number and after the third call, left a very nasty message. When I reported this to IJL, I was informed they cannot do anything about these types of situations.
3. Generally, my so-called matches spend a fair about of time complaining about their previous relationship.

Counselors have repeated ignored my feedback and brush off any responsibility for the bad behavior demonstrated by their clients. It does not appear counselors do a good screening of potential clients. Counselors change frequently without any introduction of new counselors. It appears they are more interested in the fee. I feel that the fee, I paid was a major waste of money. I could find dates like these on my own.

I must be clear that I did not enter into this agreement expecting to meet Prince Charming, what I expected was to meet quality professional people of similar professions, interests, and education. I feel that IJL mis-represents their available client list and their business by their actions in screening. I feel that I was misled as to what the service would provide.

I spent $1200 on the fee to IJL.

**K of Milwaukee WI (12/29/06)**
I have let my membership with IJL lapse because it was just not worth the time and expense of the thoughtless set ups. I am a well educated professional woman who joined as a means to meet some potential friends without the bar scene, etc.. The staff was in a constant state of flux; no one seemed to last long. One particularly terrible match had a Circuit Court record including over 30 offenses! The staff said that was not recent and that he seemed OK to them. There are no better safeguards with this service than in random meetings. IJL is a shameful business. I was given the same lines reported from many others. I can think of 4 people RIGHT NOW that would be PERFECT! Icky doesn't begin to describe the experience. I could have gone on vacation, bought some shoes, and come out feeling better!

**Carol of Smyrna DE (12/21/06)**

I had joined IJL with the promise and legal signed contract to meet someone that met my standards: Youthful looking, in good physical shape, clean shaven, and employed. However, I had met a gentleman who was much older looking, late for our meeting, not shaven, and skinny as a rail. The next gentleman that I met was very overweight, very balding, and looked 55 years old plus. I have wasted $1,500.00 in membership fees.

**Ellen of Portland OR (12/18/06)**

They advertised and emphasized, "it's about an insightful, professional IJL staff member hand-selecting appropriate matches based upon your desires, goals, motivations and our instincts." The "dates" they set me up with is far from what I specified (something as basic as height and weight). There was even one date that talked obsessively about their failed marriage since this person just signed the divorced paper 2 weeks prior to our date.

I was so horrified that I had to put a hold on my contract after 4 months with IJL, not go on any additional dates, and just let the contract expire. IJL cost me money and time, and worst of all, a string of really bad dates. I paid $1245.00 for one year, and only used the service for 4 months because it was THAT terrible.

**Dee of PA (12/12/06)**

After hearing radio advertisements for It's Just Lunch, I decided to contact the company for additional information. Despite repeated phone calls and e-mails, no one has contacted me. They

do not answer their phones or respond to messages left on their answering machine. They also will not respond to e-mail inquires. I have tried to reach this business for over two weeks. This company continues to have radio advertisements and send advertisements via e-mail — for services that apparently do not exist!

**Cherie of San Lorenzo CA (12/08/06)**
I paid over $1500 to be set up on dates with working professionals who have similar interests as me. My requirements were that the guy is a Christian, that he lives in the Bay Area and that he is divorced (not in the process of a divorce). What a scam. I was set up with a guy who lived in Portland and liked to have people to have dinner with when he was in town. I was set up twice with an alcoholic and each time they had us meet in a bar.

I was set up with a guy who didn't go to college who makes his living hauling away other people's junk. I was set up with 2 guys that were in cults (not Christian). I was set up with a guy who was best friends, business partners and sharing a house with his ex wife. I was set up with a guy who was in town taking care of his sick dad and lived in Denver (of course they told me he lived in San Francisco). I was set up with people who were not divorced yet and with one guy who was 10 years younger than me and was getting ready to move back to Texas because he missed his mom.

I still have dates left that I have paid for but informed IJL that they were wasting my time. IJL has an amazing amount of turnover in their workers, they don't return phone calls and never follow up when they say they will. It's funny because they will call immediately to try to get more $ out of you but once you give them a check they won't respond to your requests any more.

I wasted over $1500 and a lot of time and effort

**Caryn of Tucson AZ (12/06/06)**
I signed up for a six month dating programs with It's Just Lunch. During my interview I was told that if they did not do their job - finding me matches I was entitled to a refund. I was told that there were plenty of people for me to go out with. I was told that they did not send a person out on dates with people still going through divorces - well guess what my first date was - someone going through an ugly divorce and it was not pleasant. In addition to the above they were actually trying to sell me dates with men over 13 years older than me - even though I had asked for those in my age range.

I was told that there would be plenty of matches for me - to put it short - almost a year later - after being put on hold by them for a few months - I have finally completed my 6 dates - which means they don't have to bother with me anymore. Was there a follow up call after the last 2 dates - no. Prior to this I told them I was really unhappy with their service and I wanted a refund. They told me there was no refunds - and the contract said I agreed to go out on six dates or terminate after the end of the contract - which ever came last. I told them I was lied to - and that was where it was left. Most of the men I have been out with have had similar experiences. To

Summarize: They lied to me about the amount of people that are available for dates to hook me in. They lied about refunds so read the fine print on your contracts. They are constantly turning over their staff - so often one is dropped in the process or one should be prepared to deal with at least 5 new match makers. They do not follow through.


**Colleen of Calgary Canada (11/29/06)**
I ahve been reading articles from your site about It's just lunch dating service. I should have looked before I got involved. I am running into the same situation as the people that have complained already about them. I fortunately only signed up for the introductory offer and have only been ripped off for $200 and one very expensive lunch. The professionalism is lacking, the conduct of these people is deplorable, and the clients that they try to set me up with were poor to say the least.

I only went on one date and Candace literally bullied me into taking the lunch. The restaurant was very expensive and the date was nothing like we had talked about.. obviously no thought went into the service. When I called to complain I was yelled at and told that I was not an open minded person. I was told that if I didn't change my attitude that my contract would be severed with them. she suggested she would give me half my money back which I see doesn't happen to most.. I am just waiting now to see how long it will take for her to contact me again. It has been over 3 weeks since my first date.. If you want to add my name to what seems like a growing list of people that have complained you may do so.

