Form 07 - CORPORATION
    JON L. NORINSBERG
    ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

--------------------------------------------------

E. PACKMAN, ETAL                    plaintiff

        - against -

IT'S JUST LUNCH INTERNATIONAL, ETAL    defendant

Index No. **07 CIV 9227**

Date Filed ............

Office No.

Court Date:  / /

--------------------------------------------------

    STATE OF NEW YORK, COUNTY OF NEW YORK    :SS:

**RUDOLPH WRIGHT**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **22nd** day of **October, 2007** at **11:19 AM.**, at
    **52 VANDERBILT AVE, STE 901**
    **NEW YORK, NY 10017**

I served a true copy of the
    **SUMMONS AND COMPLAINT**

upon **IT'S JUST LUNCH INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
    **LINDA COLLINS, MANAGING AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
    SEX: **FEMALE**    COLOR: **WHITE**    HAIR: **BROWN**
    APP. AGE: **43**    APP. HT: **5:8**    APP. WT: **160**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
24th  day of October, 2007n
KENNETH WISSNER
Notary Public State of New York
    No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT 1022795
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN77235