Form 07 - CORPORATION
**JON L. NORINSBERG**
**ATTN:**
U.S. SOUTHERN DIST. COURT      NEW YORK COUNTY

--------------------------------------------------

E. PACKMAN, ETAL                    plaintiff

           - against -

IT'S JUST LUNCH INTERNATIONAL, ETAL    defendant

--------------------------------------------------

Index No. **07 CIV 9227**

Date Filed  ............

Office No.

Court Date:   /  /

STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**RUDOLPH WRIGHT**   being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **22nd** day of **October, 2007** at **11:19 AM.**, at
   52 VANDERBILT AVE, STE 901
   NEW YORK, NY 10017

I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **HARRY AND SALLY, INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
   **LINDA COLLINS, MANAGING AGENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
       SEX: **FEMALE**      COLOR: **WHITE**     HAIR: **BROWN**
       APP. AGE: **43**     APP. HT: **5:8**     APP. WT: **160**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
24th  day of October,       2007n
KENNETH WISSNER
Notary Public, State of New York
   No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3JLN77236