JON NORLISBERG

# Affidavit of Process Server

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

| E. PACKMAN, ET AL | vs | IT'S JUST LUNCH INTERNATIONAL, ET AL | 07 CIV 9227 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I ____LOUIS C. FRANCISCO____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served  IT'S JUST LUNCH INTERNATIONAL, ET AL
NAME OF PERSON / ENTITY BEING SERVED

with (list documents)  SUMMONS AND COMPLAINT

by leaving with  MELISSA BROWN, VICE-PRESIDENT OF OPERATIONS, (FEMALE, WH, 5'8", 140#, LONG BLOND HAIR, NO GLASSES), BY ▮▮▮▮▮▮▮▮ NICOLE SANCHEZ, ONLINE MEDIA CO-ORDINATOR, (FEMALE, WH, 120# 5'5", DK HAIR.  At
NAME & RELATIONSHIP     *AUTHORIZED TO ACCEPT*

Residence _____
ADDRESS                                CITY / STATE

Business 75430 GERALD FORD DR, STE 207          PALM DESERT CA 92211
ADDRESS                                CITY / STATE

On____October 26, 2007____ AT ____1133____
DATE                         TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from____PALM DESERT____ ____CALIFORNIA____ ____92260-0300____
CITY            STATE            ZIP

### Manner of Service:

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Canceled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other_____

Service Attempts: Service was attempted on: (1)_____ _____ (2)_____ _____
                                                    DATE         TIME          DATE       TIME

(3)_____ _____ (4)_____ _____ (5)_____ _____
   DATE         TIME          DATE         TIME          DATE         TIME

Description:. Age_____Sex_____Race_____Height_____Weight_____Hair_____Beard_____Glasses_____

LOUIS C. FRANCISCO, RIVERSIDE #416
AETNA CENTRAL JUDICIAL SERVICE
225 BROADWAY STE 1802
NEW YORK NY 10007
212-233-6070

_Louis C Francisco_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __26__ day of __October__, 20__07__

NOTARY PUBLIC for the state of ____CALIFORNIA____

_Cheryl Overman_
SIGNATURE OF NOTARY PUBLIC

CHERYL OVERMAN
Commission # 1711602
Notary Public - California
Riverside County
My Comm. Expires Dec 17, 2010

FORM 2          NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

3JLN77234