USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
E. PACKMAN, et al,

                             Plaintiffs,

    -against-

ITS JUST LUNCH INTERNATIONAL, ITS JUST LUNCH,
INC. and HARRY and SALLY, INC.,

                             Defendants.
------------------------------------------------------------X

Docket No.: 07 CIV 9227

STIPULATION
EXTENDING
TIME TO RESPOND TO
COMPLAINT

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the time by which defendants, ITS JUST LUNCH INTERNATIONAL, ITS JUST LUNCH, INC. and HARRY and SALLY, INC., must respond and/or move with respect to the Complaint in the above-referenced action is hereby extended to and including December 17, 2007.

        Facsimile signatures shall be deemed originals for purposes of this Stipulation, and the parties agree that the Stipulation may be filed with the Court with such facsimile signatures. *Conference remains at Dec 14, 2007 at 11:30 A.M.*

Dated: New York, New York
        November 8, 2007

BALESTRIERE PLLC

By: _____
Craig Stuart Lanza (CL-2452)
Attorneys for Plaintiffs
225 Broadway – Suite 2700
New York, New York 10007
212.292.4399

LEWIS BRISBOIS BISGAARD
& SMITH, LLP

By: _____
Nadia L. Moussa (NM-8934)
John J. Doody (JD-0552)
Attorneys for Defendants
ITS JUST LUNCH INTERNATIONAL,
ITS JUST LUNCH, INC. and HARRY and
SALLY, INC.
199 Water Street, 25th Floor
New York, New York 10038
212. 232.1300

SO ORDERED 11/13/07

_____
SIDNEY H. STEIN
U.S.D.J.

4818-5449-0626.1

TOTAL P.01