AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

## APPEARANCE

E. Packman, et al. v. It's Just Lunch International        Case Number: 07 CV 9227

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

E. Packman

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/15/2007 | *(signature)* /JB |
| Date | Signature |
| | Craig Stuart Lanza — CL-2452 |
| | Print Name — Bar Number |
| | Balestriere PLLC, 225 Broadway, Suite 2700 |
| | Address |
| | New York, NY 10007 |
| | City — State — Zip Code |
| | (212) 374-5404 — (212) 218-3844 |
| | Phone Number — Fax Number |
| | clanza@balestriere.net |