UNITED STATE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
E. PACKMAN, individually and for all others similarly situated,

                              Plaintiff,

-against-

ITS JUST LUNCH INTERNATIONAL, ITS JUST LUNCH, INC. and HARRY and SALLY, INC.,

                              Defendants.
-----------------------------------------------------------------X

Docket No.: 07 CIV 9227

**DEFENDANTS' RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ITS JUST LUNCH INTERNATIONAL, LLC, ITS JUST LUNCH, INC. and HARRY AND SALLY, INC. (private non-governmental parties) certifies that The Riverside Microcap Fund I LP, ILJ Holding Corporation and It's Just Lunch Holdings, LLC each owe ten (10) percent or more of It's Just Lunch International, LLC.

Dated: New York, New York
        February 4, 2008

                          Yours, etc.
                          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                          By: _____
                          John L. Doody, Esq. (JD-0552)
                          Nadia L. Moussa Esq. (NLM-8934)
                          Attorneys for Defendant
                          199 Water Street – Suite 2500
                          New York, New York 10038
                          (212) 232-1300

To:    John Balestriere, Esq.
       Craig Stuart Lanza, Esq.
       Balestriere, PLLC
       25 Broadway, Suite 2700
       New York, New York 10007
       (212) 374-5401

4818-0594-2786.1