UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
E. PACKMAN, individually and for all others similarly situated,     DOCKET NO.: 07 CIV 9227

                                Plaintiff,

-- against --

ITS JUST LUNCH INTERNATIONAL, ITS JUST LUNCH, INC. and
HARRY and SALLY, INC.,     **AFFIDAVIT OF SERVICE**

                                Defendants
------------------------------------------------------------------------X

STATE OF NEW YORK     )
                                 ) ss:
COUNTY OF NEW YORK  )

        Donna J. Ludwicki, being duly sworn deposes and says:

        I am not a party to this action, am over 18 years of age and I reside in the County of Kings, City of New York.

        That on the 5th day of February, 2008, I served a true copy of the annexed **DEFENDANTS' RULE 7.1 STATEMENT** upon the following:

John Balestriere, Esq.
Craig Stuart Lanza, Esq.
Balestriere, PLLC
25 Broadway – Suite 2700
New York, New York 10007
Federal Express Tracking No.: 7909 3256 0441


the attorneys for the respective parties in this action, at the above addresses designated by said attorneys for that purpose by depositing same in a post-paid properly address wrapper in the exclusive care and custody of Federal Express within the State of New York for overnight delivery.

                                                                     _____
                                                                     Donna J. Ludwicki

Sworn to me on this 5th
day of February, 2008

_____
Notary Public

MARY E. FARO
Notary Public, State of New York
No. 24-4968209
Qualified in Kings County
Comm. Expires June 18, 20 10

4833-9663-5906.1