USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| E. PACKMAN, | : | 07 Civ. 9227 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| IT'S JUST LUNCH INTERNATIONAL, *ET AL.*, | : | |
| DefendantS. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

    1.    The next pretrial conference will take place on May 30, 2008, at 11:00 a.m.;

    2.    The last day for completion of discovery is May 30, 2008; and

    3.    If there are any discovery disputes, they should be brought to the Court's attention far enough in advance for the dispute to be resolved and the discovery taken before May 30, 2008.

Dated: New York, New York
       April 12, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.