UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

E. PACKMAN, :

                  Plaintiff, :

   -against- :

IT'S JUST LUNCH INTERNATINOAL, *ET AL.*, :

                 Defendants. :

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/08
```

07 Civ. 9227 (SHS) (KNF)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* | ____ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose: |
| | | ____ | Habeas Corpus |
| **XX** | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: Defendants' motion for summary judgment |
| | | | All such motions: ____ |

Dated: New York, New York
       April 14, 2008

SO ORDERED:

Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.