

# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

199 WATER STREET, SUITE 2500, NEW YORK, NY 10038
PHONE: 212.232.1300 | FAX: 212.232.1399 | WEBSITE: www.lbbslaw.com

BARI KLEIN
DIRECT DIAL: 212.232.1404
E-MAIL: bklein@lbbslaw.com

May 2, 2008

FILE NO.
9168-599

**MEMO ENDORSED**

5/9/08

Last date for expert discovery is July 31. No further extension. Conf. remains at May 30 at 11 AM in order for the court to assure itself that discovery is well underway.

So ordered,
/s/ SHStein
USDJ

**VIA FACSIMILE: (212)805-7924**

Honorable Sidney H. Stein
United States District Court
U.S. District Court, Southern District of New York
500 Peal Street
New York, New York 10007

Re:  E. Packman, Individually, et al. v. It's Just Lunch, et al.
     07 CV 9227 (SHS)

Dear Honorable Stein:

We are counsel to Defendants in the above-referenced litigation, and, pursuant to your Honor's individual practice rule are respectfully requesting an enlargement of time to complete fact discovery.

The instant request is being made because fact Discovery is scheduled to end by May 30, 2008, however, discovery still remains in its early stages. Discovery responses to plaintiff's demands and defendant's requests for discovery have been recently served. Plaintiff's responses to our discovery demands are due by May 20, 2008. Further, Plaintiff has served objections to our responses and we are in the process of replying to same.

With respect to depositions, to date, no depositions have been held. Defendants respectfully request that depositions not begin until all discovery has been exchanged and any and all deficiencies have been cured.

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON

4831-8614-9378.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

Honorable Sidney H. Stein
May 2, 2008
Page 2

    Towards, that end, plaintiffs have noticed more than ten (10) witnesses to depose in this matter. A number of those witnesses are non-parties who no longer work for Defendant It's Just Lunch, (hereinafter "IJL"). On information and belief, the witnesses Noticed by Plaintiff live out-of-town, including but not limited to California, Florida and Albany. On further information belief, due to personal conflicts certain witnesses have indicated that they will not be available certain weeks of May and June. We are currently in the process of obtaining the witnesses' availability from June through October for their availability. As the summer is upon us it is likely that it will be difficult to schedule the witnesses. Preferably, it is the objective of Defendants' to schedule the witnesses who live in California back to back to prevent undue travel and expenses.

    Lastly, Defendants reserve their right to take the depositions of non-party witnesses depending on information that may develop through the course of discovery.

    Defendants' respectfully request that your Honor grant Defendant's first application to enlarge our time to complete fact discovery to Friday, October 31, 2008, or any date thereafter which is agreeable to the Court, with the consent of Plaintiff only to Wednesday, August 13, 2008. Defendants' respectfully request that the Court grant Defendants' application to enlarge the time to complete fact discovery to October 31, 2008.

    Accordingly, Defendants' respectfully request that should the Court grant the parties' application to enlarge our time to complete fact discovery that the conference scheduled for May 30, 3008, be adjourned to the date that fact discovery is due by.

    Thank you for your consideration in this regard.

Very truly yours,

John Doody (JD-0552)
BARI KLEIN (BK-5784)
LEWIS BRISBOIS BISGAARD & SMITH LLP

BK

cc:  Ballestriere, PLLC
     225 Broadway, Suite 2700
     New York, New York 10007
     Attention: Jon L. Norinsberg, Esq.