```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
E. PACKMAN,                                                 :
                                                            :
                        Plaintiff,                          :
                                                            :
        -against-                                           :      ORDER
                                                            :      07 Civ. 9227 (SHS)(KNF)
IT'S JUST LUNCH INT'L, ET AL.,                              :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/29/08
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The settlement conference scheduled previously for June 2, 2008, at 2:30 p.m., is canceled. It shall be held on June 25, 2008, at 2:30 p.m., in courtroom 20A, 500 Pearl St., New York, New York.

Dated: New York, New York
       May 28, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE