UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| E. PACKMAN, | : | 07 Civ. 9227 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| IT'S JUST LUNCH INTERNATIONAL, ET AL., | : | |
| Defendants. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Plaintiff shall serve and file a motion for substitution of plaintiff and for leave to file an amended complaint on or before June 6, 2008;

    2.    Defendants' opposition to the motion is due on or before June 13, 2008;

    3.    Plaintiff's reply is due on or before June 18, 2008; and

    4.    All discovery disputes will be held in abeyance.

Dated: New York, New York
         May 30, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08