UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
E. PACKMAN, individually and for all : Case No. 07-CV-9227
others similarly situated, :
: **NOTICE OF MOTION**
Plaintiffs, :
:
- against - :
:
IT'S JUST LUNCH INTERNATIONAL, IT'S :
JUST LUNCH, INC., and HARRY AND :
SALLY, INC., :
:
Defendants. :
:
------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Plaintiff's Motion to Withdraw and Substitute Lead Plaintiff, and all the papers and proceedings heretofore had herein, pursuant to Federal Rules of Civil Procedure 15, 20, 23(a)(4), 24(b). The undersigned, will move this court for an order to allow Einat Packman to withdraw and substitute Christina Rodriquez, Sandra Burga, Janeen Cameroon, Karen Malak, James Tortora, Lisa Bruno, and Karen McBride, as co-lead plaintiffs on June 6, 2008.

Dated: New York, New York  
June 6, 2008

Respectfully submitted,

*s/ Craig Stuart Lanza*
Craig Stuart Lanza
William Scott Holleman
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:   (212) 374-5404
Facsimile:    (212) 208-2613
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on the following counsel of record on June 6, 2008, via the methods listed below:

**By ECF and First Class Mail**
Bari Klein
Lewis Brisbois Bisgaard & Smith LLP
199 Water Street, Suite 2500
New York, NY 10038
*Attorneys for Defendants*

*s/ Craig Stuart Lanza*
Craig Stuart Lanza
**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
Telephone:   (212) 374-5404
Facsimile:   (212) 208-2613
*Attorneys for Plaintiff*