**EXHIBIT A**

**Subject:** Re: meeting up
**From:** epackman73@aol.com
**Date:** Wed, 14 May 2008 08:51:14 -0400
**To:** clanza@balestriere.net

Craig,
I can do next wed after 8 or anytime next Thursday or Friday (off from work) if that works better for you.
Thanks,

Einat


-----Original Message-----
From: Craig Stuart Lanza <clanza@balestriere.net>
To: epackman73@aol.com; clanza@balestriere.net; John Balestriere <jb@balestriere.net>
Sent: Tue, 13 May 2008 6:29 pm
Subject: meeting up

Einat,

Just to follow up on our phone call before. I am available next Wednesday after 8:00pm. I don't know if John is. I am also around Thursday up until 6:00pm (both this Thursday and next) and around the week after that. Let's discuss by email which date works best for the three of us.

Thanks,

Craig

-- Craig Stuart Lanza
BALESTRIERE LANZA PLLC
225 Broadway, Suite 2900
New York, NY 10007
Direct 212-374-5404
Mobile 917-573-4273
Facsimile 212-208-2613
clanza@balestriere.net
www.balestriere.net

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.

Plan your next roadtrip with MapQuest.com: America's #1 Mapping Site.

**Subject:** Re: Wed
**From:** epackman73@aol.com
**Date:** Wed, 14 May 2008 15:39:38 -0400
**To:** clanza@balestriere.net

Craig,
Next Wed works for me.

Einat

-----Original Message-----
From: Craig Stuart Lanza <clanza@balestriere.net>
To: epackman73@aol.com; John Balestriere <jb@balestriere.net>
Sent: Wed, 14 May 2008 1:48 pm
Subject: Wed

Einat:

Wed at 8:15pm works for us. Just shoot me an email confirming that works for you and we will figure out a place.

Craig

-- Craig Stuart Lanza
BALESTRIERE LANZA PLLC
225 Broadway, Suite 2900
New York, NY 10007
Direct 212-374-5404
Mobile 917-573-4273
Facsimile 212-208-2613
clanza@balestriere.net
www.balestriere.net

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.

Plan your next roadtrip with MapQuest.com: America's #1 Mapping Site.

**Subject:** Re: Wed
**From:** epackman73@aol.com
**Date:** Thu, 15 May 2008 09:00:45 -0400
**To:** clanza@balestriere.net

Craig,

Somewhere in my neighborhood would be great, but I'm flexible. If downtown works better for you, I'm fine with that too.

Einat


-----Original Message-----
From: Craig Stuart Lanza <clanza@balestriere.net>
To: epackman73@aol.com
Sent: Wed, 14 May 2008 5:56 pm
Subject: Re: Wed

Great. We can send a car to bring you down here or we can meet you somewhere up there or I can send a car to have you meet us somewhere downtown. Let me know whatever you prefer?

Thanks again,

Craig

Craig Stuart Lanza
BALESTRIERE LANZA PLLC
225 Broadway, Suite 2900
New York, NY 10007
Direct 212-374-5404
Mobile 917-573-4273
Facsimile 212-208-2613
clanza@balestriere.net
www.balestriere.net

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.


epackman73@aol.com wrote:
> Craig,
> Next Wed works for me.
>
> Einat
>
>
> -----Original Message-----
> From: Craig Stuart Lanza <clanza@balestriere.net>
> To: epackman73@aol.com; John Balestriere <jb@balestriere.net>
> Sent: Wed, 14 May 2008 1:48 pm

> Subject: Wed
>
> Einat: > > Wed at 8:15pm works for us. Just shoot me an email confirming that > works for you and we will figure out a place. > > Craig > > -- Craig Stuart Lanza > BALESTRIERE LANZA PLLC > 225 Broadway, Suite 2900 > New York, NY 10007 > Direct 212-374-5404 > Mobile 917-573-4273 > Facsimile 212-208-2613 > clanza@balestriere.net <mailto:clanza@balestriere.net> > www.balestriere.net <http://www.balestriere.net> > > The information contained in this e-mail message is > attorney-client privileged and/or confidential information > intended for the use of the named recipient only. You > are hereby notified that any dissemination, distribution, > or copying of this communication is prohibited. If you > have received this communication in error, please > immediately notify the sender by replying to this e-mail > or by calling us at 212-374-5400 and please immediately > delete this communication. Thank you. > >

---

> Plan your next roadtrip with MapQuest.com > <http://www.mapquest.com/?ncid=mpqmap00030000000004>: America's #1 > Mapping Site.

Plan your next roadtrip with MapQuest.com: America's #1 Mapping Site.