STATE OF CALIFORNIA          )
                             )  SS:
COUNTY OF ~~RIVERSIDE~~       )
          San Diego

    On this 1?~ day of ~~May~~, 2007, before me came Irene LaCota, who, being duly sworn, did
*June*

depose and say that she is the President ~~and Chief Operating Officer~~ of It's Just Lunch

International LLC described herein, and which executed the above Assurance of Discontinuance,

and that she executed such Assurance of Discontinuance on behalf of It's Just Lunch

International LLC with full authorization to do so.

                                               _____
                                              NOTARY PUBLIC

Consented to:

ANDREW M. CUOMO
Attorney General of the
State of New York

By: _____
    DENNIS ROSEN
    Assistant Attorney General



# Non-Verbal Selling Skills

- When you enter the interview room, stand and walk tall so you project an air of confidence. Do not slump in. Remember you are on stage, play the part. You are the expert. Our clients come to IJL because we are the experts. Everyone wants to be a part of something that is fun and successful. So have fun!
Remember, our clients are successful and are used to hiring professionals. Show them you are an expert and that they are in good hands.

Initial Greeting. Make strong eye contact, smile and extend your hand for a firm handshake. There is no difference between a man's and a woman's handshake. A handshake should never be limp. On the other hand, you do not want to overdo it either and have an overly aggressive handshake.

- Always use the clients name the way they give it. If your client introduces himself as Anthony, do not call him Tony. He may hate that name, so do not ever change their name.

- Eye contact. Always maintain good eye contact. This does not mean you stare at your client the whole time. Maintaining good eye contact shows you are listening and are interested in what the client is saying.

- Sit up straight. Slumping in your chair shows the client you are uninterested and bored with what their saying.

- Dress professionally. Visually illustrates to client that we are a professional organization. See the IJL Dress Code. Do not forget the appearance of your shoes/toes if wearing open toe shoes.

- Grooming. Always go to work well groomed. See the IJL Dress Code. Make note that we are a smoke and fragrance-free work environment. Any type of perfume, aroma, etc could be a turn off to a client.

- Smile. But do not smile the entire time. Smiling during the entire interview could be read as fake. When you first meet someone, always smile. People do not want to be around an unpleasant person.

46

• Do not fold your arms. Folding your arms tells the client they are unwelcome.

• Make note of their voice. When you first start listening to someone speak, adjust your rate, speed and volume so as to not overwhelm them. You do not want to be talking in a loud volume at a fast rate if your client is a meticulous and soft-spoken person. If you are too fast, it can be difficult for him or her to follow you which can lead to frustration.

• Do not interrupt. Again, shows you are interested in what the client is saying. This allows you to respond to what they are telling you and not giving them a pre-rehearsed sales pitch. (Customize the response.)

• Do not ever show that you disapprove of what your client is telling you no matter how odd it may seem (for example rolling eyes, frowning, looking away, smirking, covering up a laugh, etc.).

• Never eat during an interview (you or the client). Do not bring in a Starbucks coffee unless you can offer the client the same.

• Do NOT hand the clipboard to the client before you go through control point three. If you do, the client will start reading and stop listening to you.

47

**Exhibit E**

**consumeraffairs**.com
*knowledge is power!*


PRINT THIS
Powered by Clickability

# News

## It's Just Lunch -- Or Is It?

**A ConsumerAffairs.Com Investigation**
**By Lisa Wade McCormick**
**ConsumerAffairs.Com**

*February 13, 2006*

A scam of the heart.

A matchmaking rip-off.

A dating service disaster.

That's how singles across the country describe their experiences with a company that claims to be the premier dating service for busy professionals.

"I was absolutely horrified with the experience I had," says Jennifer P. of Wilmington, Delaware, one of the more than 50 former dating service clients who have filed complaints with ConsumerAffairs.com since 2003.

Horrified because one of her dates started to stalk her.



Looking for Love in
All the Wrong Places

It's Just Lunch -- Or Is It?
• No Refunds
• Typical Complaints
• Dating Service Tips
• It's Just Lunch Responds
• Other Dating Services
—
• "It's Just Lunch" Settles
Overcharging Complaints
• Illinois May Require More Protection
For Online Dating

IJL Consumer Complaints
• Irate Men
• Angry Women
• Insiders
• Settled in Court
• Emily's Story
• Sandra's Log

"That scared the hell out of me," says Jennifer, who joined the service in 2004. "He called me every day. I had to get my number changed. I asked the company if they do background checks on their clients and they said 'no, we don't need to because every one of our clients is a professional.'"

Not the ones Jennifer dated.

Here's how the company described the so-called professional who stalked her.

"They said I have a fantastic person I'm dying for you to meet," she recalls, adding the company told her it had a client base of more than 3,400 professionals. "He's adorable and exactly the type of person you're looking for. They also told me he owns his own landscaping company."

Jennifer, however, quickly discovered he didn't own a landscaping service. He mowed lawns at a local college.

He also didn't have the two minimum requirements Jennifer requested in her dates: a college degree and a full head of hair.

"This has just been a nightmare. My advice to other singles is to never call this dating service unless they want to open a Pandora's box and waste their time and money."

### It's Not Cupid□It's Just Lunch

The dating service is called It's Just Lunch (IJL), which touts itself as a "specialized dating service for busy professionals."

A marketing manager named Andrea McGinty founded the company in 1991 after her engagement was called off a few weeks before her wedding. The company is headquartered in San Diego and its literature says it has more than 80 franchises worldwide.

IJL claims its staff members have "years of experience and create matches based on personality and physical requirements."

The company interviews clients to determine exactly what they're looking for in a potential partner.

"Our service isn't about video or computer dating," IJL's Web site states. "It's about an insightful, professional IJL staff member hand-selecting appropriate matches based upon your desires, goals, motivations and our instincts."

Singles pay about $1500 for up to 14 dates -- usually at lunch or for drinks after work — that are supposedly hand-picked by IJL's experts based on clients' specific criteria.

### Not The Love Connections Promised

But a two-month investigation by ConsumerAffairs.com reveals IJL doesn't deliver the "hand picked" love connections promised.

During our investigation, we interviewed more than 30 former IJL clients and employees across the country who say the dating service misled them by:

• Claiming to be experts at matching busy professionals with like-minded busy professionals;

• Claiming to arrange dates based on client's specific requirements;

• Claiming to only have professionals in its files;

• Claiming to have hundreds and in some cases thousands of clients in its files;

• Exaggerating clients' age, profession and other characteristics when arranging dates;

• Refusing to give refunds when dates didn't meet clients' criteria.

Singles also say IJL's management blamed them for mismatched dates, asked them to change their requirements in a potential partner, ignored their calls, and sometimes yelled at them -- especially if they had complaints about their poor matches.

"When she finally did speak to me (after leaving 13 messages) she did nothing but act in a totally unprofessional manner," Jennifer P. says of the IJL franchise owner who set her up with the stalker. "Using profanity, threatening me with my money, stating that she does not have to give me a refund☐that she can do whatever she pleases with the money, she answers to no one, not even corporate."

Eric S. of Miami, Florida describes IJL as a total misrepresentation.

"It's not fair to consumers," says Eric, who joined IJL in 2004. "This isn't a new car. This is potentially a lifelong partner and the stakes are high. You're dealing with people who are lonely and worried about not finding someone. It's easy to prey on these fears."

Former employees confirm the dating service preys on lonely hearts and dupes singles out of their money and dreams of finding a soul mate.

"I think it's a total scam" say Michelle S. a former director in IJL's

downtown San Diego office. "I would tell anyone thinking of signing up to definitely not join. They're wasting their money and their time."

Jennifer S., who also worked as a director in IJL's San Diego office, warns consumers: "If it seems too good to be true, it probably is. That line fits perfectly for this company. It's playing on someone's emotions. What is more emotional than the heart? It exploits people who are looking for love."

### Attraction to the Company

Tracy M. of Los Angeles is a successful advertising executive whose busy travel schedule doesn't leave much time to meet new people -- especially men who share her interests and professional ambitions.

That's why It's Just Lunch appealed to her.

"They tell you they have an entire data base of men and women who are professional people just like you," says Tracy, who joined the service in 2003. "And for $1500, they guarantee you 14-16 dates with someone who is a busy, successful person -- just like you."

But none of the three "love connections" the company made matched Tracy's specific requirements.

