# Exhibit "A"

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EINAT PACKMAN, Individually and for all others :
Similarly situated, :
                                        Plaintiff,     : Civil Case No.: 07-CV-9227
                                                      : **AFFIDAVIT OF**
                -against-                               : **RACHEL WILSON**
                                                        :
IT'S JUST LUNCH INTERNATIONAL, :
IT'S JUST LUNCH, INC. and HARRY and SALLY, INC., :
                                                           :
                                    Defendant.     :
------------------------------------------------------------------X

       Rachel Wilson, being duly sworn deposes as follows:

1. I am currently employed by It's Just Lunch, Inc. and have been so for approximately one (1) year. I am a paralegal in the Corporate Office. My office address is 75430 Gerald Ford Drive, Suite 207, Palm Desert, California 92211.

2. My duties and responsibilities include, organizing and tracking corporate contract files, monitoring the overall contracting process as necessary to ensure ongoing compliance with the terms of agreements with governing law, preparing and reviewing and processing of agreements and contracts, processing important legal and operational transactions, responding to subpoenas for production of documents, conducting legal and factual research as direcfed, creating, running and reviewing a variety of franchise related reports, providing assistance to and serving as a liaison to outside counsel and other administrative agencies in resolution of day-to-day issues as appropriate.

3. In connection with the instant suit I was asked to conduct a search of seven (7) persons, namely, Christina Rodriquez, Sandra Burga, Karen Malak, James Tortora, Lisa Bruno, Janeen Cameron and Karen McBride.

4. My search of each of the above-listed persons was performed by conducting a comprehensive search of the IJL database through an advanced search which includes all clients notwithstanding their status, i.e. active, hold, expired, etc. for all offices.

5. With respect to Mr. James Tortora my search revealed negative results. Towards that end, first I search his whole name, then I searched last name only and then I searched first name only. The search of all three (3) variations produced no matches. This leads me to believe that either the spelling of the name is incorrect or Mr. Tortora was never a client of It's Just Lunch.

Dated: Palm Desert, California
June 13, 2008

_____
Rachel Wilson

State of California
County of Riverside

On 13th June, 2008, before me, Michael Eugene Griffin, personally appeared Rachel A. Wilson, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _Michael Eugene Griffin_____ (Seal)

MICHAEL EUGENE GRIFFIN
Commission # 1592471
Notary Public - California
Riverside County
My Comm. Expires Jun 28, 2009

4823-1118-7714.1