UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

E. PACKMAN,

               Plaintiff,

      -against-

IT'S JUST LUNCH INT'L, ET AL.,

              Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/24/08
```

ORDER
07 Civ. 9227 (SHS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A motion to substitute the plaintiff is *sub judice*; therefore, the settlement conference scheduled previously for June 25, 2008, at 2:30 p.m., is adjourned, *sine die*. The parties shall apprise the Court of the resolution of the motion. Thereafter, a new date for the settlement conference will be fixed.

Dated: New York, New York
        June 24, 2008

SO ORDERED:

/s/ Kevin Nathaniel Fox
_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE