UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CHRISTINA RODRIGUEZ, *ET AL.*,                    :

                 Plaintiffs,                    :

       -against-                    :

IT'S JUST LUNCH INTERNATIONAL, *ET AL.*,    :

                Defendants.                    :

-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/08

07 Civ. 9227 (SHS) (KNF)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**XX**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____   Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____   Settlement*

____   Inquest After Default/Damages Hearing

____   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

____   Habeas Corpus

____   Social Security

____   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____
_____

All such motions: ____

Dated: New York, New York
       July 30, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.