I am humiliated and embarassed -- I am a professional person that really got caught in a scam. I should have know better.. but I would like to see some consequenses for their horrible business practices

**Susan of Amarillo TX (11/29/06)**
I signed up for this dating service back in September 2006. They
gave me a phone interview and charged my credit card,
guaranteeing me a certain number of dates (6, I believe) within 6
months. I sent a signed contract back to their office in Lubbock,
TX, because at that time there was no office in Amarillo, TX,
where I live (they assured me they had plenty of clients in
Amarillo). It has been over 2 months and I've not heard anything.
I just tried to call their office number and got a recording that the
number was disconnected. They also now advertise an Amarillo
phone number, which was also disconnected. I called the
company headquarters number for a direct connection to my area
office and still got the disconnect recording. I called and left a
message with the public releations dept at the company
headquarters. I am a struggling single mom and I cannot afford to
lose the kind of money I invested in this service. If they are no
longer working in my area, I want my money back.

**Debbie of Jacksonville FL (11/13/06)**
I worked for it's just lunch for a couple months. Everything that
has been written is true. I was told to sign up anyone willing.
They will not go on a date until the 3 business day to cancel has
passed, and then they are sent out with whoever needs to go out
because they have not been out lately. They are matched by
someone that has never met them or their prospective date. I was
interogated on every client I did not sign up, asking why.

I was embarrassed to work there. Furthermore, when I left the
company, they did not pay me and they thought I owed THEM
for training....training which includes sitting on bouncey balls to
appear to be a cheerleader. The training includes how to deceive
the customer and tell them that you have hundreds of clients. You
are told to not take african americans and people overweight. You
are told not to take women over 50 years old., you can take men
of any age because they date younger women... and you can give
them more dates in writting. This business is an outrage, preying
on lonely people. I am ashamed and embarrassed to have ever
worked there. I hope they go out of business.

**Kelly of Raleigh, NC (10/30/06)**
I was just about to sign up for a membership with IJL when I
stumbled upon the complaints online. Wow!

I would love to find someone like the guys who responded on this
website. Finding a gentleman who is interesting and fun and can

carry on an intelligent conversation is rare. Too bad we can't exchange emails on here! No IJL for me thanks!

**Laura of Chicago IL (10/27/06)**
I had this uneasy feeling about IJL, but I kept doubting myself and thinking maybe I was being paranoid. Then I got feedback from other victims of the IJL scam through a blog and now I feel totally taken. My experience has been nightmarish which culminated last Friday when my date never showed up! Ironically, this was the best date I had with the organization. What they promise and what they deliver are two different things. I went on 12 dates and 11 were awful. According to other respondents, they even hire men to go out with women because the organization is 75% women! How can they get away with this?

Basically, I am out $1500 plus the money I spent on drinks and meals; more importantly, I can't get back the time I spent getting to the loop, waiting at dismal restaurants, and making conversation with uninteresting men.

**Cathy of Phoenix, AZ (10/26/06)**
I have just had another date set up by someone at IJL who has never met me. This is the 4th person I have dealt with since becoming a member.

I believe that this is a totally numbers-driven company. They send you out on as many dates as possible to use up your membership. They show no concern about if you would have anything in common with the person. I am not sure they even read your profile, since they have tried to send me on dates with married men and men with small children, both of which I stated I was not interested in. Now I seem to be sent on dates with "my father"!

This company has no interest in you or your profile - all they want is your money.

**Jayme of Hollywood FL (10/26/06)**
After the first date I called and stated that I did not want to pursue the service. I had not signed a new contract. (I was a prior customer) Rachel attempted to set me up with a different person. I refused. Even though I repeatedly stated I did not want to use the service the company debited my checking account. There was no contract and the debit came after I stated I did not want to use the service.

**Christin of Alpharetta, GA (10/17/06)**

I joined It's Just Lunch under the expectations that this was a personalized dating service for busy professional people. I'm very busy, but not desperate.

After several hang ups with the first few scheduled dates, I was sent out to meet the first person at a place that was not open at the scheduled time. It happened to be on a weekend when there was no one from IJL to contact. I have found that the staff is very disorganized with returning phone calls promptly, and has provided misleading information regarding the potential matches.

I have been sent out on 3 dates, none of which were compatible with me. I waited to hear from IJL after the third date regarding the next potential match, but did not hear one word. I do not feel the matching is sincere and personalized, but rather based on random stastics on paper. I did not pay $1300 to be set up with random indiviuals whom I have nothing in common.

I was under the impression that the staff would take more time in actually getting to know me and my personality in order to match me, but this has not been the case at all. I have been very dissatisfied with their matching, correspondence, and ability to resolve issues in a professional and timely matter. They can't seem to understand why I do not wish to participate in such a disorganized, unprofessional, and robotic service.

**Donna of Miami FL (09/14/06)**

I became a member of "It's Just Lunch" dating service on 8/21/06. Their coordinator Lauren notified me of my first "date" named Jim. She told me the date, time and place. Mind you, I do not live anywhere close to this vicinity but since this was a new experience for me, I thought why not! I arrived on time to meet my "date".

I stood there waiting for fifteen minutes looking for this man as he was described by Lauren. Finally, I asked the hostess if anybody by the name of JIM had checked in. Going around the bar and asking every man if their name was Jim was not my way of resolving the situation. A half hour approached and still no JIM!

After more time passed, I left. I called Lauren and left her a not-so-nice voicemail message at 8pm. She or her superiors did not

even have the decency or courtesy to call me back the next day and explain what happened. All I know is I was made a fool out of and humiliated in public. I will be filing legal action and notifying the media of this company.

**Melissa of Fort Lee NJ (09/13/06)**
IT's Just Lunch is a dating service. You pay a fee up front for 11 dates or one year whichever comes first. They agree to match you with people that have criteria you specified. It's been 3 years and I have had 5 dates. Months go by and they either cancel a date or do not call at all. They likely do not have candidates for dates and I believe they make up stories saying that the one they planned to match you with, cancelled. Essentially they deliver the service not in one year but in years and years. When I asked for a refund the check bounced!

**Susan of Fountain Valley, CA (09/08/06)**
I signed up with IJL in May 2006. They said during the initial interview that they had many men that fit my profile and that I would be matched immediately. I was promised at least 14 dates over the 12 month contract.

They did set me up on the first two dates without issues. I gave them feedback and then they forgot about me. The 3rd date was with a man that didn't want to use the service anymore and didn't meet my criteria. For over 1 month I waited for another match and a return phone call.

I had a major discussion with Lisa about how poor their/her customer service was and she promised to set me up again. Another couple weeks pass and I am set up with a guy who does not meet my criteria - yet again. Now, another 4 weeks has gone by and they just called me with a match that is not a match.

The men that I have dated all state that they are innundated with potential dates. Hmmmm? The month that they did not contact me they say is due to short staff issues in their office - and they just missed matching me. Sounds like I'm not getting what I paid $1,500 for.