"One guy was manager of an apartment complex, another guy was a student who graduated from architectural school and didn't have a job, and another guy was a handyman," she says. "These are not busy executives to me. This is false advertising.

You can't sucker people and say you have a huge data base of single men when you don't. It's so insane what they do. It's a total scam."

An ad touting IJL's professional clientele attracted Stephanie H. of Vernon Hills, Illinois to the matchmaking service.

"It was in one of those in-flight magazines and it looked so believable," says Stephanie, who joined IJL in 2004. "The ad said the CEO of the company was Harvard-bred."

Those Ivy League credentials impressed Stephanie and convinced her IJL was a legitimate dating service.

But after paying $1200 in advance -- and only going on two dates

that didn't come close to meeting her criteria — Stephanie learned IJL didn't necessarily live up to its exclusive image.

She did, however, discover she and her second date had something in common.

"He started telling me how miserable he was in IJL. And we just laughed through the rest of the date because the whole company is a joke. It's all a sham."

### Pick-Up Line

Our investigation reveals IJL woos singles with what some Casanovas might consider a great pick-up line.

It's a line that's music to the ears of lonely singles looking for love.

"They told me they had 25 men that fit exactly what I was looking," says Suzanne K. of Colorado Springs, Colorado, who joined in 2004. "I gave them a list of what I like and don't like and she (the director) said that would be no problem. She started writing things on the back of my profile -- names of people -- and said 'him, yes, yes, yes.'

She said give me a couple of days and we'll start getting you out on dates."

Jane G. of New York City says IJL used a similar pick-up line to convince her to join.

"They said they know of four men right now who would be perfect dates in every way for me. I said it's either do this or go to Italy and she (the director) said, 'don't worry, I'll find you someone to take you to Italy.'"

But these and scores of other singles -- who confirm IJL assured them it had several people who met their specific requirements -- say the company failed to deliver the so-called "perfect dates" promised.

"I don't think the people exist, these clients they tell you about that fit exactly what you're looking for," Suzanne says. "I never went out with anyone. They always cancelled or didn't show up. Where are these men who make over $100,000 and who live the same kind of lifestyle that I do?"

### Matchmaking Mix-Ups

IJL's romantic ruse doesn't stop with the pick-up line. We've learned it also dupes singles with promises that its staff members are expert matchmakers. And first date specialists.

But Eliza H. of St. Paul, Minnesota, says IJL's employees are no modern-day Cupids.

"I told them I didn't want to date any Republicans and also didn't want to date anyone religious," she says. "The first person they set me up with was a Catholic who was also a Republican. The second guy they set me up with was a Seventh Day Adventist."

Eric. S. of Miami, Florida says IJL repeatedly set him up with women who didn't meet the ethnic criteria he requested.

"I specifically said I only wanted to date someone who was Latin," he says adding the company's director assured him that would not be a problem when he joined. "And that's where they could not be further off the mark. I got the impression that anyone who came along they were throwing at me. It started to feel like Russian Roulette."

K.G. of Alexandria, Virginia echoes Eric's frustration.

"I place a high value on education," says the Harvard-educated woman who originally joined the San Diego IJL in 2003. "And they set me up with one guy who couldn't read a menu that was in English and kept dropping the f-bomb. The dates were simply incompatible.

"Circus music should play when these guys pick up the phone, because this office is full of clowns," she says, adding the company also booked dates without her confirmation and gave her the wrong times and locations for dates.

"These guys are the carneys of the dating world — they promise you a prize, but the game is rigged squarely in their favor."

**Not the Dates Described**

We've also learned IJL misled some singles about their dates' backgrounds -- or left out critical information.

"They said one guy they were setting me up with was an art dealer," says M.B. of New York City. "They said he brings in important art exhibits and deals with art objects. But he wasn't an art dealer. He worked with a freight forwarding company."

M.B. says the dating service also left out key information about another date.

"He's wonderful, but he is recovering from cancer and they didn't reveal that to me before the date. A few weeks after our date, he was hospitalized.

"Those are little details that speak volumes about the company and how careless they are," she says. "This isn't like handling paperwork. They're handling someone else's life. And charging money for this is almost criminal."

Elizabeth M., an attorney in Washington, D.C. who joined IJL in 2001, says the company failed to disclose that one of her dates was still married.

"We were talking and then he mentioned his wife. I said 'you're separated?' He said I'm getting a divorce. "I was so offended they would set me up with someone who was still legally married."

**Customer Service**

How does IJL handle complaints like these?

Or problems with dates not meeting the criteria requested?

In some cases, singles say the company downplayed the problems, saying they were oversights. In other cases, the company asked clients to give them another chance.

In still other cases, singles say IJL put them "on hold" and didn't send them on dates for a while.

But some singles say IJL actually blamed them for mismatched dates.

"At one point I discussed the probability of them not having any matches for me and the director indicated that she felt I was being too picky," M.S. says. "They said that I needed to broaden my criteria.

"The other line I received from them is what they did is an art and not a science," she adds. "After paying $1500, that is not the customer service I expect."

Some former clients also say IJL refused to talk to them — especially if they had complaints about their dates.

"I called IJL when my date didn't show -- the guy I drove two hours to meet," says Suzanne K. of Colorado Springs, Colorado. "No one at IJL answered the phone. It dawned on me that they must have caller I.D., so I called the company from a pay phone. And this time, they answered."

**Kiss The Money Goodbye**

Many singles say IJL refused to refund their money — even if it failed to set them up with professionals who met their specific criteria.

Some singles say they just kissed that money goodbye.

"I have not received any type of refund from the company and I specifically asked for at least a partial refund since it did not set me up with anywhere near the type of women I would be compatible with or was attracted to," says Sgt. First Class Mark D. of Rockwall, Texas, an 18-year Army Veteran who paid $1300 in 2002. "I just dropped the whole thing and took it as a learning experience☐ that I got taken."

So did M.S. of San Diego.

"I asked for a refund," she says, adding she paid $1500 in 2004 and only went on four disappointing dates — all of whom expressed dissatisfaction with IJL's matchmaking expertise. "I took my request to the owner and she said we don't give refunds. She refused."

Some singles, however, have received refunds from IJL. But in many cases, they had to take extreme measures to get their money. (See related story)

**Dirty Little Secrets**

Former IJL employees say they're sorry -- but not surprised -- by the problems singles have experienced with the dating service.

They say the company trains employees to dupe clients -- just to make a sale.

"It's Just Lunch! is not a human service, it is a human disservice and a complete snow job," Charisma M., a former director of the San Francisco office, posted on our Web site in 2004. She reiterated those comments during an interview last month with ConsumerAffairs.com. "Their company and business practices are built on propaganda and lies. I had to resign because I couldn't even look myself in the mirror.

Case 1:07-cv-09227-SHS-KNF    Document 24-4    Filed 06/06/2008    Page 13 of 46

"I feel it's my responsibility to disclose the practices I encountered during my time as a director."

Charisma says the San Francisco IJL office misled singles by:

• Claiming it carefully matched singles: "There is no 'matching' happening at It's Just Lunch. I would describe it as 'just get them out.'"

• Claming it's selective about its clients - "This is a lie. They are not selective. They just want to get clients in the door. It's all about the sale. I was told to take anyone and everyone."

• Claiming to have more clients than it does - "I was trained and instructed to lie to clients about the current number of members in our San Francisco and Walnut Creek offices. The active number was well below what we quoted. There were only 300 clients in the San Francisco office and a majority were on hold."

• Claiming to have an equal male vs. female ratio - "We were instructed and trained to lie and say the balance between men and women is 50/50. This is a far cry from the truth. It's more like 80-20. There are lots of women and few men."

• Overstating the number of marriages arranged by IJL - Charisma says the company claims it's arranged 10,000 marriages. "I didn't see a system in-house that could possibly track this. I'm curious as to how they would be able to prove this."

Charisma also says the San Francisco office asked men to go on "favor dates" to fulfill the number of dates promised in the women's contracts.

Former employees at other IJL locations confirm the company used these and other misleading tactics to dupe singles in their offices.

"The whole thing is disgusting," says Michelle S., a former director in the San Diego office who worked for IJL from November 2002 to June 2004. "IJL would put clients with whomever they could find. They didn't match them according to their parameters (criteria)."

In many cases, Michelle says, IJL intentionally misled clients about their dates.