**Susan of Milwaukee WI (09/06/06)**
I signed up for this dating service that I thought had a very good concept and idea to it. I'm very busy and not desperate. I also thought because I'm in sales this would be good for networking and meeting new people and was I wrong.

This was one of the most embarrassing and humilitating

experiences ever. The people that they describe to me were not nearly close to what they said.

**Caryn of Denver CO (08/23/06)**
This is a dating service that promises on thing to lure you into their expensive service and do not deliver. The matches never were close to what I was asking for. I tried numerous times to get a refund and they refuse to address your concerns and will only place your memebership on hold. I would like a refund of $1500.00 for services that were falsely advertised and misleading.

I would like a full refund in the amount of $1500 which is what I paid for when I joined in February 2005. I have been in a Hold mode since September of 2005.

**Marie of New Orleans, LA (08/03/06)**
I was in the Nashville area after Hurricane Katrina devastated New Orleans. I joined It's Just Lunch to meet people when it seemed I would be there for awhile. I explained that I intended to return to New Orleans if possible and was told I could transfer the membership.

I had one pleasant introduction through IJL and was called back to my job in NO the same day. Almost a year later, IJL's New Orleans franchise is not operating. I've contacted the Nashville office several times asking for a refund of most of my membership fee ($1500), which has been promised but has yet to arrive.

This business has taken advantage of a tragic situation and has been unwilling to do the right thing.

**Kaye of Brandon FL (05/18/06)**
On March 1, 2006 I made the huge mistake of joining It's Just Lunch (a professional dating service) in Tampa for $1,195. The woman mentioned above is the franchise owner. On May 2, 2006, I sent her a certified letter demanding my money back for insuffcient service. I also notified my credit card company that I am disputing the amount. To date I have heard nothing from Ms. Fernandez. I am extremely dissatisfied with the service that was promised (supposedly providing me with 7 dates in 6 months). So far I have had one date (not my type as requested with the gal I interviewed with initially). The entire staff has been replaced in the Tampa office. I only wish I had found your website before joining this scam. ... I guess my next step is small claims court.

**K of Milwaukee WI (04/26/06)**
I joined with a friend and was told that there were "hundreds" of "professional" men in the Milwaukee pool. I soon found that

wasn't true when my dates were unprofessional and not at all what I mentioned looking for. The director who sold me the membership couldn't have sounded more scripted and I should have known that what she was saying couldn't possibly have been true but like everyone else on this site it was a matter of hope, I really just wanted to believe that it could be.

The straw that broke the camel's back was when my friend went out with a man who was very nice but had cerebal palsy and lived in a trailer with a couple of his siblings (yes, that is the truth, I know it doesn't sound like it at all but it is). I'm not sure what he did as a career but it was definitely not a professional position of any kind. I wanted to cancel my membership immediately for fear of being set up on my own date with him or someone like him and was told there were no refunds PERIOD. I said I would contact the better business bureau which didn't even faze them. All in all it was a TERRIBLE experience and an enormous rip-off.

**Amy of Philadelphia PA (03/10/06)**
I joined It's Just Lunch in good faith hoping to meeting men that might become friends and companions. I wasn't looking for the love of my life, just someone to pal around with. I was interviewed by what seemed to be a very poised young woman who asked me all about my likes, dislikes, etc. She promised me that she alone would be responsible for setting me up. I did ask if they had a suitable pool of men in my age group who also met my other requirements. She promised me they had lots of wonderful men just like what I was seeking.

I had specifically told IJL that I liked men who were very youthful artistic and active, and specifically said I wasn't great with corporate MBA types. "No problem" was the answer. I got a call for a first date with Mr. X. Mr. X looked like my grandfather and I think had a drinking problem. He was retired, had been a corporate guy all his life, was an engineer. Let's just say the only common link I could find was that we both were breathing.

After the date I called Maria to ask her what she was thinking. Maria wasn't there, Maria was on vacation, "not sure where Maria is"...finally after about 5 calls of stalling and lying I was told Maria had left. I called the owner and told him that this was completely unacceptable, now no one there knew me and I didn't think I could get the service that was promised. He arranged to have me come in and meet with Marisa, Maria's replacement.

Again, I had a long interview. Went into much more detail on likes, dislikes and requirements. One requirement was a BA minimum, preferably someone with a graduate degree. I also told me that I wanted my membership to begin again at that point. I

had joined for 3 months (guaranteed 3 dates). I felt because I had been lied to and because obviously Maria had not been personally matching me up that a new start was fair to both the company and to me. Marisa promised to get back to me on that.

Meanwhile, the first call I got was to meet someone who only had a high school education. I declined. I called Marisa to ask about the restart; she left a message for me saying that they couldn't do a restart. I called her again and left a message saying that that was unacceptable. She left me a very snippy message saying she'd spent so much time with me and I'd had one date already and she had someone terrific for me to meet. I called back and told her that was still unacceptable and that I was calling my lawyer (if not the DA's office).

Meanwhile she had arranged another date, telling me how wonderful this man is. I went, he didn't even show up. Or if he did, decided he didn't want to meet me. It was in a crowded place, so I'll give the date the benefit of the doubt. However, I spent a half an hour waiting and left. I did call the office and reached the owner. In the course of talking about missed connections, I repeated my story about my dissatisfaction with the service. He pretended we'd never talked before, and claimed no one lied to me. I told him that if they didn't start my membership over I was seeking legal recourse. I haven't heard back from them yet, but this was last night. Given what I've read on this site I'm tempted to go forward with legal action.

**"I" of Washington, DC (1/5/06)**
I have a number of complaints about IJL. I believe IJL misrepresented their services, their pool of candidates and their ability to meet my criteria.

My contract indicated 16 dates or 12 months (whichever came later) but between August and December, I had 2 dates. This trend indicates to me that "IJL is unable to provide clients with the number of introductions agreed to under Client's membership" (per contract).

My understanding was that IJL was designed for busy people however the onus has been on me to be proactive, to follow up, and to get details on potential matches. The quality of the service provided has been substandard and the IJL representatives have been very unprofessional, pushy and rude in dealing with me.

I have made numerous attempts to resolve these issues with IJL directly. I have been passed around from representative to representative and have spent most of my time re-explaining the

issues as none have taken the time to familiarize themselves with
my concerns or case.

**Jennifer of Lawrenceville, NJ (11/20/05)**
I received numerous calls from "It's Just Lunch" after checking out
their website about a year ago. I was promised that if I joined I
would have many dates and potentially meet my mate. I was
asked, "Wouldn't it be worth $1,500 to find the right person for
you?"