"I can confirm the coordinator who calls and describes the person is completely lying or exaggerating about every aspect of that

person — age, profession — to get them to go on the date."

And remember the great pick-up line IJL uses to get clients to join?

"We were trained to say 'there are four or five people who I can think of right now that would be perfect for you,' " Michelle and other former employees say. "That's part of a script. It's one of our selling points."

Michelle says the San Diego office also misled consumers about the number of clients in its files.

"When I was at the downtown office, they said they had 500 clients for me to work with," she says, adding she wanted to buy the downtown San Diego franchise but IJL sold it to someone else. "But once I got in there, I found out I only had 100 clients. I got them up to 250 clients and I think we had more clients than anybody in country. But 250 clients is not that many."

Jennifer S., who worked as a director at the San Diego office in 2003, agrees IJL isn't selective about its members.

"I had a guy who I interviewed and I told the owner 'I can't match him. The owner said 'You take him. You take his money. You can match him.

"I told her he doesn't match any of our girls' parameters. And the owner still made me take his money. She said 'you never know who will come in the door tomorrow. That could be their perfect date.'"

Jennifer also says IJL clients are not the busy, upscale professionals the company claims.

"They say a majority of the clients are college graduates, bankers, lawyers and doctors. That's absolutely not true. A majority of our men in San Diego were blue collar."

Here's another "dirty little secret" Jennifer shared about IJL.

"Under California law, consumers have a three-day right of rescission," she says. "We were told not to — under any circumstances — send people out on dates within in three days after they signed their contracts. That's because if they didn't like their dates, they could cancel their contracts."

Lynn D. of Texas says when she joined IJL as a coordinator in

2004, her office didn't dupe singles.

But that all changed when a new owner bought the franchise in 2005.

"We went from having high class, good looking, and great people to taking whoever had money to join. We had a gentleman who came in and I said this is not anyone our girls will go out with. The director said she couldn't match him. The new owner said if he has the money, take it.

"The new owner also told me to lie to people to get them on dates," Lynn says, adding the owner fired her because 'the company was heading in a new direction.' "I said that's not what we promised. We promised to send them on quality dates based on their criteria.'"

### IJL Response

Daniel Dolan is Chairman and CEO of It's Just Lunch.

He declined our repeated requests for an interview and instead gave us a written response, stating his company is proud of its customer service and its reputation.

Dolan, who is married to IJL's founder Andrea McGinty, touts the company's success with the following claims:

• It's been in business over 14 years and is the fastest growing dating service in the world with over 85 locations. Dolan states each location is a franchise and is independently owned and operated.

• It has had almost 200,000 clients;

• It has had thousands and thousands of marriages;

• It has the highest client referral and renewal rates in the dating service industry.

Dolan also states that complaints to ConsumerAffairs.com do not reflect the views of a majority of IJL clients.

"It's Just Lunch has had almost 200,000 clients, and your Web site lists a very small percentage of complaints (less than 1710th of 1 percent), and only a couple complaints from all of 2005 out of our almost 50,000 current clients. In short, It's Just Lunch has had 250



# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

E. PACKMAN, et al.,

                                                    Plaintiff,

                                   **SUMMONS IN A CIVIL ACTION**

v.

IT'S JUST LUNCH INTERNATIONAL,
IT'S JUST LUNCH, INC., and HARRY and
SALLY, INC.,                        CASE NUMBER **07 CIV 9227**

                                                    Defendants.

**TO:** (Name and address of Defendant)

| ITS JUST LUNCH INTERNATIONAL | IT'S JUST LUNCH, INC. | HARRY and SALLY, INC., |
|---|---|---|
| 75340 Gerald Ford Drive | 52 Vanderbilt Avenue | 52 Vanderbilt Avenue |
| Palm Dessert, CA 92211 | Suite 901 | Suite 901 |
| | New York, New York 10017 | New York, New York 10017 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BALESTRIERE, PLLC
225 Broadway, Suite 2700
New York, N.Y. 10007

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          OCT 1 5 2007

CLERK                                       DATE

(BY) DEPUTY CLERK

times more marriages than complaints listed on your Web site."

Dolan also claimed that some of the complaints we received are not from IJL clients.

"We believe some (if not more) are ....from other people (perhaps competitors) pretending to be clients. It is our understanding ConsumerAffairs.com takes no steps to confirm that complaints they receive are from actual clients." (We did confirm all of the complainants who could be contacted during the course of this investigation). "

He adds: "You've also posted complaints from "employees" who never actually worked in an It's Just Lunch office. (The ones interviewed during this investigation stated they worked for the company and gave us titles and dates. Some people who filed complaints with us stated they interviewed for jobs with IJL but didn't start to work for the company).

Dolan did not offer any evidence to support his assertions and would not agree to speak to us in person or by telephone so that we could ask for such evidence.

Dolan also claims ConsumerAffairs.com isn't fair to businesses-especially those who've resolved consumers' complaints.

"Your Web site does not permit companies to respond to complaints☐or update clients' views and opinions. For example, in. the case where a client's issue is resolved to the satisfaction of the client, your Web Site refuses to remove the complaint or note that the client is now happy."

It is not true that companies are not permitted to respond. Every page of the ConsumerAffairs.com site contains a link to the Company Response Form, a company official said.

It is true that complaints are not removed once published.

"We are not running an extortion service. If a company can simply buy off one or two complainants and have the complaints removed, that does nothing to help other consumers who might fall into the same trap," said ConsumerAffairs.Com Editor In Chief and President James R. Hood.

Dolan also claims IJL has a satisfactory rating with the Better Business Bureau and that agency more accurately reflects the company's service record and its clients' views.

Many IJL franchises, however, are not members of the BBB and not all have a satisfactory rating.

For example, the BBB's Web site states the IJL franchise in Phoenix, Arizona, on East Chandler Blvd., has "an unsatisfactory record with the Bureau due to an unanswered complaint."

**Humiliating Experience**

M.B. of New York doesn't believe the rosy picture Dolan paints of IJL and its satisfied clients.

"It's terrible PR-hype," she says. "It's Just Lunch can't and doesn't deliver what it promises."

Kim S. of Houston agrees, saying he regrets the day he joined the dating service.

He says IJL wasted his time.

His money.

And his dream of finding a partner.

"The whole thing is humiliating and embarrassing. I'm humiliated to think that I could actually be duped by people like this. And most people will not complain because they are so embarrassed by it all."

Report Your Experience
If you've had a bad experience with a consumer product or service, we'd like to hear about it. All complaints are reviewed by class action attorneys and are considered for publication on our site. Knowledge is power! Help spread the word. File your consumer report now.

Back to the top |

**Find this article at:**
http://www.consumeraffairs.com/news04/2006/02/ijl.html

☐  Check the box to include the list of links referenced in the article.

ConsumerAffairs, Inc.

**Exhibit F**

# Getting dumped by fiancé inspired launch of It's Just Lunch matchmaker

**RICHARD BLOOM**
GLOBE AND MAIL UPDATE
FEBRUARY 14, 2005 AT 10:08 AM EDT

For singles working their way up the corporate ladder, there may not be enough time in the day to make a pot of coffee, let alone time to find their Valentine. But there is always time for lunch.

And where there's a trend, there's a business plan.

It's Just Lunch Corp. began as a tiny one-woman shop in Chicago 14 years ago after entrepreneur Andrea McGinty was dumped by her fiancé five weeks before their wedding. It has since blossomed into a 70-office operation with annual revenue of more than $30-million (U.S.). Now, with millions of first dates under its belt, the company is expanding into Canada, Europe and Asia.

The first Canadian franchise opened in Toronto last summer to a flurry of interest, and locations in Vancouver and Montreal are set to open later this year.

Canada is seen as an important growth market for the company; Toronto, in particular, because it has 1.5 million people in the core dating demographic of 25 to 44 -- 41 per cent of which are single, separated or divorced.

Another statistic the company finds encouraging: 36 per cent of Toronto's population are white-collar employees.

"People were tapping on the door before we even opened [in Toronto]," explains Nancy Kirsch, senior vice-president at IJL, who grew up in the city's tony Forest Hill neighbourhood but now calls Washington, D.C., home.

"Dating dilemmas are the same for people everywhere . . .You're a professional working long hours and you don't want to date a colleague. If you're a 30-something, you've probably already met your friends' friends," she says, adding many singles are sick of going to bars or just don't have the time to go out and meet other people.