In 7 months I only went out on 4 dates and 2 of those were
disastrous. They obviously hadn't listened to anything I said in
my interview. Every time I called to speak to my counselors, I was
directed to their voicemails. I never spoke to either in person,
which I find to be poor customer service.

**Louise of Alhambra, CA (11/9/05)**
After hearing about IJL, and not wanting to post my photo on an
Internet site, I decided to join IJL. I am a very attractive divorced
mom with a demanding career and since lunch is the only time I
have to meet anyone, the program sounded ideal.

I joined in August 05 and was immediately promised several
matches. The "ideal man" (close in age, handsome, same ethnicity,
same interests) was "never in town", so I was sent on two "mercy
dates". I tried to make the best of it, but I would have never
chosen these fellows on my own. One was substantially older,
unemployed and lived with his mom and the other was much
shorter (I am 5 feet tall and could look him in the eye), heavier
than described and had some personal problems.

This past weekend, I received notice that the IJL office I dealt with
is filing bankruptcy. What a relief, I won't have to go on any more
Dutch-treat mercy dates, but I have lost $1,500.

**Danice of Birmingham, AL (11/1/05)**
I joined IJL on August 9, 2005. To date, I have had 1 date that was
certainly not a "match". I have had 2 dates cancel on me in less
than the required 24-hour notice. After numerous conversations
with the Director, she admitted that they mismatched me on the
first date.

Last week I was scheduled for a date on Friday, but didn't get the
call until noon. Since their policy is to confirm dates 24 hours in
advance I refused to go. The director left me a rude message
today saying she had turned my file over to the owner who might
get back to me next week.

They have my $1500 and I have had one unacceptable date in three months. I am NOT going to let it go until I get my money back if I have to spend it all on an attorney!

**Budge of Annapolis, MD (10/24/05)**
I had a BAD experience with IJL a few years ago and was recently given a membership to the DC office as a gift. After 4 months I have yet to have one date and want my money back.

One major complaint is the expensive choice of places to meet. Like I want to meet a blind date at the Ritz??? Also, based on my experience, the description of "athletic" means 20 pounds overweight.

Another problem is I want to do LUNCH but every time they call, the date is set for drinks at dinner, which I refuse to do. The name IJL is a misnomer and needs to be corrected.

**E.B. of Los Angeles, CA (10/7/05)**
Don't do it! It's a trick! The director spent an hour getting to know me and was confident she had many men that were perfect for me. She said she wouldn't accept my check if she couldn't match me up. To date, I have gone on 11 dates, and it's been over a year since I joined.

It appears the ONLY criteria that was used to match me was my religious preference because for the life of me, I am thoroughly perplexed as to why IJL thinks THESE 11 men were appropriate matches for ME. I have repeatedly been set up with guys well outside of the 10-year age range I indicated as acceptable, and have consistently been "misinformed" about their ages. Last night I was set up with a guy that was well below my bottom age limit, AND he was told that I was 3 years younger than I am!

OVERALL, the entire experience with this agency has been a complete disappointment. There is no rhyme or reason to their matching. I have wasted $1200.

**Kay of Alexandria, VA (8/18/05)**
Circus music should play when these guys pick up the phone, because in my opinion this office is full of clowns! I signed up in the San Diego office and was reasonably impressed with their ability to match me. So, when I relocated to northern Virginia, I thought that paying the transfer fee was a small price to pay to meet new and interesting people through this service. I was wrong. Dead wrong.

The matches they set me up with were, for the most part,

excruciatingly painful. Out of the six dates I went on, only one came close to meeting my criteria. I have one degree from an Ivy and a master's in progress from a top-rated school — I was sent on a date with a guy who used double negatives, expletives, and who couldn't understand the menu (it was in English, and he's a native speaker) and therefore declared the restaurant to be horrible.

He then decided to tell me how women don't have to work for anything in life, and that they get handed opportunities left and right... needless to say, the date ended soon thereafter.

They have also messed up reservations at restaurants (I arrived and they had no record of my name or that of my match), booked dates without my confirmation resulting in my having to make last minute schedule changes to prevent standing up my match, and they have even given me a different location/time than what they told my match. Imagine my surprise when I got a phone call asking where I was when I was unaware I was supposed to "be" anywhere.

I believe these guys are the carneys of the dating world. They promise you a prize, but the game is rigged squarely in their favor. They get $1000+; you get nothing but aggravation and awful outings with random people.

Damages: If I had saved that $1,200 and put it in an interest bearing account, I'd have been far better off. At least I'd have something to show for my money.

**Jane of Forest Hills, NY (6/28/05):**
I signed up for an "exclusive," expensive dating service with "It's Just Lunch" (IJL) in October of '04.

The person that initially interviewed me virtually grabbed my $1,000 out of my hand and promised me she had numerous candidates for me. In fact, she said she could think of four men off the top of her head at that very moment.

To make a very, very long story short, I had four dates in 7 months (I signed for a year), and these men basically became my "three dates from hell." One made me cry with his arrogance, another was three times my size and one was simply not my type, with the exception that we were the same age, period.

With continual dissatisfaction, I wrote the IJL three letters, which I sent certified. Finally, I met with the director. She swore to me that if I gave her just one more chance, she promised to find me a

great guy. To appease her, I agreed. (Imagine me, trying to appease her). She also asked me to please only deal with her, as if she would be the one to solve my romantic woes.

This was in April '05. The director called me a week later. "I'm soooo excited. I found the greatest guy for you." Well, needless to say, "Mr. Great" did not even exist because after three weeks of phone calls with the IJL, I realized that they were simply "jerking me around."

I finally told them to please give me the refund they promised me. They kept $200 as an "administrative fee." In the end, my cost for three dates was $220 each, not including the cost of cabs and all the other costs associated with meeting "Mr. Great."

Monetary concerns aside, I feel so relieved that my relationship with IJL is over. I have signed up for an online service for just $24 a month and I now have my pick of many great men. Now the singles scene in NYC doesn't seem so bad after all.

**Michele of Denver (11/23/04):**
I feel like I was intentionally deceived. They promise personal, professional service catering to your dating desires and deliver a mundane, completely inpersonal service. I had basic dating criteria that was rarely, if ever met. It is obvious that the people setting up the dates haven't met the clients, they simply read from the fact/interest sheet.

If I didn't ask questions, the information was not volunteered. When I balked because the person clearly didn't meet my requests, I was cajoled and belittled into going on the date anyway. When I called to complain and to try to cancel my service, I wasnt even granted the courtesy of a return phone call.

I paid $1500 for a service that was deivered. They will not offer a refund, I have 8 months left on my contract and would rather lose it entirely than continue to subject myself to the poor service and bad dates.