That's why a lunch date (or an after-work "drinks" date, which the company also arranges) is seen as the perfect solution, she says. Many professionals are used to dining with business clients, so going out to eat with a stranger doesn't come with the usual first-date pressure.

After lunch, both people can easily part ways or arrange for another longer date. What's more, there are no uncomfortable walks to the front door or good-night kisses. At least, not normally on the first date.

Customers plunk down $1,195 for a year's membership, which entitles them to a minimum of 14 first dates as well as a personal matchmaker who interviews each member, hand-picks each encounter and even makes the reservations at the restaurant.

If only Yente, *Fiddler on the Roof*'s loud-yet-lovable matchmaker, had realized the money that could be made by setting people up like this.

Tampa Bay, Fla.-based research firm Marketdata Enterprises estimates that the American dating-services industry generated $1.1-billion (U.S.) in 2004. That figure is forecast to swell to $1.5-billion by 2008.

Half of that is spent on dating websites like Match.com and personals.yahoo.com, but a growing proportion is also choosing the so-called off-line dating services. In fact, $407-million was spent at off-line matchmakers last year, which is expected to rise to $440-million by 2008.

According to Ms. Kirsch's data, more than half of all blind dates arranged through IJL go out for a second date.

A year ago, the service took credit for more than 10,000 marriages since its inception, but "it's much higher now," she says.

The success comes mainly from the matchmaker, Ms. Kirsch says.

Users of on-line dating services, which have become wildly popular in recent years, have to sift through scores of pictures and descriptions looking for that perfect match. Same goes for video-based dating services.

"Singles get frustrated because they're chasing the wrong list," she says, noting that through IJL, the date co-ordinator often picks pairings by a combination of suggestions from the client and gut instinct. "It's that unexplainable thing you cannot type into the computer."

Julie Ferman, a Los Angeles-based independent matchmaker and dating industry consultant, says services like IJL are ideal for singles because it gets people out on first dates and allows people the chance to improve their dating skills.

"There are so many people who are overlooked on websites," she says, referring to those who are "beauty-challenged" or who don't feel comfortable e-mailing somebody for weeks only to get a rejection before an in-person meeting.

She also says the price is right. Rival off-line dating services, like popular U.S. chain Great Expectations, often charge $3,000 to use their services. In big cities, some matchmakers charge $10,000.

Price was a key factor for Jennifer (not her real name), a 33-year-old health-care industry executive who signed up for IJL in late December as a New Year's resolution. She has friends who have spent upward of $5,000 (Canadian) for a dating service.

So far, she's only been on one date -- after-work drinks -- that went "well." Plans are in the works for a second date.

"It's really hard to meet people," she says, noting that she's been set up by countless friends and dabbled in on-line dating as well.

"If there's one thing it's taught me it's what I want and what I don't want."

She also likes IJL because the company verifies each person's identity and background, adding a greater degree of safety to encounters -- something most websites don't do.

"And I like that it's no pressure: It's just lunch."

Exactly.

**SPONSORED LINKS**

**Steadyhand Mutual Funds**
Canadian no-load mutual funds. Concentrated portfolios, low fees.
www.steadyhand.com

**Hot Stock Alert (TMDI)**
Telemedicus - Medical Communication Top Telemedicine Technology
www.Telemedicus.com

**MS Office Accounting 2007**
Easy to use award winning software. Buy Pro version for only $149.95!
www.IdeaWins.com

**Refinance at 5.125% Fixed Rate. Limited Time Offer**
Get $200,000 home loan for $854/month. Calculate Your New Payment. Serious Inquiries Only - Act Now!
Refinance.LoanOffer.com

**Official Site: AMBIEN CR™**
(zolpidem tartrate extended release) CIV Get Free 7-Day Supply
www.AmbienCR.com

Buy a link Now

© Copyright 2007 CTVglobemedia Publishing Inc. All Rights Reserved.

CTVglobemedia

globeandmail.com and The Globe and Mail are divisions of CTVglobemedia Publishing Inc., 444 Front St. W., Toronto, ON  Canada M5V 2S9
Phillip Crawley, Publisher

**Exhibit G**



Dating for busy professionals

Get More Info!
**760.779.0101**

Locations

Dating Service News

Who We Are

What To Expect

Our Success

Dating & Relationship Facts

Restaurant Partners

It's Just Lunch Careers

Franchise Info

**You Could Own:**
Adelaide, AU
Akron, OH
Amsterdam
Barcelona
Belgium
Boston, MA
China
Colorado Springs, CO
Essex County, NJ
Finland
Fresno, CA
Geneva
Germany
Greensboro, NC
Halifax
Hawaii
Hong Kong
Iceland
India
Indianapolis, IN
Japan
Knoxville, TN
Korea
Kuala Lumpar
Lansing, MI
Little Rock, AR
London
Madrid
Memphis, TN
Mexico
Milan
Montreal
Morris County, NJ
Norway

# Start Your Own
# Franchise

It's Just Lunch! ("IJL") is a specialized dating service for busy professionals. We have coordinated hundreds of thousands of dates for our clients since our opening in 1991.

We minimize the stress and maximize the efficiency of dating by coordinating our client's dates for lunch or for a drink after work. IJL is a "first date introduction service." People use a recruiter to find a job, a personal trainer to find a new body and IJL to find new friends and potential partners.

**Why It's Just Lunch?**
There is a huge, untapped, and ever-growing national and international market for dating services as singles seek alternatives to bars, personal ads, and other methods of meeting others. The rise in tele-commuting, Internet usage, multiple career moves, long work weeks, etc., have made it more difficult for today's singles to meet. This has created an opportunity for IJL and our franchisees to help singles expand their social circle and introduce them to or clients - people they normally would not get a chance to meet.

- According to Adweek, Americans spend $500 million annually on personal ads in newspapers and magazines alone.
- We are an affordable indulgence. Since our target market is busy single professionals, our service easily fits within their budgets.
- Compared to many other franchise opportunities, IJL provides a low cost of entry.
- We offer regular hours (Monday-Friday) in office environment. No late nights or weekends (unless you

More about the Its Just Lunch franchise opportunity

Apply for an Its Just Lunch franchise

- choose).
- Owning an IJL franchise is a white collar, attractive profession. You are a "celebrity" in your own city.
- We have a unique and proven system. IJL has been running offices for almost a decade.
- We offer an existing, talented and committed pool of executives with many years of combined experience to help mentor and guide you to success. We care about our franchisees and aim to make them their best.
- We supply a detailed marketing, advertising and public relations program. After opening many locations with a "bang," we have developed a sound communication strategy to "ignite" your franchise within your local market.

Perhaps, more than most businesses, a franchise-based business is an alliance built on relationships. We are a group of people with common ideas, attitudes and goals. And, just as you have to be absolutely certain that the franchise you choose to invest your time and money in is the right one for you, we need to be equally certain that every new member of our "family" is the right one for us. We owe it to ourselves, we owe it to all our franchisees and clients.

This information is not intended as an offer to sell, or the solicitation of an offer to buy, a franchise. It is for information purposes only. Currently, the following state and countries regulate the offer and sale of franchises:
**United States:** California, Hawaii, Illinois, Indiana, Maryland, Michigan, Minnesota, New York, North Dakota, Oregon, Rhode Island, South Dakota, Virginia, Washington, and Wisconsin.
**International:** Australia, Brazil, Canada (Alberta and Ontario only), China, France, Indonesia, Korea, Malaysia, Mexico, Russia and Spain.

If you are a resident of one of these states or countries, we will not offer you a franchise unless and until we have complied with applicable pre-sale registration and disclosure requirements in your jurisdiction.

**Who are we looking for in a franchisee?**
SOMEONE...
...with a burning desire to work for themselves.
...with the desire and ability to learn.
...who is passionate about helping other people meet new people and understands the difficulties in meeting someone in our culture.
...who has drive and initiative.

Case 1:07-cv-09227-SHS-KNF     Document 24-4     Filed 06/06/2008     Page 27 of 46

...who is not afraid to try.

...who wants to be an entrepreneur – looking to generate their own independent income and wealth, and to create and control their own future.

...who has the time and energy that success demands.

...who is looking to bring both talent and commitment "to the table" – within a proven system.

...who has the financial means to start their own business.