**"L" of New York NY (11/16/04):**
This service claims to do be a matching service between busy professionals. They take your money in advance, they ask you to sign a release form and after that, you get dates that you wish you could forget about. Their clients are not what they claim they are ... overweight, much older than the age they claim, some unemployed show up as "best matches of your life ..."

It's a very depressing experience, especially if each date is costing

$200.00 or more.

**Rita of Longwood FL (10/19/04):**

I joined It's Just Lunch after a very convincing speech from one of the so called "advisors". Although once I got into the place, I was placed in a small room to view a video about the organization. She then spent one minute giving me a questionairre to fill out. When I was done, she took about 5 minutes to "interview" me and about 20 to discuss the payment.

Oh how I regret writing the check. She told me that I could back out and get a refund if I was unsatisfied. The dates were a joke. They obviously never referred to any information I gave them. When the last date neglected to show up at the restaurant, I called the company and told them I was unhappy and wanted a refund. All she continued to talk about was the next date. I told her I wasn't interested. I was set up with a person and they neglected to tell them I had children. When he found out he canceled.

Finally, I called and spoke with the owner. He knew how disgruntled I was. He asked me if I would give him 4 more weeks for him to "personally" work on my file and then I could get a refund. I said, could you put that in writing? He said no, that he was a man of his word. That was a Friday afternoon. He then set an appointment with me for Monday at 10 to discuss things. I showed up, he didn't.

The girl I met with was nice and she proceeded to set me up with a supposed great guy. This ends up being the guy who doesn't want to date anyone with kids from 2 weeks prior. I then told her very nicely that I just was unimpressed with any of this and wanted my money back. She excused herself and called the absent owner. He told her I would have to put it in writing and he would get back with me in 24 hours. I wrote it out, he never called me. I called him today.

**Bonnie of Owings Mills MD (10/3/04):**

While I had a decent initial interview with Melissa (over a year ago) I have never had contact with her since. I have only been handled by staffers who hav never laid eyes on me or had a conversation with me. They also sound half my age. I took a chunk ($1500.00) of money out of my savings to give this a shot, believing that there would be a genuine attempt made to match me up with someone I connected with. I didn't expect Prince Charming on a horse, but just to meet some men who were at least FUN! It has been over a year. I get a "match" about every 2 months. The only criteria seems to be my age group. I wish I could have a pro-rated refund. This has been a boring waste of

money.

**Mia of San Diego (8/14/04):**
I joined in February of 2004 and interviewed with Meredith. I was told I would have 14+ dates and that they had a very large database of men who fit my criteria. It is now August 2004, I have gone on approximately 4 dates. I called Meredith several times to discuss my unhappiness and I soon discovered that Meredith no longer works there and therefore I have not received any dates or calls to inform me of the change. After many complaints, I was transferred to another counselor, Jessica, whom I have never met, and she promised to call me with a set up. No calls after several weeks.

Finally she admitted that the man she had in mind for me was extremely busy and our schedules conflicted. Scheduling conflict seems to be their standard answer to everything. I then started to leave messages for Jessica that I would like a pro-rated refund as I am no longer interested in their service and feel they need to improve their operation. No calls back but I received a letter that they have put my membership on "hold" due to my unhappiness with my membership!

I called back to speak with a supervisor or manager and received a call back from the franchise owner, Michelle. I filled her in on my experience and she admitted that I got off to a slow start. I expressed my feelings and let her know that several clients of hers are also displeased with their matching capabilities. Three of the four men they introduced me to expressed dissatisfaction with the service and with the quality of matches.

$1500 for 4 lunch dates. Doesn't that sound unreasonable? I feel it's only fair for a pro-rated refund. I know the contract indicates no refund but aren't they concerned about reputational risk? If this service was $100 it would be a different story but to take $1500 from someone knowing their customer is displeased with the service and not offer any resolution is just not good business practice.

**Mary of Pacific Grove CA (7/22/04):**
I became a member of It's Just Lunch in March 2004. At the age of 55 I was uncertain the dating service would have enough members in my age group to honor their promise of 14 dates in one year. Two weeks after becoming a member I had my first date. A second date did not materialize until May 2004.

At that time I informed the It's Just Lunch representative that I had sold my house and was moving out of the area. I was told

there weren't any offices in my new location and if I was over 50 miles away from an It's Just Lunch franchise I would be get a prorated reimbursement of my membership fee as stated in the contract I signed. I faxed the owner of the franchise, Mark McNeal a copy of my current utility bill as requested to show my new address. I call every other day and as of July 22, 2004 have not received a return phone call or a refund. Not only does this group have trouble with their commitment to find dates for their members, they do not honor the conditions of their contracts.

I paid a membership fee of $1295 and had one date.

**Marina of La Crescenta CA (6/29/04):**
I joined Just Lunch in July of 2003 and have been extremely disappointed. It?s a joke. I received a sales pitch from Jennifer, the "director" who told me that she could not wait to send me out on dates and to introduce me to all the appropriate and great gentlemen who were in my community and were listed with her. She even dropped some names. However, when I called her after my first date to give her feedback she said I shall not call her, her job was done by signing me up and interviewing me. Now it is up to the assistants.

Well they did not interview me or had any idea what I am looking for. The dates were completely incompatible. Each time I tried to talk to the matchmaker, I was hustled off the phone as quickly as possible. I wanted to leave and was happy to receive just 50% of my money back; however I was told I couldn't get a refund, and they kept reminding me I had signed a contract. Their contract however states that if they can't provide me with 16 dates based on my criteria, I should get a refund. But there is no time limit - it is one and a half years later and they could only just come up with 6 dates. They absolutely do not have men for me . I have met a lot more and very nice men on E Harmony. Much cheaper and well worth the money!

**Nikki of Nashville TN (6/5/04):**
I joined IJL to meet new people. The matchmaker on the phone, Jenny, sounded very enthusiastic and informed me that the company was featured on Oprah and that many new clients were joining every day. I went to be interviewed with a Lisa W for an hour or so, and we discussed the type of person I was looking for, my interests. However, I was not allowed to ask questions, was told to pay a $200 fee included with a $1000 membership "promotional" fee they had, and made me sign a contract about which I was not allowed to ask questions.

The dates ranged from completely incompatible to a downright

awkward, meaning they didn't look at my interests. Each time I tried to talk to the matchmaker, I was hustled off the phone as quickly as possible. In fact, I was forced to date somone whom I felt was not compatible with my interests. However, the IJL matchmaker told me she would not set me with anyone else until I dated this person! Their lousy, unprofessional service made want to leave; however I was told I couldn't get a refund, and they kept reminding me I had signed a contract. Their contract however states that if they can't provide with 16 dates based on my criteria, I should get a refund.