...who can fully grasp and appreciate the benefits, challenges, possibilities and rewards of an exciting, high-profile industry and our unique position within it.

...LIKE YOU?

**(760) 779-0101**



dating for busy professionals

Franchise Kit

# What is It's Just Lunch?



Thank you for your interest in It's Just Lunch! As a leader in the dating services industry, we are excited about the rapid growth of our system and new developments within our business. We are actively seeking the "right" franchisees both in the US and internationally to join our network and help us expand.

After you have had a chance to review the enclosed information, please complete and return the Franchisee Application forms which will allow us to review your initial qualifications for an It's Just Lunch franchise.

Upon receipt of your Application, we will call you to review more detailed information about our program. Please call with your questions and comments as we look forward to working with you as you research the It's Just Lunch! Franchise opportunity!

Sincerely,

Irene LaCota
President- Its Just Lunch International LLC
619-756-7301
irene@ijlcorp.com

Copyright © 2007 Its Just Lunch, Inc. All rights reserved.



Franchise Kit

IT'S *just* LUNCH!

dating for busy professionals

# IJL in the News



"It's Just Lunch! To the delights of...clients, their singles service eases the anxiety level of the blind date by scheduling the encounters at high noon."
-People Magazine

It's Just Lunch receives worldwide exposure through effective public relations campaigns. Dozens of articles featuring IJL and our individual local offices have appeared in newspapers and magazines. Past campaigns have yielded mentions in media such as *The Wall Street Journal*, *Forbes* and *Newsweek*. In addition, we have had mentions on national television programs such as *The Today Show*, *20/20*, *CNN*, *Dateline* and *Geraldo as well as extensive local television coverage.*

*While our national public relations ("PR) campaigns are designed to increase brand awareness, the local marketing/PR programs are designed to increase sales in our local offices. Our marketing team assists individual franchisees in developing marketing/PR programs for maximum effectiveness in their local markets. Our marketing specialists are always ready to help offices promote their business.*

*IJL has also created an array of affordable marketing tools that can be customized with each office's identity. Full-color brochures, direct mail programs and high quality premium items, as well as business cards and stationary, can be supplied quickly from a reliable source.*

## Just a sample...

MS-NBC FOX TV Early Show with Bryant Gumbel

CNN The Today Show National Public Radio Reuters

The New Yorker Business Unusual Lifetime Geraldo

Jay Leno Show Bloomberg Information TV

USA Network Dateline NBC PBS ABC 20/20 CNN/fn

CNBC Entertainment Tonight Dow Jones TV

Seventeen Magazine Los Angeles Times

New York Times American Lawyer

The Wall Street Journal Marie Claire Time Magazine

Continental Airlines In-Flight Magazine

Men's Health & Fitness New Woman Magazine

Japanese Times Self Magazine Fitness Magazine

Working Woman Magazine USA Today Snapshot Glasgow

(Scotland)Times International Herald Tribune

Your Company Magazine Your Money The London Times

International Christian Science Monitor

American Bar Association Journal Harvard Law Bulletin

The National Law Journal US News and World Report

National Restaurant News Redbook Magazine

Southwest Airlines Spirit Magazine Forbes Magazine

London Guardian First Magazine for Women

Restaurant Hospitality People Magazine

Entrepreneur Magazine Paris Vogue

http://www.itsjustlunch.com/kit/kit.aspx?actiontype=news                    10/12/2007



# Support and Training



We are with you every step of the way as you prepare to open your office in the area you select. Our pre- opening support covers the details, from where to locate your office, to how to get your initial clients and everything in-between.

Our pre-opening support includes:

- How to identify suitable office space. Having established offices in many cities gives us the experience of knowing what works. Our support includes advising you on what to look for in an office location, as well as what to negotiate into the lease.

- Office layout and design standards that portray the right look for your franchise.

- Advice regarding furniture, fixtures, supplies and office equipment needed to open your office.

- IJL University: a comprehensive training program that teaches you the methods, procedures and practices for the successful operation of an IJL franchise.

- In-depth manuals, IJLNet, job aids and other tools to help you run your business.

- The benefits of a decade of knowledge gained through the invaluable hands-on expertise of our team.

- Guidance in recruiting, hiring and training personnel.

In addition to the IJL University training, we provide on-the-job training and support in your office. Our team:

- Provides guidance in setting up all files and client matching procedures.

- Trains you on our general work flow and day- to-day operating techniques.

- Reviews our database software program with you which helps you manage your most important asset — your clients.

- Advises you on starting up your marketing and public relations plan. During training, we will help you formulate your advertising program. We will provide you with sample print ads, direct mail

"'Many It's Just Lunch! clients are lawyers or business people -busy, successful men and women who want to be in relationships but don't have time to meet people,' [Daniel Dolan, CEO for It's Just Lunch!] says. But even lawyers have time for lunch, and that's where Dolan's company comes in. Seventy-five percent of first dates set up by It's Just Lunch! lead to second dates, says Dolan. Then the potential for growth is up to the client."
-Harvard Law Bulletin

## Training

Educated, motivated and highly skilled franchisees, directors and coordinators are the most important elements in a successful IJL office. Our training team offers basic and advanced training programs designed to keep franchisees and their teams abreast of the IJL system. Scheduled sessions held in our training facility in Palm Desert, CA, as well as across the nation, cover the total operational management of an IJL franchise, from building a customer base to recruiting and training office staff.

When you become an IJL franchisee, we first provide training at our corporate training facility. Then we come to your city and continue working with you to help you set up your business. Thereafter, we maintain a continuing relationship with you to provide you with every opportunity for success.

pieces, radio and TV ads from which you select to maximize your area's awareness about your franchise.

- Provides you with continued advice, guidance and assistance.

- Makes a follow-up visit within two to three months of your opening.

**Our commitment to you continues after your initial opening period. We will support your efforts through:**

- Franchise Consultants who provide advice on office staffing, marketing, sales and all other aspects of our IJL system.

- E-Newsletters to provide on-going communication to the singles in your database.

- The IJL intranet and web site.

- Your own city web page.

- Sales coaching assistance.

- Management refresher training.

- International Franchisee Conventions.

- Regional meetings.

- Volume discounts for marketing materials and printing.

"So what is a single person to do? The answer, it appears, is to think like a company. You should 'outsource' your social calendar to one of an increasing array of sophisticated matchmaking services that provide 'assisted dating'. It's Just Lunch (IJL) is a firm that arranges 'pre-screened lunch dates' for busy professionals."
-The Economist

Copyright © 2007 Its Just Lunch, Inc. All rights reserved.

Franchise Kit



Franchise Kit

# Investment Overview



**Franchise Fee and Royalties** The franchise fee of US$25,000 or US$35,000 is based on the size of the territory for a ten-year term. An ongoing royalty of 9% of gross sales is paid monthly with a pre-determined minimum monthly royalty.

For these fees you will:

- *Receive full support and training.* Our team provides valuable start-up and ongoing assistance to help you build your business effectively and efficiently. The most beneficial result of your relationship with IJL is learning and using our business method. The way we conduct business, the "IJL system," has been constantly evolving since 1992.

- *Be licensed to use the IJL brand name* and proprietary database program for the term of our agreement as well as certain copyrighted and proprietary materials (signage, logos, tag lines, brochures, promotional gifts, marketing materials, paperwork, contracts, etc.).

- *Be granted an exclusive territory* in which to run your business.

**Estimated Start-up Expenses:**

Our start-up expenses are lower than many franchises. Please note, though, that costs may vary significantly based upon local costs for office rent, labor and advertising. It is impossible for us to know exactly how much your expenses will be, but based on our experience, we have determined that the start-up expenses to the right are applicable in most U.S. situations.

You may already own some of the items listed, which would reduce your initial start-up expense. Assume that 1,000 to 1,500 square feet of office space will be necessary to begin operations.

Furniture and Equipment: desks, chairs, filing cabinets, shelves, small tables, computer, fax/copy machine and phone system.

Inventory: There are no stock or inventory items needed to run this business apart from paperwork and marketing materials.