I have talked to the owever of the franchise, Jason, who doesn't understand why I'm so upset, and will not give me my money back. He also will not give me specifics on what my fee is being used for, since I have to pay for time, and money for the drinks and meals that come out of the date!

I've lost $1099 and time on a service which has brought me nothing my emotional distress and frustration.

**Deborah of Davis CA (5/14/04):**
These people are the used car dealers of dating. I received a pressured, enthusiastic sales pitch from Jennifer, the "director" who told me that she could not wait to send me out on dates and to introduce me to all the appropriate and great gentlemen who were in my community and were listed with her. However, she first tried to get me to meet guys who lived up to 2 hours away (???) and were older than I had requested.

When I pointed this out to the receptionist (who seemed to do all the work) she said, "OK, what kind of man are you looking for?" Either the original "intake interview" is a sham, or else they lost my file and were just matching me with whoever. When I later talked to Linda, the manager of the office, she apologized for Jennifer's mistakes, and then said, "What kind of man are you looking for?" When I suggested she look in my file, she hemmed and hawed.

It's now 6 months later, I have only had one "match" and Linda has not returned four telephone calls I made to her. The only honest person in the office in the receptionist, who apologizes. The one match I had was a bit odd as the "gentleman" did not know much about me; again, this leads me to believe that they lost my file or never refer to them when they do their matchmaking magic. For the last month they have been conferring and have agreed to give me a refund, but I have still not seen it, despite their claims that it was mailed out earlier.

Another thing: when I first phoned IJL, Jennifer quoted me a $995 per 12 dates price. When I made it into her office, the price had jumped another $100 to $1095. I opted for the lower, 6-date agreement, and Jennifer pouted and whined at me.

**Kim of Philadelphia (5/25/04):**
I joined Just Lunch in October of 2003 and have been extremely disappointed with the dates they provided. Two were over the age limits I requested, one had drug and alcohol issues and told me he attempted suicide, and one had cerebral palsy. I am very active and would never pick someone with a handicap for a mate.

One date told me he goes on a date a week. I am lucky if they get me a date once a month. It appears that they forgot to tell me they have more women than men in there mix. I wish I could get my money back. I did so much better on the internet. I paid $1200.00 for this service and do not feel I am getting my money's worth.

**Terrence of Marietta GA (4/4/04):**
I was told by Michelle that she was the "Love Goddess" of Atlanta who was invited to clients' weddings all the time. I was introduced to two exceptional women who would not date me again, then the rest were (unsatisfactory). I complained to Michelle who told me it was all my fault, and that these were the only matches appropriate for me. It cost me $1300 dollars and a lot of lost time.

**Michelle of New York NY (3/30/04):**
I stupidly paid $1,000 for a 6-month membership. The woman that interviewed me led me to believe they had LOTS of men that would fit my criteria. I initially left the interview feeling positive. I even got my first call about a match the very next day. IT'S ALL A SHOW!! I'm going into my fourth month and have only been introduced to 3 men, none of which were good-looking or had similar interests.

Even when they call you to tell you about the match they have for you, they simply tell you the person's hair and eye color, height and job title. Why did I fill out a form and give specific information on ideal interests and characteristics I'd like in a partner if that "so-called" match seems like it was pulled out of a hat? They rope you in, give you a crumb to nibble on right away, and then they're just going through the motions.

My second date was even worse than the first. As soon as I saw his face I was upset. What made me more upset was the fact that I found out by talking to him that he walked two blocks to the meeting place while I had to take a 15-minute subway ride. The

restaurant was picked arbitrarily - and so was my "Match" as far
as I'm concerned. When I got back to my office, I called and asked
one of the reps what they considered to be a match between the
two of us. She couldn't answer me.

My experience with "It's Just Lunch" has been nothing close to
what I expected. I'm not even interested in fulfilling the rest of my
membership and meeting more men.

**Lori of Chicago (3/15/04):**
I just got off the phone with H. in the Chicago office who tried to
set me up with someone I wasn't interested in. I turned him down
and she kept saying that the "advisors" matched us for a reason. I
told her that I know myself better than someone who only spoke
to me for one hour and I won't go out with this guy. She then told
me that because I missed giving feedback on my last date that it
was my fault that the "advisors" weren't matching me correctly. I
told her then why haven't they used the feedback I gave them
from the previous 6 dates?

I asked for a re-evaluation meeting and she gave me "we'll get
back to you". I was told that after 5 dates you are brought back in
so that you can see if you're on the same page. I don't think they'll
see that as something they can do. They really need some training
on customer service. They forget that I paid them so I get a lot of
say in who I will or will not be matched to. I believe once they
have your $1500 they don't give a **** about you.

Their matching capabilities are really bad because I've been out
with men that don't match what I told them at all. They don't give
the full disclosure on a person either. I'm not interested in
someone with kids and told them that. So what happens...they set
me up with a man who works constantly and whatever time he
has left he spends with his kids out in the suburbs. This same man
told me that he could go out with someone every week but for
women they just set them up with whatever man walks through
the door because there are more women than men. So true.

I bet if you talked to the women that belong the number of
unhappy people would be much higher than happy. They really
run a shoddy organization. I'm in sales and if my team ever talked
to the customers like they do I'd fire them.

I paid $1500 for what I thought were going to be quality dates and
haven't been set up with anyone yet who's worth it. What makes
me mad is their customer service or lack thereof. They don't listen
to what the customer wants or needs and then argues with them
when the customer pushes back.

**Sarah of Golden CO (3/8/04):**

Like all the other complaints in this category, I feel I'm the victim of misrepresentation, high-pressure sales tactics and poor client service. I paid $1500 for 16 introductions. I've been on half of them and it's been 1-1/2 years since I signed up. The caliber of people I've met has overall been poor and they obviously aren't getting me out much. Out of eight introductions, only one has led to a second date.

My best advice to others is to forget It's Just Lunch and instead use online dating services like match.com, yahoo, matchmaker.com, etc. They are a fraction of the cost (around $15/month) and YOU get to do your own screening. Certainly this isn't totally risk free either, but the investment is much smaller and, if you're smart and careful, the results are a million times better than IJL.

Thanks to the internet, I am currently casually dating a CPA who's head of general accounting with a major corporation and a PhD who's a vice president of business development for an international company that sells food safety devices. Both of these guys are attractive, considerate, successful, wonderful gentlemen who know how to treat a lady. They could spank the pants off anybody I met through IJL.