Income

**Start-up Expenses**

Initial Franchise Fee
$25,000 - $35,000

Leasehold Improvements
$0 - $10,000

Furniture, Fixtures and Equipment
$4,000 - $10,000

Signage
$3,000 - $5,000

Initial Contribution to Local Media Placement Fund
$8,000 - $20,000

Second Contribution to Local Media Placement Fund
$8,000 - $20,000

Three Months' Rent and Security Deposit
$5,000 - $14,000

Deposits and Business Licenses
$0 - $1,000

Training Expenses
$3,000 - $7,000

Miscellaneous Opening Expenses
$2,000 - $7,000

Additional Funds (3 months)
$80,000 -$95,000

Total Estimated Initial Investment
$138,000 - $224,000

*above amounts in US dollars
**ranges given above reflect US locations only

Income is derived from membership fees which range from $1,000 - $1,500/year per client. For new offices, we recommend a lower tier of pricing for the first six months. Profits are derived from generating fees greater than your expenses.

**Working Capital**

Our Uniform Franchise Offering Circular recommends a range of $80,000 to $95,000 based on a start-up period of three months. This range does not include a draw or salary for the franchisee. Obviously, the greater your sales during the start-up period, the sooner you reach break-even and start producing a profit.

**Summary of Investment**

It's Just Lunch is an intensely personal business. We cannot promise you success. If both of us come to the conclusion that you should enter our business, we will help you learn our business system. Once again, we do not run your business for you. The abilities, drive and attitude you bring to our business will determine what you ultimately achieve.

Copyright © 2007 Its Just Lunch, Inc. All rights reserved.

**Exhibit H**

Consumer complaints about It's Just Lunch - Angry Women
Page 1 of 31
Case 1:07-cv-09227-SHS-KNF    Document 24-4    Filed 06/06/2008    Page 35 of 46

**consumeraffairs**.com
*knowledge is power!*

Consumer News    Recalls    Complaint Form    Scam Alerts
Rogues Gallery    Good Guys    Search    Home Page

Email Login

Small Claims Guide | Legal Forms | Lemon Law | Resources | Newsletters | Video | Span

Automotive    Education    Electronics    Family    Finance    Health    Homeowners    Shopping    Travel



*Sugardaddie*.com
Dating for Successful & Attractive People

· Ads by Google    Albany Dating    Saratoga Dating    Lunch Dating Service    Dating Women

DATING SERVICES

# It's Just Lunch - Angry Women

**Zena of Decatur GA (09/26/07)**
I signed up with IJL late last April after promises that the experience will be very rewarding and fun. Now five months later I got total of 2 OK dates and 2 total missmatches. I had several phone calls with diferent representatives and with the office director reassuring me that all is going to be well, but so far nothing more than disappointments and promises. I feel used and deceived.

**Christine of Greensburg PA (08/29/07)**
I recently signed up for the It's Just Lunch Service.
Unfortunately I didn't read any of these reviews and went strictly off of the fact that it appeared on Oprah - therefore assuming that it would be a good experience. All I can say is - what a waste of money.

The men that I went out with were very average. I stated that I wanted to date someone very attractive, fit and confident. I went on a few dates - the first, I couldn't even look at (very unattractive), the second - very average (I will admit that he was a



- It's Just Lunch — Or Is It?
- No Refunds
- Typical Complaints
- Dating Service Tips
- It's Just Lunch Responds
- Other Dating Services

- "It's Just Lunch" Settles Overcharging Complaints
- Illinois May Require More Protection For Online Dating

**IJL Consumer Complaints**
- Irate Men
- Angry Women
- Insiders
- Settled in Court
- Emily's Story
- Sandra's Log

**C**

- Research
- Noxious T
- Feds Sue
- Consumer
- Financing
- More Bee
- Beef Reca
- USDA De
- Missouri S
- More New

Case 1:07-cv-09227-SHS-KNF    Document 24-4    Filed 06/06/2008    Page 36 of 46

Ads by Google

**Find Jewish Dating Sites**
Compare Jewish Dating
Sites to Help Find Your
Special Jewish Friend
Jewish-Dating-Centers.com

**Free Millionaire Dating**
Featured on Playboy. Date
Wealthy & Sexy Singles.
100% Free for Girls.
SeekingMillionaire.com/Join-Free

**Long Island Dating**
Online Matchmaking with a
Local Touch. Get a Free
Profile Review!
www.GE-Dating.com/LongIsl

**Meet Singles Online**
Looking for Singles in Your
Area? Post an Ad and
Meet New People.
SuperLivings.com

**Married Wife Date
Service**
Date Real Married Women
Near You Instantly Search
in Your Area
www.DatingaWife.com

Show More Ads

nice gentleman) the next - again, not attractive. For the money
that I spent it was not worth it. The director told so many lies to
rope me in (how they were in need of women in my age range
etc...). I came to find out that she told that to the men that I went
out with as well. I dread answering the phone when I know they
want to set up another date.

I called to cancel and was prepared to forfeit the money that I
invested as well as their interview fee. I was told that there is a no
cancellation/refund policy. If I can stop as many people from
signing up for this service, I will.

### Kelly of Chicago, IL (07/30/07)
I contacted It's Just Lunch because I had heard good things.
Unfortunately, I didn't speak with anybody that actually used the
service themselves.

I've been on 6 dates so far and one is worse than the next. I'm not
even a little bit compatible with my set-ups. They continually set
me up with weird, awkward introverts. One guy was describe as
blonde with blue eyes who has a variety of interests. I showed up
and he was balding with gray hair. And outside of his lacking in
looks, his personality was lacking and the conversation was
painful.

I was promised that I would meet some really great people. So far
I haven't met anybody I would ever want to date again. I don't
even want to use the rest of my dates.  I wasted $1,500 and 6
evenings with the lead cast of Revenge of the Nerds.

### Karen of New York NY (06/25/07)
$1000.00 paid for private dating service by myself and two friends
- we are all women had seen this organization heavily advertised
and on TV shows like Oprah making claims of legitimacy for
<u>successful singles</u> not interested in dating via the internet or the
bar scene - we are all successful attractive - one is a former model-
one widowed and two divorced all three were set up with the
same guy who admitted he was not asked to pay a dime as the
company has too many women and no men signing on for the
service.

He was asked to take each of us on a date - in the course of the
first three months they would do the same thing to each of us...
call schedule a meeting and cancel with the same excuse.

The organization was started by lawyers, we couldn't get our
money back but we all finally found out from the same Plant that
he was paid to date us so the company could look legitimate. He

recent

- Ford Rec
  Risk
- Cub Scou
- IonizAir A
- Razor E3(
- Kids II Ba
- Dollar Ge
- Antioch P
- Sports Au
- KB Toys I
- Eveready
- Dollar Ge
- Toys 'R' L
- More Rec

READER :

Print, Ema

Subscribe

Nev
Email: [

Privacy by

Consumer complaints about It's Just Lunch - Angry Women
Page 2 of 31
Case 1:07-cv-09227-SHS-KNF   Document 24-4   Filed 06/06/2008   Page 37 of 46





outed the scam. We were robbed.

**Lainey of Valley Glen CA (06/25/07)**
This business ... cannot meet what it promises. The staff changes
constantly, so the intake person you meet with is never there
again within a month and after you've spent all your time
w/them you wonder who and how they are fixing matches up
with - since the person that got a sense of you is no longer there. It
is all random and there are no men that I would want a second
date with.

You show up and look across the room for your match and think
OH NO, please don't let that be him and sure enough it's him. It's
dreadful.

IJL also states that the restaurant where your match takes place
looks out for you and knows that you're on a blind date - that has
not been the case at all in my situation. I showed up at a crowded
Beverly Hills bar/rest. to meet my match and I told the host his
name and he said Well take a look around, we're pretty busy
tonite. I said, It's a blind date - how can I take a look around if I
don't know who he is?

It's been absolutely ridiculous and the biggest waste of $1500 I've
ever spent - while several of my friends are getting married from
meeting partners on the internet. I wish I had looked on here
before impulsively signing on to this bogus service - they should
be ashamed of themselves.

**Patricia of Reisterstown MD (06/01/07)**
IJL has left Baltimore. All calls are forwarded to Miami office.
When I demanded a refund, I was told I would have someone call
me back. I was given another date and complained once again
because there were absolutely no similarities. Again, I called and
voiced my opinion that if IJL was not taking on new members in
Baltimore, and I had a very new membership, that they could not
possibly provide a date. They stated they had plenty of dates and
would put me on the active list. Three weeks later I still had not
heard from anyone.