I have not received $1500 in value from IJL. They did not deliver on their promise to set me up with gentlemen with whom I share common interests and the frequency of introductions doesn't even come close to what was promised.

**Ellen of San Diego (12/10/03):**

I joined this service about two years ago. I moved to Santa Monica for a while (about 9 months) and only received two matches. I then moved back to San Diego. Since that time, the men I have met are not even close to what I am looking for in a potential mate. I joined the service to meet someone for a relationship. So far I have only men that I wouldn't even go out with on Match.com.

I met two guys who were close to what I was looking for but one of them is having financial pJohnlems and is looking for a meal ticket. The other one is wealthy and a TOTAL player who just wants to sleep with as many women as he can. Most guys do not pay for the dinners so I am buying my own food at some expensive resteraunt where I would normally not be seen. This and the 1200.00 fee they charged me has lead me to nothing but heartbreak.

I think this whole concept would totally work if the agency and their clients were as honest as I am when it comes to matching up people. Most of us just want to meet someone nice and not have to go through the bar scene. I want to be married again but I am finding that this service is not going to lead me down that path.

**Anna of Los Angeles (4/22/03):**
I went into the office and interviewed with Diane to learn about their service. In short, she assured me they had a large database to satisfy what I was looking for and they provide a minimum of 14 dates over 12 months as a worst case scenerio. I went on my first date with someone who was everything that I said I DID NOT want. In addition, they set the date up three weeks in advance, which I thought was weird.

I was obviously unhappy with my first experience and confronted Diane with this.She was belligerent, defensive, and aggressive and told me I was judgemental. Aside from being insulted, I gave it a second chance to learn that they send people out every three weeks to fulfill their 14-date requirement, which was misrepresented. In addition, I also learned that her top candidates for me had to be coaxed into another year's membership before I could meet them which tells me they obviously do not have a sufficient database.

I then expressed I was unhappy, wanted my money back and was willing to work out a fair, prorated amount. I was once again insulted by Diane and told I had a bad attitude and there is nobody I can contact above her because she runs that office and there are no refunds. She told me I had to go out on more dates or put my membership on hold. This is not about me having a bad attitude, it is about Diane being a bad matchmaker who lacks listening skills. She is aggressive and takes advantage of people and their weekness of wanting to meet someone.

She is holding me captive into doing something that I do not want to proceed with. Her handling the pJohnlem poorly was worse than the pJohnlem itself. She is an aggressive, cheesy salesperson that bullies people into these memberships. I don't want to deal with this woman anymore. I paid $1,500 to be captive, miserable and mistreated.

**Anita of Pasadena CA (10/3/03):**
I wish I had read the Consumer Affairs report before I had signed up or I should say before I was HUSTLED by Diane in the Los Angeles office. My experience is much like Anna's - the very few dates I have had over the course of the last seven months have been with men I have had little in common with. I found

that their database for single men is very limited - one gentleman I met said he had 4 dates in one week more than I had since I had originally signed up.

I'm not even on the date every three weeks rotation (try one every two months) at this rate my contract won't run out until the year 2005. He also told me about the numerous mixers he has attended through It's Just Lunch - none of which I had been advised about. I think the most frustrating thing about all of this is their lack of professionalism - Diane misrepresented herself, the company and their services.

At least Anna spoke to Diane -the numerous messages I have left for Diane and her staff - have gone unanswered. They make it very hard to get in touch with them - there isn't even an email address. Bottom line once you hand over a check (no credit cards - this should have been my first clue) - THERE WILL BE NO CUSTOMER SERVICE.

**Kim of Katy TX (3/17/03):**
This service consistently misrepresents information about myself to others, and about others to me. They provide me with false information about a match. For instance, I was promised by Amy and by Nikki (the director) that they would honor my written request for a match not being older than 42. They called to tell me that they had a match for me last week who they said was 45, but looked much younger. I met the person only to find that she was 58.

The lady laughed when she asked how old they they told me she was, adding that this service lies to its clients all the time just to stay in business. She told me how they have consistently told other men that she was younger - she is very upset about it. Other matches have told me how they were given false information about me. I am consistently given other false information about the women they match me up with.

The fee for my membership in this service was in excess of $1,000. Each time they provide false information about me or about the person they match me with, I'm ripped off in the process. In spite of my complaints, they promise not to do it again, and then just continue with the same deceptive practices. Members of this service are simply being ripped off. Plus, they match their clients at restaurants that they maintain informal agreements with. Often, one of the parties does not discover that they are the victim of false representation until the restaurant establishment has had opportunity to make a sale, so the loss continues as having to pay the restaurant, adding to the cost of each

misrepresentation. Losses generally add up to be in excess of $100 per match date. The whole thing is humiliating and embarrassing - most will not complain just because they are so embarrassed by it all.

**Sharon of Arlington VA writes (10/23/02):**
Matchmaking service. A date was arranged with a married individual. I do not like how the director conducted herself when I was displeased with the fact the individual was still married. That the individual was separated did not ameliorate the issue for me.

The way she handled the pJohnlem was even more of a pJohnlem. Unyeilding, slick, used-car-salesmanship are the words that come to mind. She has $1300.00 of my money for arranging three "dates", the third being with the still legally married individual. I wanted out, she told me no and gave none of my money back. I wrote several letters to her asking for my money back, even allowing for a mutually agreed-upon processing fee. She would not yield. I am looking to take her to court. This attitude concerning what is a very personal service contract is horrible.

Damage Resulting: Economic, $1300.00; Emotional, minimal, but difficult. Her tactic is obviously one of attrition, hoping to wear down people and hope they go away, too embarrassed to admit to having used a dating service to follow through with a suit.

Back to the top |

· **Ads by Google**    Albany Dating Service         Capital District Dating         Match Dating          Dating Personals

Home | Rogues Gallery | Good Guys | Complaint Form | News | Recalls | Search | Video | FA
Consumer Resources | Small Claims Guide | Lemon Law | Newsletter | Contact Us
Advertise With Us | Testimonials | Newsroom | RSS Feeds | Radio | Job Postings
Advertisement

**Terms of Use** Your use of this site constitutes acceptance of the Terms of Use

**Advertisements** on this site are placed and controlled by outside advertising networks. ConsumerAffairs.Com does not evaluate or endorse advertised. See the FAQ for more information.

**Company Response Welcome** If complaints about your company appear on our site, we welcome your response. Please see the Respons information.