I filed with the BBB and sent a certified letter with my complaint
and demand for a refund. The date the certified mail was signed
for, I received phone calls from someone who wanted to make a
date as well as Diane who said she was sorry she hadn't gotten
back to me about my complaint. Needless to say, I have neither
received a letter or a refund. My next step is to take them to small
claims court.

This was a very expensive proposition, $1500 and one in which IJL cannot come through on their end of the contract. Going to ITJ after my husband died was a difficult decision; one in which I didn't have a ton of money to throw around. I have asked repeatedly for a refund. I am not interested in their pool of potentials. I just want my money back since they have failed to keep their end of the contract.

**Bonnie of Irvine CA (05/01/07)**
I joined IJL in Newport Beach, CA on June 6, 2005. When I completed my application I emphasized how important it was to me that I met someone who was a professional (like me), and an active ocean person who loves to sail, scuba dive and ski, and had the time and money to travel internationally. Most important, I wanted to date another Christian. In the interview I asked whether they had enough male members who would be compatible. Before I signed the contract with them, they assured me that they had enough men in their database to fulfill what I was looking for and quickly ran my credit card. I paid them $1300 in advance for 14 dates, based on their promises to provide compatible partners for me.

They require that you phone them to report in within 24 hours of your date. They told me that this was so they could get a better idea of what you did or did not like about the guy, and they could apply this to find you a more compatible date the next time. It all sounded like a great idea. The truth was, they did not have nearly as many people in their system as they had told me.

Even after numerous complains during the next months, the matches they aligned me with became more and more incompatible and the dates kept getting worse and worse. They have not even come close to delivering what they promised. Several times they sent me to one restaurant and my date to another. One of the dates never showed up at all. They gave me some lame excuse as to why he didn't show.

I expressed my concerns to them numerous times when giving my date feedback. They even offered to extend my membership to give me more dates. What good would that do? They couldn't deliver what they had already promised me. Out of total frustration I put my membership on hold in October 2006.

In the middle of January I wrote them a letter outlining all their lies and demanded my money back in spite of a no refunds clause in their contract. I pointed out to them that I would contact an attorney and sue them for breach of contract if they did not refund my money, since they lied to me to get me to sign the

agreement in the first place. They send me back a letter telling me that they would refund my money in return for signing a non-disclosure that I would not go public with my story. I signed it, and waited for my refund. Now, almost four months later, still no refund. Additionally, they continue to promise to return my phone calls and never do.

This company is not qualified to be in the matchmaking business. The promises they make to the prospective members are for the purpose of putting money into their own pockets. I am currently filing a claim in Orange County Small Claims Court asking for all my money back. I am also sending this report to the Better Business Bureau and any other place where I can get the word out. If I can keep one other busy professional from wasting their time and money with this company, then I feel it will have done some good.

**Mary of Minneapolis MN (04/01/07)**
I have had very bad experiences with this company - not following through and setting me up on dates with the SPECIFICS I have asked not to be set up with. I have given them feedback each time and they have not listened. These examples are the basics - like where they live, if they have kids, etc. Horrible experience. The woman I originally met with is no longer with them, but they will not admit this to anyone and lie to all of us. I will be happy to provide examples.

Wasted money, wasted time. Most of the men I have gone out with through them have had the same complaints.

**Yvonne of Elsternwick OTHER (03/07/07)**

I called again to specify that I was only interested in meeting men of my religion, being Jewish. I was told on the phone that this would not be a problem and to come for the interview. We spoke about this again and again, because I did not want to waste their or my time. Before I knew it they got me to sign and pay for 6 months, being 8 dates, which was plenty , as I could not afford 12 months membership and did not want that long.

I had one date, which of course was not Jewish. I called Melbourne office of "It's just Lunch" to inform them that I now want to be set up with a Jewish man, as they promised. I was asked to be patient and to wait that they would have someone for me soon. And that if nothing would happen; I will be refunded my money.

It's been two months and no dates. I called two days ago and

informed them that I did want my refund and was informed that she would advise the manager and they will see. I called them again today left a message and of course no one called back. I feel that I was lied to just to get the money; they have no Jewish men on their list, maybe one or two but not in my age group. I can't afford to just throw away money, which was over $500.00 and be told to wait and wait. I feel that they say whatever comes to them to get you to join and pay, and afterwards, there is no one to speak to.

**Joanne of Bel Air MD (01/12/07)**
As a professional consultant, I believe that when a client hires my services they should expect top quality results or a refund of their fee. The IJL service does not provide the quality service it advertises for matching single professionals. The dates I have been provided do not match my economic, education, or my specific interests. As part of the feedback agreement I regularly contacted IJL to discuss what was good and not so good.

After my third date, I informed the counselor that based on these three experiences if these were the types of matches that I was not interested any longer. The next dates was better but it shortly reverted back to mis-matches.

Examples include:

1. Two dates were retired living on fixed incomes.
2. One of the date's language was foul and quite distasteful. He also repeatedly called me when I did not provide him my number and after the third call, left a very nasty message. When I reported this to IJL, I was informed they cannot do anything about these types of situations.
3. Generally, my so-called matches spend a fair about of time complaining about their previous relationship.

Counselors have repeated ignored my feedback and brush off any responsibility for the bad behavior demonstrated by their clients. It does not appear counselors do a good screening of potential clients. Counselors change frequently without any introduction of new counselors. It appears they are more interested in the fee. I feel that the fee, I paid was a major waste of money. I could <u>find dates</u> like these on my own.

I must be clear that I did not enter into this agreement expecting to meet Prince Charming, what I expected was to meet quality professional people of similar professions, interests, and education. I feel that IJL mis-represents their available client list and their business by their actions in screening. I feel that I was misled as to what the service would provide.

I spent $1200 on the fee to IJL.

**K of Milwaukee WI (12/29/06)**
I have let my membership with IJL lapse because it was just not worth the time and expense of the thoughtless set ups. I am a well educated professional woman who joined as a means to meet some potential friends without the bar scene, etc.. The staff was in a constant state of flux; no one seemed to last long. One particularly terrible match had a Circuit Court record including over 30 offenses! The staff said that was not recent and that he seemed OK to them. There are no better safeguards with this service than in random meetings. IJL is a shameful business. I was given the same lines reported from many others. I can think of 4 people RIGHT NOW that would be PERFECT! Icky doesn't begin to describe the experience. I could have gone on vacation, bought some shoes, and come out feeling better!

**Carol of Smyrna DE (12/21/06)**

I had joined IJL with the promise and legal signed contract to meet someone that met my standards: Youthful looking, in good physical shape, clean shaven, and employed. However, I had met a gentleman who was much older looking, late for our meeting, not shaven, and skinny as a rail. The next gentleman that I met was very overweight, very balding, and looked 55 years old plus. I have wasted $1,500.00 in membership fees.

**Ellen of Portland OR (12/18/06)**

They advertised and emphasized, "it's about an insightful, professional IJL staff member hand-selecting appropriate matches based upon your desires, goals, motivations and our instincts." The "dates" they set me up with is far from what I specified (something as basic as height and weight). There was even one date that talked obsessively about their failed marriage since this person just signed the divorced paper 2 weeks prior to our date.

I was so horrified that I had to put a hold on my contract after 4 months with IJL, not go on any additional dates, and just let the contract expire. IJL cost me money and time, and worst of all, a string of really bad dates. I paid $1245.00 for one year, and only used the service for 4 months because it was THAT terrible.

**Dee of PA (12/12/06)**

After hearing radio advertisements for It's Just Lunch, I decided to contact the company for additional information. Despite repeated phone calls and e-mails, no one has contacted me. They

Case 1:07-cv-09227-SHS-KNF    Document 24-4    Filed 06/06/2008    Page 42 of 46

do not answer their phones or respond to messages left on their answering machine. They also will not respond to e-mail inquires. I have tried to reach this business for over two weeks. This company continues to have radio advertisements and send advertisements via e-mail — for services that apparently do not exist!

**Cherie of San Lorenzo CA (12/08/06)**
I paid over $1500 to be set up on dates with working professionals who have similar interests as me. My requirements were that the guy is a Christian, that he lives in the Bay Area and that he is divorced (not in the process of a <u>divorce</u>). What a scam. I was set up with a guy who lived in Portland and liked to have people to have dinner with when he was in town. I was set up twice with an alcoholic and each time they had us meet in a bar.