**For more information,** see the FAQ and privacy policy. The information on this Web site is general in nature and is not intended as a substi

Case 1:07-cv-09227-SHS-KNF     Document 1-2     Filed 10/15/2007     Page 56 of 64

ConsumerAffairs.Com Inc. makes no representation as to the accuracy of the information herein provided and assumes no liability for any da

Copyright © 2003-2007 ConsumerAffairs.Com Inc.  All Rights Reserved.

**Exhibit I**



# Legal*Newsline*.com

**Monday, October 08, 2007**

    **Search›**   Receive

## State AGs

7/9/2007

### AG Cuomo unhappy with dating service
*by John O'Brien*

ALBANY, N.Y. - If men are supposed to pay for
dinner on a first date, New York Attorney
General Andrew Cuomo was wondering who was
supposed to pay the rest.

On Friday, It's Just Lunch International, a dating
service, settled with Cuomo's office, which
alleged the company was overcharging its
customers. The company will pay fines and court
costs in addition to business reforms.

"State laws limit how much a dating service may
charge, and also require that consumers be
provided with numerous other protections,"
Attorney General In-Charge of the Buffalo
Regional Office Russ Ippolito said. "With this
agreement, It's Just Lunch will change its
business practices and offer fair contracts that
clearly spell out rights to New York consumers."



Cuomo

## Home

LNLBlog.com

State AGs
State Supreme Courts
U.S. Supreme Court

**Hot Topics**
Asbestos
Big Pharma
Gasoline prices
Global warming
Hurricane Katrina
Lead paint
Sub-Prime Mortgages
Tobacco
Vioxx

## Browse By State
[                    ▼]  Go›
## Browse By AG
[                    ▼]
## Browse By Date
October '07
September '07
August '07
July '07
June '07
May '07
April '07
March '07
February '07
January '07
December '06
November '06

Previously, It's Just Lunch charged clients $1,500 for two six-month contracts
signed at the same time that ran consecutively. Cuomo claims this was a way around
a state law that limits the amount a consumer can be charged for a social referral
service to $1,000 per year.

Cuomo also said the contracts violated state law by prohibiting consumers from
filing lawsuits against the company and by failing to provide many consumer-
friendly provisions, like a guarantee of a number of referrals.

It's Just Lunch and three state franchises agreed to stop exceeding the yearly $1,000
limit and bring their contracts into full compliance with state laws. Also, the
company will provide three free social referrals to clients who paid more than
$1,000 and simultaneously signed two contracts after Jan. 1, 2006.

Each franchise will pay a $6,000 fine and $1,000 in costs, totaling $21,000. It's Just

## Legal Newsline-- Related Headlines

- Illinois AG begs off Governor v. Speaker 'family' dispute - FRIDAY, OCTOBER 05, 2007
- Blumenthal celebrating Internet TV ruling - THURSDAY, OCTOBER 04, 2007
- Nixon wants ballot battle over illegals, credits, claim foes - THURSDAY, OCTOBER 04, 2007
- Colo. miners dispute Suthers' logic on coal-tax changes - THURSDAY, OCTOBER 04, 2007
- Business group wants McGraw money given to Workers' Comp - THURSDAY, OCTOBER 04, 2007
- Ohio AG's staff hustled lawyers to file campaign pledges - THURSDAY, OCTOBER 04, 2007
- Nixon says state liable for campaign trips, not commute - WEDNESDAY, OCTOBER 03, 2007
- Brown jumps from land to sea as state GHG war spreads - WEDNESDAY, OCTOBER 03, 2007
- McDaniel to push Ark. lawmakers on campaign-fund laws - TUESDAY, OCTOBER 02, 2007
- State Farm settles case in Fla. - TUESDAY, OCTOBER 02, 2007

Home | News | Blog | Contact Us | About Us
© 2007 LegalNewsLine.com. All Rights Reserved.

**Exhibit J**

**IT'S JUST LUNCH! INC.**
52 Vanderbilt Avenue, #901
New York, NY 10022
View Location Map

**Original Business Start Date:** 1/1/1993

**Phone Number:** (212) 750-8899

**Fax Number:** (212) 644-3798

**Website:** www.itsjustlunch.com

**Type of Business:** Dating Service

**Membership Status:** This company is not a member.

The information in this report has either been provided by the company, or has been compiled by the Bureau from other sources.

**Customer Experience**

The company's size, volume of business, and number of transactions may have a bearing on the number of complaints received by the BBB. The number of complaints filed against a company may not be as important as the type of complaints, and how the company handled them. The BBB generally does not pass judgment on the validity of complaints filed.

**Complaint Outcome Statistics:**

| COMPLAINT OUTCOME | LAST 12 MONTHS | LAST 12..36 MONTHS | TOTAL |
|---|---|---|---|
| Resolved<br>*Consumer received the requested resolution* | 3 | 3 | 6 |
| Resolved<br>*Consumer received part of the requested resolution* | 1 | 2 | 3 |
| **TOTAL** | **4** | **5** | **9** |

**Complaint Issues:**

*Please understand that complaints may concern more than one issue*

| COMPLAINT ISSUE | LAST 12 MONTHS | LAST 12..36 MONTHS | TOTAL |
|---|---|---|---|
| Advertising Issues | 1 | 1 | 2 |
| Delivery Issues | 0 | 2 | 2 |
| Product Quality | 1 | 0 | 1 |

| | | | |
|---|---|---|---|
| Service Issues | 2 | 2 | 4 |
| **TOTAL** | **4** | **5** | **9** |

## Government Actions

On July 6, 2007, Attorney General Andrew Cuomo announced a settlement with It's Just Lunch International and its three New York franchises for exceeding the limit a consumer can be charged for social referral services. The company will pay fines and costs to the state totaling $21,000 and reform its business practices.

## Additional Business Names

*This firm also does business under the following names. This is not necessarily a complete list.*

    Harry and Sally Inc.

    It's Just Lunch

**Report as of:** 10/8/2007

Copyright © 2007 BBB of Metropolitan New York, Inc.

As a matter of policy, the Better Business Bureau does not endorse any product, service, or company. BBB reports generally cover a three-year reporting period, and are provided solely to assist you in exercising your own best judgment. Information contained in this report is believed reliable but not guaranteed as to accuracy. Reports are subject to change at any time.

The Better Business Bureau reports on members and non-members. Membership in the BBB is voluntary, and members must meet and maintain BBB standards. If a company is a member of the BBB, it is stated in this report.

**Exhibit K**

**NEW YORK MAGAZINE
JULY 2-9, 2007**



**NEW YORK MAGAZINE
OCTOBER 8, 2007**



**NEW YORK MAGAZINE
- OCTOBER 1, 2007**