I was set up with a guy who didn't go to college who makes his living hauling away other people's junk. I was set up with 2 guys that were in cults (not Christian). I was set up with a guy who was best friends, business partners and sharing a house with his ex wife. I was set up with a guy who was in town taking care of his sick dad and lived in Denver (of course they told me he lived in San Francisco). I was set up with people who were not divorced yet and with one guy who was 10 years younger than me and was getting ready to move back to Texas because he missed his mom.

I still have dates left that I have paid for but informed IJL that they were wasting my time. IJL has an amazing amount of turnover in their workers, they don't return phone calls and never follow up when they say they will. It's funny because they will call immediately to try to get more $ out of you but once you give them a check they won't respond to your requests any more.

I wasted over $1500 and a lot of time and effort

**Caryn of Tucson AZ (12/06/06)**
I signed up for a six month dating programs with It's Just Lunch. During my interview I was told that if they did not do their job - finding me matches I was entitled to a refund. I was told that there were plenty of people for me to go out with. I was told that they did not send a person out on dates with people still going through divorces - well guess what my first date was - someone going through an ugly divorce and it was not pleasant. In addition to the above they were actually trying to sell me dates with men over 13 years older than me - even though I had asked for those in my age range.

I was told that there would be plenty of matches for me - to put it short - almost a year later - after being put on hold by them for a few months - I have finally completed my 6 dates - which means they don't have to bother with me anymore. Was there a follow up call after the last 2 dates - no. Prior to this I told them I was really unhappy with their service and I wanted a refund. They told me there was no refunds - and the contract said I agreed to go out on six dates or terminate after the end of the contract - which ever came last. I told them I was lied to - and that was where it was left. Most of the men I have been out with have had similar experiences. To

Summarize: They lied to me about the amount of people that are available for dates to hook me in. They lied about refunds so read the fine print on your contracts. They are constantly turning over their staff - so often one is dropped in the process or one should be prepared to deal with at least 5 new match makers. They do not follow through.

**Colleen of Calgary Canada (11/29/06)**
I ahve been reading articles from your site about It's just lunch dating service. I should have looked before I got involved. I am running into the same situation as the people that have complained already about them. I fortunately only signed up for the introductory offer and have only been ripped off for $200 and one very expensive lunch. The professionalism is lacking, the conduct of these people is deplorable, and the clients that they try to set me up with were poor to say the least.

I only went on one date and Candace literally bullied me into taking the lunch. The restaurant was very expensive and the date was nothing like we had talked about.. obviously no thought went into the service. When I called to complain I was yelled at and told that I was not an open minded person. I was told that if I didn't change my attitude that my contract would be severed with them. she suggested she would give me half my money back which I see doesn't happen to most.. I am just waiting now to see how long it will take for her to contact me again. It has been over 3 weeks since my first date.. If you want to add my name to what seems like a growing list of people that have complained you may do so.

I am humiliated and embarassed -- I am a professional person that really got caught in a scam. I should have know better.. but I would like to see some consequenses for their horrible business practices

**Susan of Amarillo TX (11/29/06)**
I signed up for this dating service back in September 2006. They
gave me a phone interview and charged my credit card,
guaranteeing me a certain number of dates (6, I believe) within 6
months. I sent a signed contract back to their office in Lubbock,
TX, because at that time there was no office in Amarillo, TX,
where I live (they assured me they had plenty of clients in
Amarillo). It has been over 2 months and I've not heard anything.
I just tried to call their office number and got a recording that the
number was disconnected. They also now advertise an Amarillo
phone number, which was also disconnected. I called the
company headquarters number for a direct connection to my area
office and still got the disconnect recording. I called and left a
message with the public releations dept at the company
headquarters. I am a struggling single mom and I cannot afford to
lose the kind of money I invested in this service. If they are no
longer working in my area, I want my money back.

**Debbie of Jacksonville FL (11/13/06)**
I worked for it's just lunch for a couple months. Everything that
has been written is true. I was told to sign up anyone willing.
They will not go on a date until the 3 business day to cancel has
passed, and then they are sent out with whoever needs to go out
because they have not been out lately. They are matched by
someone that has never met them or their prospective date. I was
interogated on every client I did not sign up, asking why.

I was embarrassed to work there. Furthermore, when I left the
company, they did not pay me and they thought I owed THEM
for training....training which includes sitting on bouncey balls to
appear to be a cheerleader. The training includes how to deceive
the customer and tell them that you have hundreds of clients. You
are told to not take african americans and people overweight. You
are told not to take women over 50 years old., you can take men
of any age because they date younger women... and you can give
them more dates in writting. This business is an outrage, preying
on lonely people. I am ashamed and embarrassed to have ever
worked there. I hope they go out of business.

**Kelly of Raleigh, NC (10/30/06)**
I was just about to sign up for a membership with IJL when I
stumbled upon the complaints online. Wow!

I would love to find someone like the guys who responded on this
website. Finding a gentleman who is interesting and fun and can

carry on an intelligent conversation is rare. Too bad we can't
exchange emails on here!  No IJL for me thanks!


**Laura of Chicago IL (10/27/06)**
I had this uneasy feeling about IJL, but I kept doubting myself
and thinking maybe I was being paranoid. Then I got feedback
from other victims of the IJL scam through a blog and now I feel
totally taken. My experience has been nightmarish which
culminated last Friday when my date never showed up!
Ironically, this was the best date I had with the organization.
What they promise and what they deliver are two different
things. I went on 12 dates and 11 were awful. According to other
respondents, they even hire men to go out with women because
the organization is 75% women! How can they get away with
this?

Basically, I am out $1500 plus the money I spent on drinks and
meals; more importantly, I can't get back the time I spent getting
to the loop, waiting at dismal restaurants, and making
conversation with uninteresting men.

**Cathy of Phoenix, AZ (10/26/06)**
I have just had another date set up by someone at IJL who has
never met me.  This is the 4th person I have dealt with since
becoming a member.

I believe that this is a totally numbers-driven company. They send
you out on as many dates as possible to use up your membership.
They show no concern about if you would have anything in
common with the person.  I am not sure they even read your
profile, since they have tried to send me on dates with married
men and men with small children, both of which I stated I was
not interested in.  Now I seem to be sent on dates with "my
father"!

This company has no interest in you or your profile - all they
want is your money.

**Jayme of Hollywood FL (10/26/06)**
After the first date I called and stated that I did not want to
pursue the service. I had not signed a new contract. (I was a prior
customer) Rachel attempted to set me up with a different person. I
refused. Even though I repeatedly stated I did not want to use the
service the company debited my checking account. There was no
contract and the debit came after I stated I did not want to use the
service.

**Christin of Alpharetta, GA (10/17/06)**
I joined It's Just Lunch under the expectations that this was a
personalized dating service for busy professional people. I'm
very busy, but not desperate.

After several hang ups with the first few scheduled dates, I was
sent out to meet the first person at a place that was not open at the
scheduled time. It happened to be on a weekend when there was
no one from IJL to contact. I have found that the staff is very
disorganized with returning phone calls promptly, and has
provided misleading information regarding the potential
matches.

I have been sent out on 3 dates, none of which were compatible
with me. I waited to hear from IJL after the third date regarding
the next potential match, but did not hear one word. I do not feel
the matching is sincere and personalized, but rather based on
random stastics on paper. I did not pay $1300 to be set up with
random indiviuals whom I have nothing in common.

I was under the impression that the staff would take more time in
actually getting to know me and my personality in order to match
me, but this has not been the case at all. I have been very
dissatisfied with their matching, correspondence, and ability to
resolve issues in a professional and timely matter. They can't
seem to understand why I do not wish to participate in such a
disorganized, unprofessional, and robotic service.

**Donna of Miami FL (09/14/06)**

I became a member of "It's Just Lunch" dating service on 8/21/06.
Their coordinator Lauren notified me of my first "date" named
Jim. She told me the date, time and place. Mind you, I do not live
anywhere close to this vicinity but since this was a new
experience for me, I thought why not! I arrived on time to meet
my "date".

I stood there waiting for fifteen minutes looking for this man as
he was described by Lauren. Finally, I asked the hostess if
anybody by the name of JIM had checked in. Going around the
bar and asking every man if their name was Jim was not my way
of resolving the situation. A half hour approached and still no
JIM!

After more time passed, I left. I called Lauren and left her a not-
so-nice voicemail message at 8pm. She or her superiors did not