**Exhibit A**

Locations

Dating Service News

Who We Are

What To Expect

Our Success

Dating & Relationship Facts

Restaurant Partners

It's Just Lunch Careers

Franchise Info



**Dating for busy professionals**

Get More Info!

# 888.300.9500

# Get More Info!

Please fill out a little more info on yourself - so we can find out if we have the types of people you'd like to meet.

First Name:

Last Name:

Address:

City:

State:    Zip:

Email:

Home Phone:

Cell/Work:

Age:

Gender:  ○ Male    ○ Female

Why are you thinking of doing something like this?

Select your region...

How did you hear of us?

SUBMIT    *IJL will never sell or trade your personal info.

# What To Expect

### How does it work?

First, you schedule a discreet, confidential interview with us. This interview enables us to carefully discern what it is you look for in a potential partner. We talk about what has worked for you in the past (and what hasn't) and what your interests are. Then, we match you with other IJL clients.

### How are clients matched?

We select a person for you based upon the information we discuss in the interview. Our staff members have years of experience and create matches based on personality and physical requirements. Our service isn't about video or computer dating; it's about an insightful, professional IJL staff member hand-selecting appropriate matches based upon your desires, goals, motivations and our instincts.

### How is the date arranged?

Once we select a match for you, we contact you by phone to tell you about the person we have chosen. We respect your confidentiality and only give out your first name, never revealing your address, phone number or company name. We give you a concise description of your potential date and why we think this match is appropriate. Everything we know about you is taken into consideration for this process.

### How and where do I meet my date?

The only work you need to do is to show up at the restaurant and enjoy the date. We handle every step. If your schedule makes meeting for lunch difficult, we can arrange for a drink after work. Our goals are that the match is well-suited and the time and place are convenient for both of you. We like to create an environment

Locations

Dating Service News

Who We Are

What To Expect

Our Success

Dating & Relationship Facts

Restaurant Partners

It's Just Lunch Careers

Franchise Info



**Dating for busy professionals**

Get More Info!

**888.300.9500**

## Get More Info!

Please fill out a little more info on yourself - so we can find out if we have the types of people you'd like to meet.

First Name:

Last Name:

Address:

City:

State:   Zip:

Email:

Home Phone:

Cell/Work:

Age:

Gender:  ◯ Male   ◯ Female

Why are you thinking of doing something like this?

Select your region...

How did you hear of us?

**SUBMIT**

*IJL will never sell or trade your personal info.

## Who We Are

IJL is celebrating over 15 years in the dating business, with thousands of professional singles. We've created a service where everyone feels comfortable with the process of meeting a new person. The company was born in 1991 in Chicago and now has locations from New York to Singapore, and everywhere in between. It's Just Lunch was founded by a Chicago woman whose engagement was called off. Finding herself suddenly single, she began the tedious search to meet "normal", well-educated professionals. Her friends sent her out on blind dates, she tried personal ads, contemplated the internet and dating services, but she wasn't comfortable with any of these options. The ideal date, she decided, was a lunch date or a drink after work. A fun, laid back, stress-free way to meet!

Locations

Dating Service News

Who We Are

What To Expect

Our Success

Dating & Relationship Facts

Restaurant Partners

It's Just Lunch Careers

Franchise Info



**Dating for busy professionals**

Get More Info!
# 888.300.9500



Please fill out a little more info on yourself - so we can find out if we have the types of people you'd like to meet.

**First Name:**

**Last Name:**

**Address:**

**City:**

**State:**    **Zip:**

**Email:**

**Home Phone:**

**Cell/Work:**

**Age:**

**Gender:** ○ Male  ○ Female

**Why are you thinking of doing something like this?**

Select your region...

**How did you hear of us?**

SUBMIT

*IJL will never sell or trade your personal info.

# Our Success

It's Just Lunch is a fun, proactive approach to your personal life. As first date specialists, we arrange fun lunch dates and drinks after work for busy professionals. We began in a tiny office in Chicago in 1991 and have grown to over 80 offices Worldwide. In summer 2004, we opened our first international locations in Singapore and Toronto. Many of our first dates lead to 2nd dates and our matchmaking is responsible for thousands of marriages. We have arranged over 2 million fun first dates in our 15 years. Each month we arrange 50,000 dates for our 30,000 members worldwide----and growing by thousands each month!—that's a lot of lunch dates!

A Chicago woman founded It's Just Lunch over 15 years ago after her engagement was suddenly called off. She attended her first IJL wedding after the company had been in business for just 5 months. Since then, The IJL Team has been responsible for many weddings and she still gets goose bumps when she hears about another engagement!

**Exhibit B**



**FIRST DATE UNIVERSITY**

# Taking Control
# in an Interview

There are three control points that are said verbatim in an interview to establish control. Below is an explanation of how to convey these three points. On your interview sheet you'll see a star(s) (∗) when you need to say one of the control points.

- Walk into Interview room and greet the client.
- Take clipboard—read how the client heard about us.
- Ask the first couple of questions to break the ice:
   "So, you heard about us through 'The San Diego Union Tribune'..."
   Women: "Have you had any friends who have gotten married through us or are dating someone through us?"
   Men: "Did you read the article about us that was in Forbes or the one in the Wall Street Journal?"
   "Ok, have you ever done anything like this before?"
   If they say no: "Oh, most of my clients have never done anything like this before! So you are in good company!"

At this point you will have reached the first star (∗) on your interview sheet so you now say the first control point to establish control.

---

∗ **Control Point One**

Ok, just so you know what we are going to do...I'm going to ask you a TON of questions...all about you, your likes, people you've dated, what you do in your free time.. just lots of questions all about you... and feel free to pop in at anytime to ask me anything! Then, if I have what you're looking for, I'll get you started today! If I don't, then we just hold off.... OKAY?
(POINT: THEY MUST SAY OK!!!!)

---

43

- Ask the client questions 2-14 on your interview sheet

At this point you will have reached the second star (**) on your interview sheet so you now say the second control point to establish control.

---

**\*\*  Control Point Two**

Stop and flip over your clipboard. "Ok, so far I have 3-4 ideas for your first date... but first I want to make sure about one thing that's really important. I just want to make sure that you'll be comfortable with the feedback. You have to call me after each date and tell me what you thought... Will you be comfortable with that? (listen to their answer)

Ok, what I want to do next is go over your parameters on the front sheet that you checked off... That will give me a really good idea of HOW MANY dates I'll have for you!!!

GO TO FRONT SHEET and review what they checked off.

---

- Review all the parameters on front sheet

- Confirm their phone numbers
  "What is the best phone number to reach you? Can I leave a detailed message on that phone number?"

- Lean toward the client and review their availability for this week for lunch.
  "OK, so when are you available for a lunch date this week?" Write it in.
  "OK, when can you meet for drinks this week?" Write it in.
  "I think I am going to start you with two people, so I need some dates for lunch or a drink NEXT week too." Write it in.

- Take the photo

Now you have come to the third star (✱✱✱) on your interview sheet so do control point three.

---

### ✱✱✱ Control Point Three

Reach over and grab your big stack of contracts on the clipboard. Do NOT EVER EVER let go of them. Do not call it a 'contract' or an 'agreement'. It's called a 'this'.

"OK, I always get the same questions about this!

The first thing is that you are guaranteed at least _____ dates.

The second thing is you can put your membership on hold for up to one year...let's say you decide after your 7th date that you really like Steve and just want to date him... we'll put you on hold...all you have to do is call me and let me know... we always get really excited when that happens and it happens every day!!!

And last, any of your friends that you refer, you get an extra date for each one.. that's where most of my clients come from, REFERRALS! OK, just fill out this top part here, sign right here and make your check out to IJL for $_____...there's not tax or anything extra added.. You don't have to write out It's Just Lunch, you can just make it out to IJL. I also need your driver's license...I'm going to go get your welcome package and a list of our restaurants and I'll be right back!"

---

Come back in... make a copy of the contract. Put the copy in their package. You keep the original contract. Walk them out! Tell them we'll talk with them tomorrow and we're so excited to hear the feedback! Shake hands and close the door!

**Exhibit C**



**FIRST DATE UNIVERSITY**

# "What if the Client Says...?"

## How to Approach the Unusual Event Known as a "Pending"

So! If you do get a pending you have done something wrong in the interview. Remember they came in wanting to join - they even knew to bring their checkbook and our clients are way too busy to come in and meet with you just to "check it out". So how do you re-establish their confidence in you and get them to join? Follow these steps!

**Client:**      I think I want to think about it.

**Director:**    Is there anything else I can answer for you?

**Client:**      No.

**Step 1:**      Establish that you will call them the next day!
**Director:**    Okay, then what I'll do is get you the list of restaurants and a letter that goes over the process. I already know the first two people I want you to meet and normally I call them right away, but what I'll do is hold off calling until them today and I will call you tomorrow morning instead.

**Step 2:**      Call them the next day!
Assume that they are joining and call them the next day with two people who fit their profile and are excellent matches. Describe the matches in great detail so you paint an exciting and accurate picture. Often times it's your description is what makes them want to join.
**Director:**    Hi Jack! It's Anne! How are you? Well, the first thing I want you to know is that I felt like we had a really great interview yesterday. Secondly, I've had a blast picking out dates for you this morning. I have a lot of great women I want you to meet, but these are the ones I want you to meet first! So, let's go over the first two I picked out for you...I'm so excited!

**Step 3:**      Get dates of availability.
Ask for their dates of availability for the next day and later on in the week! This creates the urgency for you. Once you get the dates of availability you know they're joining!
**Director:**    Don't they sound great? And I know Susie really wants to meet you! I got a little excited about the match and told her about you; I know she said this week looks good, is it possible you can do tomorrow for drinks?

48

**Client:**       I still want to think about it (or) I wasn't sure if I was going to join
**Director:**     Jack! I have so many great people for you, there's no reason you shouldn't
join! You're going to have a blast, the only thing you need to make sure you'll do is be
very good with giving feedback so I can keep bringing you the right kind of people!

**Step 4:**      Arrange for messenger to pick up check.
Once you have their availability, tell them you want to go ahead and get their dates set
up for this week and will send a messenger to pick up the check. Don't let them mail it!
Let them know that you're going to set it up and you'll call and confirm the exact place
and time later that day.
**Director:**      Okay, I'm really excited for you to meet these two women - I know you're
going to really like them! What I'm going to do is call the women and then I'll call you
back to confirm the place and time. Now, we can do two things regarding the check,
you can drop it off tonight, or I can have the messenger pick up your check, they are
already doing that for three other clients this afternoon.

**Note:**
Even if the client doesn't join, you still need to:
- Complete the client's file (detailed notes and photo)
- Enter them into the computer database
- Write a thank you note the day of the interview (see below)

*Dear John,*

*It was a pleasure meeting you today and I can't wait to get start-
ed! Please call me as soon as you are ready to go... I already have
a few ideas for good lunch dates for you!*

*Sincerely,*
*Nancy*

49

**Exhibit D**

THE ATTORNEY GENERAL OF THE STATE OF NEW YORK
BUFFALO REGIONAL OFFICE
-----------------------------------------------------------------

It's Just Lunch International LLC

-----------------------------------------------------------------

### ASSURANCE OF DISCONTINUANCE
### PURSUANT TO EXECUTIVE LAW
### SECTION 63(15)

Pursuant to the provisions of Executive Law § 63(12) and General Business Law ("GBL") Art. 22-A and § 394-c, Andrew M. Cuomo, Attorney General of the State of New York, caused an inquiry to be made into certain practices of It's Just Lunch International LLC ("IJLI"), and based upon that inquiry makes the following findings ("Findings"):

1.  IJLI is a Nevada limited liability company with its principal place of business located at 75340 Gerald Ford Drive, Palm Desert, CA 92211. IJLI sells and services franchises that operate social referral services, i.e., dating services, under the It's Just Lunch trade name. IJLI has three New York State franchisees. They are located in New York City (which includes Long Island), Albany, and Williamsville (which includes Buffalo and Rochester).

2.  Daniel Dolan ("Dolan") was Chairman and Chief Executive Officer of IJLI until on or about December 31, 2006.

3.  Dolan was also the sole or major shareholder of It's Just Lunch, Inc., a New York corporation which owned and operated the New York City franchise from in or about April, 1993 to in or about February, 2002. When Dolan's New York City franchise was sold to its current owners, they inherited, and continued to use, the contracts that Dolan had used. They also continued his practice of offering consumers the option of purchasing one social referral service contract ("contract") for six months for $1,000.00, or two six-month contracts, to run

consecutively, totaling $1,500.00.

4.    Dolan, from in or about September, 2005 to in or about March, 2006, was also the sole or major shareholder of IJL New York LLC, a Nevada limited liability company which owned the IJLI Williamsville franchise. Although Dolan's Williamsville franchise did not employ the two-contract approach, it did utilize the same contract as his New York City franchise, which he passed on to the current owner of the franchise.

5.    Jill Vandor is a current owner of the New York City franchise. She is also an IJLI Certified Trainer. As such, other franchise owners may seek her advice with respect to the operation of their franchises.

6.    Ms. Vandor recommended to the current Williamsville and Albany franchisees, shortly after they purchased their respective franchises, that they utilize, as she has, Dolan's practice of offering consumers the two-contract option.

7.    Consequently, all of IJLI's New York State franchisees offer consumers two options: (i) consumers may sign one contract for which they pay $1,000.00 for a six-month membership or six dates, whichever comes later, if the membership is offered in New York City, or six months or eight dates, whichever comes later, if offered in Albany, Buffalo, or Rochester, or (ii) consumers may simultaneously sign two six-month contracts, to run consecutively, paying $1,000.00 for the first and $500.00 for the second (occasionally, pursuant to a national promotion, the second contract is offered for $300.00).

8.    GBL § 394-c(2) provides that "No contract for social referral service shall require payment by the purchaser of such service of a cash price in excess of one thousand dollars." By having consumers sign two contracts simultaneously, for an aggregate amount in excess of

2

$1,000.00, IJLI's New York State franchisees have violated GBL § 394-c(2).

9.    Further, numerous provisions of the contract used by IJLI's New York State

franchisees violate GBL § 394-c. These provisions, and explanations referencing the subsections

of 394-c which they violate, follow:

A.    Contract Provision

If despite IJL's [It's Just Lunch's] efforts, IJL is unable to provide clients
with the number of introductions agreed to under Client's membership...all
remaining monies will be refunded on a pro-rated basis, [sic] (receive a
refund equal to the pro rata amount that Client paid for the number of
dates provided to Client), less a Two Hundred Dollar ($200.00) interview
processing charge.

Violation

GBL § 394-c(4) does not permit the retention by a social referral service of

an "interview processing charge" if the requisite number of referrals is not provided. It only

allows the retention of either 15% of the contract price or a pro rated amount equal to the value

of the referrals that were provided, whichever is greater. The contract's "interview processing

charge" violates this provision, although, in practice, the franchisees did not impose the charge.

B.    Contract Provision

IJL will provide Client with at least one (1) date every two months. In the
event IJL fails to provide Client with at least one date during any two or
more successive months, Client shall have the option to cancel this
agreement and to receive a refund equal to the pro rata amount that Client
paid for the number of dates provided to Client.

Violation

GBL § 394-c(3) states that a social referral service must provide a

specified number of referrals per month, and where the referrals have not been provided for two

successive months, the service must furnish the consumer with a full refund, except that, as noted

3

above, the service may retain 15% of the contract price or a pro rated amount equal to the value of the referrals that were provided.

    **C.**    <u>Contract Provision</u>

At the expiration of this agreement, upon the written request of Client, IJL will return to Client via certified mail all information and material of a personal or private nature acquired from Client...

<u>Violation</u>

GBL § 394-c(6) provides that all personal information provided by the consumer to the service must be returned "promptly" by "certified mail," and does not require that the consumer first request the return of the materials.

    **D.**    <u>Contract Provision</u>

This agreement is the sole and entire agreement between Client and IJL...This agreement may not be terminated except in accordance with the terms hereof and any claim or dispute shall be on an individual basis only.

<u>Violation</u>

This provision, to the extent that it seeks to prohibit consumers from initiating or joining a class action lawsuit against the franchisee, is illegal because it is against public policy.

    **E.**    <u>Contract Provision</u>

An additional two (2) weeks and/or one (1) additional date will be added for each new member that Client refers to IJL. Client may place membership on hold at any time for a period of up to one (1) year (cumulatively) by notifying IJL in writing (at which time Client's membership expires regardless of times or dates remaining).

<u>Violation</u>

GBL § 394-c(5-a) gives the consumer a "unilateral right" to place a

4

membership on hold for up to one year without losing any rights under the contract. The contract does not clearly set forth this right.

10.     Further, the contract used by IJLI's New York City, Williamsville and Rochester franchisees states that "ANY DISPUTE OF ANY NATURE RELATING TO THIS AGREEMENT OR THE BREACH THEREOF SHALL BE SETTLED EXCLUSIVELY AND FINALLY BY BINDING ARBITRATION..." This violates GBL § 399-c which prohibits mandatory arbitration clauses in consumer contracts.

11.     By reason of the foregoing conduct, the Attorney General concludes that IJLI has engaged in business practices which violate GBL §§ 394-c and 399-c, and therefore also violate GBL Art. 22-A, which prohibits deceptive business practices, and New York Executive Law § 63(12), which prohibits repeated or persistent illegal conduct in the transaction of business.

12.     IJLI does not admit the Findings, but is willing to enter into this Assurance of Discontinuance ("Assurance") for purposes of settlement, and to avoid the expense of litigation.

13.     The Attorney General accepts this Assurance pursuant to Executive Law § 63(15) in lieu of commencing a statutory proceeding.

I

## PARTIES SUBJECT TO ASSURANCE

IT IS HEREBY AGREED that this Assurance shall extend to IJLI, its officers, agents, employees, successors and assigns, and any individual or entity through which IJLI may now or hereinafter act.

5

## II

### PROHIBITED PRACTICES

IT IS FURTHER AGREED that IJLI shall immediately implement procedures and policies to reasonably ensure that every current and future IJLI franchisee in New York State is informed of the Attorney General's Findings and of their obligation to comply with GBL §§ 394-c and 399-c.

## III

### PENALTIES AND COSTS

IT IS FURTHER AGREED that IJLI shall pay to the State of New York, at the time of the execution of this Assurance, the sum of $45,000.00 as civil penalties, and the sum of $2,000.00 as costs, by certified check for the aggregate sum of $47,000.00, delivered to Andrew M. Cuomo, Attorney General of the State of New York, c/o Dennis Rosen, Assistant Attorney General, 107 Delaware Avenue, Buffalo, NY 14202.

## IV

### AFFIDAVIT OF COMPLIANCE

IT IS FURTHER AGREED that IJLI shall file with the Attorney General, within 90 days of execution of this Assurance by both parties, an affidavit, signed by an officer of IJLI, demonstrating that IJLI has complied with the terms of this Assurance.

## V

### CHARACTERIZATION OF THIS ASSURANCE

IT IS FURTHER AGREED that the acceptance of this Assurance by the Attorney General shall not be deemed or construed as an approval of the Attorney General of any of the

6

activities of IJI.J. and IJLI shall not make any representation to the contrary.

## VI

## PRIVATE RIGHTS

IT IS FURTHER AGREED that nothing contained herein shall be construed to deprive

any person, corporation, association or any other entity of any private right under the law.

## VII

## ENFORCEMENT

IT IS FURTHER AGREED that, pursuant to Executive Law § 63(15), evidence of a

violation of this Assurance shall constitute *prima facie* proof of a violation of the above cited

statutes in any civil action or proceeding hereafter commenced by the Attorney General.

Dated: ~~Desert Springs~~ San Diego, CA.
~~May~~ June 13, 2007

It's Just Lunch International LLC

By: _____
IRENE LaCOTA
President

7

STATE OF CALIFORNIA          )
                             )   SS:
COUNTY OF ~~RIVERSIDE~~       )
San Diego

    On this 1 ~~2~~ day of ~~May~~, 2007, before me came Irene LaCota, who, being duly sworn, did

depose and say that she is the President ~~and Chief Operating Officer~~ of It's Just Lunch

International LLC described herein, and which executed the above Assurance of Discontinuance,

and that she executed such Assurance of Discontinuance on behalf of It's Just Lunch

International LLC with full authorization to do so.

                                   _____
                                  NOTARY PUBLIC

Consented to:

ANDREW M. CUOMO
Attorney General of the
State of New York

By:_____
    DENNIS ROSEN
    Assistant Attorney General



**FIRST DATE UNIVERSITY**

# Non-Verbal
# Selling Skills

• When you enter the interview room, stand and walk tall so you project an air of confidence. Do not slump in. Remember you are on stage, play the part. You are the expert. Our clients come to IJL because we are the experts. Everyone wants to be a part of something that is fun and successful. So have fun!
Remember, our clients are successful and are used to hiring professionals. Show them you are an expert and that they are in good hands.

Initial Greeting. Make strong eye contact, smile and extend your hand for a firm handshake. There is no difference between a man's and a woman's handshake. A handshake should never be limp. On the other hand, you do not want to overdo it either and have an overly aggressive handshake.

• Always use the clients name the way they give it. If your client introduces himself as Anthony, do not call him Tony. He may hate that name, so do not ever change their name.

• Eye contact. Always maintain good eye contact. This does not mean you stare at your client the whole time. Maintaining good eye contact shows you are listening and are interested in what the client is saying.

• Sit up straight. Slumping in your chair shows the client you are uninterested and bored with what their saying.

• Dress professionally. Visually illustrates to client that we are a professional organization. See the IJL Dress Code. Do not forget the appearance of your shoes/toes if wearing open toe shoes.

• Grooming. Always go to work well groomed. See the IJL Dress Code. Make note that we are a smoke and fragrance-free work environment. Any type of perfume, aroma, etc could be a turn off to a client.

• Smile. But do not smile the entire time. Smiling during the entire interview could be read as fake. When you first meet someone, always smile. People do not want to be around an unpleasant person.

46

- Do not fold your arms. Folding your arms tells the client they are unwelcome.

- Make note of their voice. When you first start listening to someone speak, adjust your rate, speed and volume so as to not overwhelm them. You do not want to be talking in a loud volume at a fast rate if your client is a meticulous and soft-spoken person. If you are too fast, it can be difficult for him or her to follow you which can lead to frustration.

- Do not interrupt. Again, shows you are interested in what the client is saying. This allows you to respond to what they are telling you and not giving them a pre-rehearsed sales pitch. (Customize the response.)

- Do not ever show that you disapprove of what your client is telling you no matter how odd it may seem (for example rolling eyes, frowning, looking away, smirking, covering up a laugh, etc.).

- Never eat during an interview (you or the client). Do not bring in a Starbucks coffee unless you can offer the client the same.

- Do NOT hand the clipboard to the client before you go through control point three. If you do, the client will start reading and stop listening to you.

47

**Exhibit E**

 **consumeraffairs.com**
*knowledge is power!*



NEWS  |  Latest  |  Archives  |  Auto  |  Cells, etc.  |  Computers  |  Financial  |  Health  |  Homeowners  |  Parents  |  Privac

 **News**

## It's Just Lunch -- Or Is It?

**A ConsumerAffairs.Com Investigation**
**By Lisa Wade McCormick**
**ConsumerAffairs.Com**

*February 13, 2006*

A scam of the heart.

A matchmaking rip-off.

A dating service disaster.

That's how singles across the country describe their experiences with a company that claims to be the premier dating service for busy professionals.

"I was absolutely horrified with the experience I had," says Jennifer P. of Wilmington, Delaware, one of the more than 50 former dating service clients who have filed complaints with ConsumerAffairs.com since 2003.

Horrified because one of her dates started to stalk her.

"That scared the hell out of me," says Jennifer, who joined the service in 2004. "He called me every day. I had to get my number changed. I asked the company if they do background checks on their clients and they said 'no, we don't need to because every one of our clients is a professional.'"



It's Just Lunch -- Or Is It?
• No Refunds
• Typical Complaints
• Dating Service Tips
• It's Just Lunch Responds
• Other Dating Services
—
• "It's Just Lunch" Settles Overcharging Complaints
• Illinois May Require More Protection For Online Dating
—

**IJL Consumer Complaints**
• Irate Men
• Angry Women
• Insiders
• Settled in Court
• Emily's Story
• Sandra's Log

Not the ones Jennifer dated.

Here's how the company described the so-called professional who stalked her.

"They said I have a fantastic person I'm dying for you to meet," she recalls, adding the company told her it had a client base of more than 3,400 professionals. "He's adorable and exactly the type of person you're looking for. They also told me he owns his own landscaping company."

Jennifer, however, quickly discovered he didn't own a landscaping service. He mowed lawns at a local college.

He also didn't have the two minimum requirements Jennifer requested in her dates: a college degree and a full head of hair.

"This has just been a nightmare. My advice to other singles is to never call this dating service unless they want to open a Pandora's box and waste their time and money."

**It's Not Cupid—It's Just Lunch**

The dating service is called It's Just Lunch (IJL), which touts itself as a "specialized dating service for busy professionals."

A marketing manager named Andrea McGinty founded the company in 1991 after her engagement was called off a few weeks before her wedding. The company is headquartered in San Diego and its literature says it has more than 80 franchises worldwide.

IJL claims its staff members have "years of experience and create matches based on personality and physical requirements."

The company interviews clients to determine exactly what they're looking for in a potential partner.

"Our service isn't about video or computer dating," IJL's Web site states. "It's about an insightful, professional IJL staff member hand-selecting appropriate matches based upon your desires, goals, motivations and our instincts."

Singles pay about $1500 for up to 14 dates -- usually at lunch or for drinks after work -- that are supposedly hand-picked by IJL's experts based on clients' specific criteria.

**Not The Love Connections Promised**

But a two-month investigation by ConsumerAffairs.com reveals IJL doesn't deliver the "hand picked" love connections promised.

During our investigation, we interviewed more than 30 former IJL clients and employees across the country who say the dating service misled them by:

• Claiming to be experts at matching busy professionals with like-minded busy professionals;

• Claiming to arrange dates based on client's specific requirements;

• Claiming to only have professionals in its files;

• Claiming to have hundreds and in some cases thousands of clients in its files;

• Exaggerating clients' age, profession and other characteristics when arranging dates;

• Refusing to give refunds when dates didn't meet clients' criteria.

Singles also say IJL's management blamed them for mismatched dates, asked them to change their requirements in a potential partner, ignored their calls, and sometimes yelled at them -- especially if they had complaints about their poor matches.

"When she finally did speak to me (after leaving 13 messages) she did nothing but act in a totally unprofessional manner," Jennifer P. says of the IJL franchise owner who set her up with the stalker. "Using profanity, threatening me with my money, stating that she does not have to give me a refund□that she can do whatever she pleases with the money, she answers to no one, not even corporate."

Eric S. of Miami, Florida describes IJL as a total misrepresentation.

"It's not fair to consumers," says Eric, who joined IJL in 2004. "This isn't a new car. This is potentially a lifelong partner and the stakes are high. You're dealing with people who are lonely and worried about not finding someone. It's easy to prey on these fears."

Former employees confirm the dating service preys on lonely hearts and dupes singles out of their money and dreams of finding a soul mate.

"I think it's a total scam" say Michelle S. a former director in IJL's

downtown San Diego office. "I would tell anyone thinking of signing up to definitely not join. They're wasting their money and their time."

Jennifer S., who also worked as a director in IJL's San Diego office, warns consumers: "If it seems too good to be true, it probably is. That line fits perfectly for this company. It's playing on someone's emotions. What is more emotional than the heart? It exploits people who are looking for love."

**Attraction to the Company**

Tracy M. of Los Angeles is a successful advertising executive whose busy travel schedule doesn't leave much time to meet new people -- especially men who share her interests and professional ambitions.

That's why It's Just Lunch appealed to her.

"They tell you they have an entire data base of men and women who are professional people just like you," says Tracy, who joined the service in 2003. "And for $1500, they guarantee you 14-16 dates with someone who is a busy, successful person — just like you."

But none of the three "love connections" the company made matched Tracy's specific requirements.

"One guy was manager of an apartment complex, another guy was a student who graduated from architectural school and didn't have a job, and another guy was a handyman," she says. "These are not busy executives to me. This is false advertising.

You can't sucker people and say you have a huge data base of single men when you don't. It's so insane what they do. It's a total scam."

An ad touting IJL's professional clientele attracted Stephanie H. of Vernon Hills, Illinois to the matchmaking service.

"It was in one of those in-flight magazines and it looked so believable," says Stephanie, who joined IJL in 2004. "The ad said the CEO of the company was Harvard-bred."

Those Ivy League credentials impressed Stephanie and convinced her IJL was a legitimate dating service.

But after paying $1200 in advance — and only going on two dates

that didn't come close to meeting her criteria — Stephanie learned IJL didn't necessarily live up to its exclusive image.

She did, however, discover she and her second date had something in common.

"He started telling me how miserable he was in IJL. And we just laughed through the rest of the date because the whole company is a joke. It's all a sham."

**Pick-Up Line**

Our investigation reveals IJL woos singles with what some Casanovas might consider a great pick-up line.

It's a line that's music to the ears of lonely singles looking for love.

"They told me they had 25 men that fit exactly what I was looking," says Suzanne K. of Colorado Springs, Colorado, who joined in 2004. "I gave them a list of what I like and don't like and she (the director) said that would be no problem. She started writing things on the back of my profile — names of people — and said 'him, yes, yes, yes.'

She said give me a couple of days and we'll start getting you out on dates."

Jane G. of New York City says IJL used a similar pick-up line to convince her to join.

"They said they know of four men right now who would be perfect dates in every way for me. I said it's either do this or go to Italy and she (the director) said, 'don't worry, I'll find you someone to take you to Italy.'"

But these and scores of other singles — who confirm IJL assured them it had several people who met their specific requirements — say the company failed to deliver the so-called "perfect dates" promised.

"I don't think the people exist, these clients they tell you about that fit exactly what you're looking for," Suzanne says. "I never went out with anyone. They always cancelled or didn't show up. Where are these men who make over $100,000 and who live the same kind of lifestyle that I do?"

**Matchmaking Mix-Ups**

IJL's romantic ruse doesn't stop with the pick-up line. We've learned it also dupes singles with promises that its staff members are expert matchmakers. And first date specialists.

But Eliza H. of St. Paul, Minnesota, says IJL's employees are no modern-day Cupids.

"I told them I didn't want to date any Republicans and also didn't want to date anyone religious," she says. "The first person they set me up with was a Catholic who was also a Republican. The second guy they set me up with was a Seventh Day Adventist."

Eric. S. of Miami, Florida says IJL repeatedly set him up with women who didn't meet the ethnic criteria he requested.

"I specifically said I only wanted to date someone who was Latin," he says adding the company's director assured him that would not be a problem when he joined. "And that's where they could not be further off the mark. I got the impression that anyone who came along they were throwing at me. It started to feel like Russian Roulette."

K.G. of Alexandria, Virginia echoes Eric's frustration.

"I place a high value on education," says the Harvard-educated woman who originally joined the San Diego IJL in 2003. "And they set me up with one guy who couldn't read a menu that was in English and kept dropping the f-bomb. The dates were simply incompatible.

"Circus music should play when these guys pick up the phone, because this office is full of clowns," she says, adding the company also booked dates without her confirmation and gave her the wrong times and locations for dates.

"These guys are the carneys of the dating world — they promise you a prize, but the game is rigged squarely in their favor."

**Not the Dates Described**

We've also learned IJL misled some singles about their dates' backgrounds -- or left out critical information.

"They said one guy they were setting me up with was an art dealer," says M.B. of New York City. "They said he brings in important art exhibits and deals with art objects. But he wasn't an art dealer. He worked with a freight forwarding company."

M.B. says the dating service also left out key information about another date.

"He's wonderful, but he is recovering from cancer and they didn't reveal that to me before the date. A few weeks after our date, he was hospitalized.

"Those are little details that speak volumes about the company and how careless they are," she says. "This isn't like handling paperwork. They're handling someone else's life. And charging money for this is almost criminal."

Elizabeth M., an attorney in Washington, D.C. who joined IJL in 2001, says the company failed to disclose that one of her dates was still married.

"We were talking and then he mentioned his wife. I said 'you're separated?' He said I'm getting a divorce. "I was so offended they would set me up with someone who was still legally married."

## Customer Service

How does IJL handle complaints like these?

Or problems with dates not meeting the criteria requested?

In some cases, singles say the company downplayed the problems, saying they were oversights. In other cases, the company asked clients to give them another chance.

In still other cases, singles say IJL put them "on hold" and didn't send them on dates for a while.

But some singles say IJL actually blamed them for mismatched dates.

"At one point I discussed the probability of them not having any matches for me and the director indicated that she felt I was being too picky," M.S. says. "They said that I needed to broaden my criteria.

"The other line I received from them is what they did is an art and not a science," she adds. "After paying $1500, that is not the customer service I expect."

Some former clients also say IJL refused to talk to them — especially if they had complaints about their dates.

"I called IJL when my date didn't show -- the guy I drove two hours to meet," says Suzanne K. of Colorado Springs, Colorado. "No one at IJL answered the phone. It dawned on me that they must have caller I.D., so I called the company from a pay phone. And this time, they answered."

### Kiss The Money Goodbye

Many singles say IJL refused to refund their money -- even if it failed to set them up with professionals who met their specific criteria.

Some singles say they just kissed that money goodbye.

"I have not received any type of refund from the company and I specifically asked for at least a partial refund since it did not set me up with anywhere near the type of women I would be compatible with or was attracted to," says Sgt. First Class Mark D. of Rockwall, Texas, an 18-year Army Veteran who paid $1300 in 2002. "I just dropped the whole thing and took it as a learning experience□ that I got taken."

So did M.S. of San Diego.

"I asked for a refund," she says, adding she paid $1500 in 2004 and only went on four disappointing dates -- all of whom expressed dissatisfaction with IJL's matchmaking expertise. "I took my request to the owner and she said we don't give refunds. She refused."

Some singles, however, have received refunds from IJL. But in many cases, they had to take extreme measures to get their money. (See related story)

### Dirty Little Secrets

Former IJL employees say they're sorry -- but not surprised -- by the problems singles have experienced with the dating service.

They say the company trains employees to dupe clients -- just to make a sale.

"It's Just Lunch! is not a human service, it is a human disservice and a complete snow job," Charisma M., a former director of the San Francisco office, posted on our Web site in 2004. She reiterated those comments during an interview last month with ConsumerAffairs.com. "Their company and business practices are built on propaganda and lies. I had to resign because I couldn't even look myself in the mirror.

"I feel it's my responsibility to disclose the practices I encountered during my time as a director."

Charisma says the San Francisco IJL office misled singles by:

• Claiming it carefully matched singles: "There is no 'matching' happening at It's Just Lunch. I would describe it as 'just get them out.' "

• Claming it's selective about its clients - "This is a lie. They are not selective. They just want to get clients in the door. It's all about the sale. I was told to take anyone and everyone."

• Claiming to have more clients than it does - "I was trained and instructed to lie to clients about the current number of members in our San Francisco and Walnut Creek offices. The active number was well below what we quoted. There were only 300 clients in the San Francisco office and a majority were on hold."

• Claiming to have an equal male vs. female ratio - "We were instructed and trained to lie and say the balance between men and women is 50/50. This is a far cry from the truth. It's more like 80-20. There are lots of women and few men."

• Overstating the number of marriages arranged by IJL - Charisma says the company claims it's arranged 10,000 marriages. "I didn't see a system in-house that could possibly track this. I'm curious as to how they would be able to prove this."

Charisma also says the San Francisco office asked men to go on "favor dates" to fulfill the number of dates promised in the women's contracts.

Former employees at other IJL locations confirm the company used these and other misleading tactics to dupe singles in their offices.

"The whole thing is disgusting," says Michelle S., a former director in the San Diego office who worked for IJL from November 2002 to June 2004. "IJL would put clients with whomever they could find. They didn't match them according to their parameters (criteria)."

In many cases, Michelle says, IJL intentionally misled clients about their dates.

"I can confirm the coordinator who calls and describes the person is completely lying or exaggerating about every aspect of that

person — age, profession — to get them to go on the date."

And remember the great pick-up line IJL uses to get clients to join?

"We were trained to say 'there are four or five people who I can think of right now that would be perfect for you,' " Michelle and other former employees say. "That's part of a script. It's one of our selling points."

Michelle says the San Diego office also misled consumers about the number of clients in its files.

"When I was at the downtown office, they said they had 500 clients for me to work with," she says, adding she wanted to buy the downtown San Diego franchise but IJL sold it to someone else. "But once I got in there, I found out I only had 100 clients. I got them up to 250 clients and I think we had more clients than anybody in country. But 250 clients is not that many."

Jennifer S., who worked as a director at the San Diego office in 2003, agrees IJL isn't selective about its members.

"I had a guy who I interviewed and I told the owner 'I can't match him. The owner said 'You take him. You take his money. You can match him.

"I told her he doesn't match any of our girls' parameters. And the owner still made me take his money. She said 'you never know who will come in the door tomorrow. That could be their perfect date.'"

Jennifer also says IJL clients are not the busy, upscale professionals the company claims.

"They say a majority of the clients are college graduates, bankers, lawyers and doctors. That's absolutely not true. A majority of our men in San Diego were blue collar."

Here's another "dirty little secret" Jennifer shared about IJL.

"Under California law, consumers have a three-day right of rescission," she says. "We were told not to — under any circumstances — send people out on dates within in three days after they signed their contracts. That's because if they didn't like their dates, they could cancel their contracts."

Lynn D. of Texas says when she joined IJL as a coordinator in

2004, her office didn't dupe singles.

But that all changed when a new owner bought the franchise in 2005.

"We went from having high class, good looking, and great people to taking whoever had money to join. We had a gentleman who came in and I said this is not anyone our girls will go out with. The director said she couldn't match him. The new owner said if he has the money, take it.

"The new owner also told me to lie to people to get them on dates," Lynn says, adding the owner fired her because 'the company was heading in a new direction.' "I said that's not what we promised. We promised to send them on quality dates based on their criteria.'"

**IJL Response**

Daniel Dolan is Chairman and CEO of It's Just Lunch.

He declined our repeated requests for an interview and instead gave us a written response, stating his company is proud of its customer service and its reputation.

Dolan, who is married to IJL's founder Andrea McGinty, touts the company's success with the following claims:

• It's been in business over 14 years and is the fastest growing dating service in the world with over 85 locations. Dolan states each location is a franchise and is independently owned and operated.

• It has had almost 200,000 clients;

• It has had thousands and thousands of marriages;

• It has the highest client referral and renewal rates in the dating service industry.

Dolan also states that complaints to ConsumerAffairs.com do not reflect the views of a majority of IJL clients.

"It's Just Lunch has had almost 200,000 clients, and your Web site lists a very small percentage of complaints (less than 1710th of 1 percent), and only a couple complaints from all of 2005 out of our almost 50,000 current clients. In short, It's Just Lunch has had 250

times more marriages than complaints listed on your Web site."

Dolan also claimed that some of the complaints we received are not from IJL clients.

"We believe some (if not more) are ....from other people (perhaps competitors) pretending to be clients. It is our understanding ConsumerAffairs.com takes no steps to confirm that complaints they receive are from actual clients." (We did confirm all of the complainants who could be contacted during the course of this investigation). "

He adds: "You've also posted complaints from "employees" who never actually worked in an It's Just Lunch office. (The ones interviewed during this investigation stated they worked for the company and gave us titles and dates. Some people who filed complaints with us stated they interviewed for jobs with IJL but didn't start to work for the company).

Dolan did not offer any evidence to support his assertions and would not agree to speak to us in person or by telephone so that we could ask for such evidence.

Dolan also claims ConsumerAffairs.com isn't fair to businesses-especially those who've resolved consumers' complaints.

"Your Web site does not permit companies to respond to complaints or update clients' views and opinions. For example, in the case where a client's issue is resolved to the satisfaction of the client, your Web Site refuses to remove the complaint or note that the client is now happy."

It is not true that companies are not permitted to respond. Every page of the ConsumerAffairs.com site contains a link to the Company Response Form, a company official said.

It is true that complaints are not removed once published.

"We are not running an extortion service. If a company can simply buy off one or two complainants and have the complaints removed, that does nothing to help other consumers who might fall into the same trap," said ConsumerAffairs.Com Editor In Chief and President James R. Hood.

Dolan also claims IJL has a satisfactory rating with the Better Business Bureau and that agency more accurately reflects the company's service record and its clients' views.

Many IJL franchises, however, are not members of the BBB and not all have a satisfactory rating.

For example, the BBB's Web site states the IJL franchise in Phoenix, Arizona, on East Chandler Blvd., has "an unsatisfactory record with the Bureau due to an unanswered complaint."

**Humiliating Experience**

M.B. of New York doesn't believe the rosy picture Dolan paints of IJL and its satisfied clients.

"It's terrible PR-hype," she says. "It's Just Lunch can't and doesn't deliver what it promises."

Kim S. of Houston agrees, saying he regrets the day he joined the dating service.

He says IJL wasted his time.

His money.

And his dream of finding a partner.

"The whole thing is humiliating and embarrassing. I'm humiliated to think that I could actually be duped by people like this. And most people will not complain because they are so embarrassed by it all."

**Report Your Experience**
If you've had a bad experience with a consumer product or service, we'd like to hear about it. All complaints are reviewed by class action attorneys and are considered for publication on our site. Knowledge is power! Help spread the word. File your consumer report now.

Back to the top |

**Find this article at:**
http://www.consumeraffairs.com/news04/2006/02/ijl.html

☐  Check the box to include the list of links referenced in the article.

ConsumerAffairs, Inc.

Case 1:07-cv-09227-SHS-KNF          Document 30-2          Filed 08/05/2008          Page 37 of 54

**Exhibit F**

# Getting dumped by fiancé inspired launch of It's Just Lunch matchmaker

**RICHARD BLOOM**
GLOBE AND MAIL UPDATE
FEBRUARY 14, 2005 AT 10:08 AM EDT

For singles working their way up the corporate ladder, there may not be enough time in the day to make a pot of coffee, let alone time to find their Valentine. But there is always time for lunch.

And where there's a trend, there's a business plan.

**It's Just Lunch Corp.** began as a tiny one-woman shop in Chicago 14 years ago after entrepreneur Andrea McGinty was dumped by her fiancé five weeks before their wedding. It has since blossomed into a 70-office operation with annual revenue of more than $30-million (U.S.). Now, with millions of first dates under its belt, the company is expanding into Canada, Europe and Asia.

The first Canadian franchise opened in Toronto last summer to a flurry of interest, and locations in Vancouver and Montreal are set to open later this year.

Canada is seen as an important growth market for the company; Toronto, in particular, because it has 1.5 million people in the core dating demographic of 25 to 44 -- 41 per cent of which are single, separated or divorced.

Another statistic the company finds encouraging: 36 per cent of Toronto's population are white-collar employees.

"People were tapping on the door before we even opened [in Toronto]," explains Nancy Kirsch, senior vice-president at IJL, who grew up in the city's tony Forest Hill neighbourhood but now calls Washington, D.C., home.

"Dating dilemmas are the same for people everywhere . . .You're a professional working long hours and you don't want to date a colleague. If you're a 30-something, you've probably already met your friends' friends," she says, adding many singles are sick of going to bars or just don't have the time to go out and meet other people.

That's why a lunch date (or an after-work "drinks" date, which the company also arranges) is seen as the perfect solution, she says. Many professionals are used to dining with business clients, so going out to eat with a stranger doesn't come with the usual first-date pressure.

After lunch, both people can easily part ways or arrange for another longer date. What's more, there are no uncomfortable walks to the front door or good-night kisses. At least, not normally on the first date.

Customers plunk down $1,195 for a year's membership, which entitles them to a minimum of 14 first dates as well as a personal matchmaker who interviews each member, hand-picks each encounter and even makes the reservations at the restaurant.

If only Yente, *Fiddler on the Roof*'s loud-yet-lovable matchmaker, had realized the money that could be made by setting people up like this.

Tampa Bay, Fla.-based research firm Marketdata Enterprises estimates that the American dating-services industry generated $1.1-billion (U.S.) in 2004. That figure is forecast to swell to $1.5-billion by 2008.

Half of that is spent on dating websites like Match.com and personals.yahoo.com, but a growing proportion is also choosing the so-called off-line dating services. In fact, $407-million was spent at off-line matchmakers last year, which is expected to rise to $440-million by 2008.

According to Ms. Kirsch's data, more than half of all blind dates arranged through IJL go out for a second date.

A year ago, the service took credit for more than 10,000 marriages since its inception, but "it's much higher now," she says.

The success comes mainly from the matchmaker, Ms. Kirsch says.

Users of on-line dating services, which have become wildly popular in recent years, have to sift through scores of pictures and descriptions looking for that perfect match. Same goes for video-based dating services.

"Singles get frustrated because they're chasing the wrong list," she says, noting that through IJL, the date co-ordinator often picks pairings by a combination of suggestions from the client and gut instinct. "It's that unexplainable thing you cannot type into the computer."

Julie Ferman, a Los Angeles-based independent matchmaker and dating industry consultant, says services like IJL are ideal for singles because it gets people out on first dates and allows people the chance to improve their dating skills.

"There are so many people who are overlooked on websites," she says, referring to those who are "beauty-challenged" or who don't feel comfortable e-mailing somebody for weeks only to get a rejection before an in-person meeting.

She also says the price is right. Rival off-line dating services, like popular U.S. chain Great Expectations, often charge $3,000 to use their services. In big cities, some matchmakers charge $10,000.

Price was a key factor for Jennifer (not her real name), a 33-year-old health-care industry executive who signed up for IJL in late December as a New Year's resolution. She has friends who have spent upward of $5,000 (Canadian) for a dating service.

So far, she's only been on one date -- after-work drinks -- that went "well." Plans are in the works for a second date.

"It's really hard to meet people," she says, noting that she's been set up by countless friends and dabbled in on-line dating as well.

"If there's one thing it's taught me it's what I want and what I don't want."

She also likes IJL because the company verifies each person's identity and background, adding a greater degree of safety to encounters -- something most websites don't do.

"And I like that it's no pressure: It's just lunch."

Exactly.

| SPONSORED LINKS |
| --- |
| **Steadyhand Mutual Funds**<br>Canadian no-load mutual funds. Concentrated portfolios, low fees.<br>www.steadyhand.com |
| **Hot Stock Alert (TMDI)**<br>Telemedicus - Medical Communication Top Telemedicine Technology<br>www.Telemedicus.com |
| **MS Office Accounting 2007**<br>Easy to use award winning software. Buy Pro version for only $149.95!<br>www.IdeaWins.com |
| **Refinance at 5.125% Fixed Rate. Limited Time Offer**<br>Get $200,000 home loan for $854/month. Calculate Your New Payment. Serious Inquiries Only - Act Now!<br>Refinance.LoanOffer.com |
| **Official Site: AMBIEN CR™**<br>(zolpidem tartrate extended release) CIV Get Free 7-Day Supply<br>www.AmbienCR.com |
| **Buy a link Now** |

© Copyright 2007 CTVglobemedia Publishing Inc. All Rights Reserved.          CTVglobemedia

globeandmail.com and The Globe and Mail are divisions of CTVglobemedia Publishing Inc., 444 Front St. W., Toronto, ON  Canada M5V 2S9
Phillip Crawley, Publisher

**Exhibit G**

Locations

Dating Service News

Who We Are

What To Expect

Our Success

Dating & Relationship Facts

Restaurant Partners

It's Just Lunch Careers

Franchise Info



**Dating for busy professionals**

Get More Info!
**760.779.0101**

**You Could Own:**
Adelaide, AU
Akron, OH
Amsterdam
Barcelona
Belgium
Boston, MA
China
Colorado Springs, CO
Essex County, NJ
Finland
Fresno, CA
Geneva
Germany
Greensboro, NC
Halifax
Hawaii
Hong Kong
Iceland
India
Indianapolis, IN
Japan
Knoxville, TN
Korea
Kuala Lumpar
Lansing, MI
Little Rock, AR
London
Madrid
Memphis, TN
Mexico
Milan
Montreal
Morris County, NJ
Norway

## Start Your Own Franchise

It's Just Lunch! ("IJL") is a specialized dating service for busy professionals. We have coordinated hundreds of thousands of dates for our clients since our opening in 1991.

We minimize the stress and maximize the efficiency of dating by coordinating our client's dates for lunch or for a drink after work. IJL is a "first date introduction service." People use a recruiter to find a job, a personal trainer to find a new body and IJL to find new friends and potential partners.

**Why It's Just Lunch?**
There is a huge, untapped, and ever-growing national and international market for dating services as singles seek alternatives to bars, personal ads, and other methods of meeting others. The rise in tele-commuting, Internet usage, multiple career moves, long work weeks, etc., have made it more difficult for today's singles to meet. This has created an opportunity for IJL and our franchisees to help singles expand their social circle and introduce them to or clients - people they normally would not get a chance to meet.

- According to Adweek, Americans spend $500 million annually on personal ads in newspapers and magazines alone.
- We are an affordable indulgence. Since our target market is busy single professionals, our service easily fits within their budgets.
- Compared to many other franchise opportunities, IJL provides a low cost of entry.
- We offer regular hours (Monday-Friday) in office environment. No late nights or weekends (unless you

More about the Its Just Lunch franchise opportunity

Apply for an Its Just Lunch franchise

- choose).
- Owning an IJL franchise is a white collar, attractive profession. You are a "celebrity" in your own city.
- We have a unique and proven system. IJL has been running offices for almost a decade.
- We offer an existing, talented and committed pool of executives with many years of combined experience to help mentor and guide you to success. We care about our franchisees and aim to make them their best.
- We supply a detailed marketing, advertising and public relations program. After opening many locations with a "bang," we have developed a sound communication strategy to "ignite" your franchise within your local market.

Perhaps, more than most businesses, a franchise-based business is an alliance built on relationships. We are a group of people with common ideas, attitudes and goals. And, just as you have to be absolutely certain that the franchise you choose to invest your time and money in is the right one for you, we need to be equally certain that every new member of our "family" is the right one for us. We owe it to ourselves, we owe it to all our franchisees and clients.

This information is not intended as an offer to sell, or the solicitation of an offer to buy, a franchise. It is for information purposes only. Currently, the following state and countries regulate the offer and sale of franchises:
**United States:** California, Hawaii, Illinois, Indiana, Maryland, Michigan, Minnesota, New York, North Dakota, Oregon, Rhode Island, South Dakota, Virginia, Washington, and Wisconsin.
**International:** Australia, Brazil, Canada (Alberta and Ontario only), China, France, Indonesia, Korea, Malaysia, Mexico, Russia and Spain.

If you are a resident of one of these states or countries, we will not offer you a franchise unless and until we have complied with applicable pre-sale registration and disclosure requirements in your jurisdiction.

### Who are we looking for in a franchisee?
SOMEONE...
...with a burning desire to work for themselves.
...with the desire and ability to learn.
...who is passionate about helping other people meet new people and understands the difficulties in meeting someone in our culture.
...who has drive and initiative.

...who is not afraid to try.

...who wants to be an entrepreneur - looking to generate their own independent income and wealth, and to create and control their own future.

...who has the time and energy that success demands.

...who is looking to bring both talent and commitment "to the table" - within a proven system.

...who has the financial means to start their own business.

...who can fully grasp and appreciate the benefits, challenges, possibilities and rewards of an exciting, high-profile industry and our unique position within it.

...LIKE YOU?

**(760) 779-0101**



dating for busy professionals

# What is It's Just Lunch?

Thank you for your interest in It's Just Lunch! As a leader in the dating services industry, we are excited about the rapid growth of our system and new developments within our business. We are actively seeking the "right" franchisees both in the US and internationally to join our network and help us expand.

After you have had a chance to review the enclosed information, please complete and return the Franchisee Application forms which will allow us to review your initial qualifications for an It's Just Lunch franchise.

Upon receipt of your Application, we will call you to review more detailed information about our program. Please call with your questions and comments as we look forward to working with you as you research the It's Just Lunch! Franchise opportunity!

Sincerely,

Irene LaCota
President- Its Just Lunch International LLC
619-756-7301
irene@ijlcorp.com

Copyright © 2007 Its Just Lunch, Inc. All rights reserved.



dating for busy professionals

# IJL in the News



"It's Just Lunch! To the delights of...clients, their singles service eases the anxiety level of the blind date by scheduling the encounters at high noon."
-People Magazine

It's Just Lunch receives worldwide exposure through effective public relations campaigns. Dozens of articles featuring IJL and our individual local offices have appeared in newspapers and magazines. Past campaigns have yielded mentions in media such as *The Wall Street Journal, Forbes* and *Newsweek*. In addition, we have had mentions on national television programs such as *The Today Show, 20/20, CNN, Dateline* and *Geraldo as well as extensive local television coverage.*

*While our national public relations ("PR) campaigns are designed to increase brand awareness, the local marketing/PR programs are designed to increase sales in our local offices. Our marketing team assists individual franchisees in developing marketing/PR programs for maximum effectiveness in their local markets. Our marketing specialists are always ready to help offices promote their business.*

*IJL has also created an array of affordable marketing tools that can be customized with each office's identity. Full-color brochures, direct mail programs and high quality premium items, as well as business cards and stationary, can be supplied quickly from a reliable source.*

### Just a sample...

MS-NBC FOX TV Early Show with Bryant Gumbel

CNN The Today Show National Public Radio Reuters

The New Yorker Business Unusual Lifetime Geraldo

Jay Leno Show Bloomberg Information TV

USA Network Dateline NBC PBS ABC 20/20 CNN/fn

CNBC Entertainment Tonight Dow Jones TV

Seventeen Magazine Los Angeles Times

New York Times American Lawyer

The Wall Street Journal Marie Claire Time Magazine

Continental Airlines In-Flight Magazine

Men's Health & Fitness New Woman Magazine

Japanese Times Self Magazine Fitness Magazine

Working Woman Magazine USA Today Snapshot Glasgow

(Scotland)Times International Herald Tribune

Your Company Magazine Your Money The London Times

International Christian Science Monitor

American Bar Association Journal Harvard Law Bulletin

The National Law Journal US News and World Report

National Restaurant News Redbook Magazine

Southwest Airlines Spirit Magazine Forbes Magazine

London Guardian First Magazine for Women

Restaurant Hospitality People Magazine

Entrepreneur Magazine Paris Vogue



**IT'S**
*just*
**LUNCH!**

dating for busy professionals

Franchise Kit

# Support and Training

We are with you every step of the way as you prepare to open your office in the area you select. Our pre- opening support covers the details, from where to locate your office, to how to get your initial clients and everything in-between.

Our pre-opening support includes:

- How to identify suitable office space. Having established offices in many cities gives us the experience of knowing what works. Our support includes advising you on what to look for in an office location, as well as what to negotiate into the lease.

- Office layout and design standards that portray the right look for your franchise.

- Advice regarding furniture, fixtures, supplies and office equipment needed to open your office.

- IJL University: a comprehensive training program that teaches you the methods, procedures and practices for the successful operation of an IJL franchise.

- In-depth manuals, IJLNet, job aids and other tools to help you run your business.

- The benefits of a decade of knowledge gained through the invaluable hands-on expertise of our team.

- Guidance in recruiting, hiring and training personnel.

In addition to the IJL University training, we provide on-the-job training and support in your office. Our team:

- Provides guidance in setting up all files and client matching procedures.

- Trains you on our general work flow and day- to-day operating techniques.

- Reviews our database software program with you which helps you manage your most important asset — your clients.

- Advises you on starting up your marketing and public relations plan. During training, we will help you formulate your advertising program. We will provide you with sample print ads, direct mail

"'Many It's Just Lunch! clients are lawyers or business people -busy, successful men and women who want to be in relationships but don't have time to meet people,' [Daniel Dolan, CEO for It's Just Lunch!] says. But even lawyers have time for lunch, and that's where Dolan's company comes in. Seventy-five percent of first dates set up by It's Just Lunch! lead to second dates, says Dolan. Then the potential for growth is up to the client."
-Harvard Law Bulletin

**Training**

Educated, motivated and highly skilled franchisees, directors and coordinators are the most important elements in a successful IJL office. Our training team offers basic and advanced training programs designed to keep franchisees and their teams abreast of the IJL system. Scheduled sessions held in our training facility in Palm Desert, CA, as well as across the nation, cover the total operational management of an IJL franchise, from building a customer base to recruiting and training office staff.

When you become an IJL franchisee, we first provide training at our corporate training facility. Then we come to your city and continue working with you to help you set up your business. Thereafter, we maintain a continuing relationship with you to provide you with every opportunity for success.

pieces, radio and TV ads from which you select to maximize your area's awareness about your franchise.

- Provides you with continued advice, guidance and assistance.

- Makes a follow-up visit within two to three months of your opening.

**Our commitment to you continues after your initial opening period. We will support your efforts through:**

- Franchise Consultants who provide advice on office staffing, marketing, sales and all other aspects of our IJL system.

- E-Newsletters to provide on-going communication to the singles in your database.

- The IJL intranet and web site.

- Your own city web page.

- Sales coaching assistance.

- Management refresher training.

- International Franchisee Conventions.

- Regional meetings.

- Volume discounts for marketing materials and printing.

"So what is a single person to do? The answer, it appears, is to think like a company. You should 'outsource' your social calendar to one of an increasing array of sophisticated matchmaking services that provide 'assisted dating '. It's Just Lunch (IJL) is a firm that arranges 'pre-screened lunch dates' for busy professionals."
-The Economist

Copyright © 2007 Its Just Lunch, Inc. All rights reserved.

Case 1:07-cv-09227-SHS-KNF     Document 30-2     Filed 08/05/2008     Page 50 of 54



**Franchise Kit**

# Investment Overview

dating for busy professionals



**Franchise Fee and Royalties** The franchise fee of US$25,000 or US$35,000 is based on the size of the territory for a ten-year term. An ongoing royalty of 9% of gross sales is paid monthly with a pre-determined minimum monthly royalty.

For these fees you will:

- *Receive full support and training.* Our team provides valuable start-up and ongoing assistance to help you build your business effectively and efficiently. The most beneficial result of your relationship with IJL is learning and using our business method. The way we conduct business, the "IJL system," has been constantly evolving since 1992.

- *Be licensed to use the IJL brand name* and proprietary database program for the term of our agreement as well as certain copyrighted and proprietary materials (signage, logos, tag lines, brochures, promotional gifts, marketing materials, paperwork, contracts, etc.).

- *Be granted an exclusive territory* in which to run your business.

**Estimated Start-up Expenses:**

Our start-up expenses are lower than many franchises. Please note, though, that costs may vary significantly based upon local costs for office rent, labor and advertising. It is impossible for us to know exactly how much your expenses will be, but based on our experience, we have determined that the start-up expenses to the right are applicable in most U.S. situations.

You may already own some of the items listed, which would reduce your initial start-up expense. Assume that 1,000 to 1,500 square feet of office space will be necessary to begin operations.

Furniture and Equipment: desks, chairs, filing cabinets, shelves, small tables, computer, fax/copy machine and phone system.

Inventory: There are no stock or inventory items needed to run this business apart from paperwork and marketing materials.

Income

**Start-up Expenses**

Initial Franchise Fee
$25,000 - $35,000

Leasehold Improvements
$0 - $10,000

Furniture, Fixtures and Equipment
$4,000 - $10,000

Signage
$3,000 - $5,000

Initial Contribution to Local Media
Placement Fund
$8,000 - $20,000

Second Contribution to Local Media
Placement Fund
$8,000 - $20,000

Three Months' Rent and Security
Deposit
$5,000 - $14,000

Deposits and Business Licenses
$0 - $1,000

Training Expenses
$3,000 - $7,000

Miscellaneous Opening Expenses
$2,000 - $7,000

Additional Funds (3 months)
$80,000 - $95,000

Total Estimated Initial Investment
$138,000 - $224,000

*above amounts in US dollars
**ranges given above reflect US
locations only

Income is derived from membership fees which range from $1,000 - $1,500/year per client. For new offices, we recommend a lower tier of pricing for the first six months. Profits are derived from generating fees greater than your expenses.

### Working Capital

Our Uniform Franchise Offering Circular recommends a range of $80,000 to $95,000 based on a start-up period of three months. This range does not include a draw or salary for the franchisee. Obviously, the greater your sales during the start-up period, the sooner you reach break-even and start producing a profit.

### Summary of Investment

It's Just Lunch is an intensely personal business. We cannot promise you success. If both of us come to the conclusion that you should enter our business, we will help you learn our business system. Once again, we do not run your business for you. The abilities, drive and attitude you bring to our business will determine what you ultimately achieve.

Copyright © 2007 Its Just Lunch, Inc. All rights reserved.

**Exhibit H**

Case 1:07-cv-09227-SHS-KNF    Document 30-2    Filed 08/05/2008    Page 53 of 54

**consumeraffairs**.com
*knowledge is power!*

Consumer News    Recalls    Complaint Form    Scam Alerts

Rogues Gallery    Good Guys    Search    Home Page

Email Login

Small Claims Guide | Legal Forms | Lemon Law | Resources | Newsletters | Video | Span

Automotive    Education    Electronics    Family    Finance    Health    Homeowners    Shopping    Travel



*sugardaddie.com*
*Dating for Successful Attractive People*

· Ads by Google    Albany Dating    Saratoga Dating    Lunch Dating Service    Dating Women

DATING SERVICES



# It's Just Lunch - Angry Women

**Zena of Decatur GA (09/26/07)**
I signed up with IJL late last April after promises that the experience will be very rewarding and fun. Now five months later I got total of 2 OK dates and 2 total missmatches. I had several phone calls with diferent representatives and with the office director reassuring me that all is going to be well, but so far nothing more than disappointments and promises. I feel used and deceived.

**Christine of Greensburg PA (08/29/07)**
I recently signed up for the It's Just Lunch Service. Unfortunately I didn't read any of these reviews and went strictly off of the fact that it appeared on Oprah - therefore assuming that it would be a good experience. All I can say is - what a waste of money.

• It's Just Lunch — Or Is It?
• No Refunds
• Typical Complaints
• Dating Service Tips
• It's Just Lunch Responds
• Other Dating Services

• "It's Just Lunch" Settles Overcharging Complaints
• Illinois May Require More Protection For Online Dating

**IJL Consumer Complaints**
• Irate Men
• Angry Women
• Insiders
• Settled in Court
• Emily's Story
• Sandra's Log

Sugardaddie.com

**C**

• Research
• Noxious T
• Feds Sue
• Consumer
• Financing
• More Bee
• Beef Reca
• USDA De
• Missouri S
• More New

The men that I went out with were very average. I stated that I wanted to date someone very attractive, fit and confident. I went on a few dates - the first, I couldn't even look at (very unattractive), the second - very average (I will admit that he was a

Ads by Google

**Find Jewish Dating Sites**
Compare Jewish Dating
Sites to Help Find Your
Special Jewish Friend
Jewish-Dating-Centers.com

**Free Millionaire Dating**
Featured on Playboy. Date
Wealthy & Sexy Singles.
100% Free for Girls.
SeekingMillionaire.com/Join-Free

**Long Island Dating**
Online Matchmaking with a
Local Touch. Get a Free
Profile Review!
www.GE-Dating.com/LongIsl

**Meet Singles Online**
Looking for Singles in Your
Area? Post an Ad and
Meet New People.
SuperLivings.com

**Married Wife Date
Service**
Date Real Married Women
Near You Instantly Search
In Your Area
www.DatingaWife.com

Show More Ads

nice gentleman) the next - again, not attractive. For the money that I spent it was not worth it. The director told so many lies to rope me in (how they were in need of women in my age range etc...). I came to find out that she told that to the men that I went out with as well. I dread answering the phone when I know they want to set up another date.

I called to cancel and was prepared to forfeit the money that I invested as well as their interview fee. I was told that there is a no cancellation/refund policy. If I can stop as many people from signing up for this service, I will.

### Kelly of Chicago, IL (07/30/07)
I contacted It's Just Lunch because I had heard good things. Unfortunately, I didn't speak with anybody that actually used the service themselves.

I've been on 6 dates so far and one is worse than the next. I'm not even a little bit compatible with my set-ups. They continually set me up with weird, awkward introverts. One guy was describe as blonde with blue eyes who has a variety of interests. I showed up and he was balding with gray hair. And outside of his lacking in looks, his personality was lacking and the conversation was painful.

I was promised that I would meet some really great people. So far I haven't met anybody I would ever want to date again. I don't even want to use the rest of my dates.  I wasted $1,500 and 6 evenings with the lead cast of Revenge of the Nerds.

### Karen of New York NY (06/25/07)
$1000.00 paid for private dating service by myself and two friends - we are all women had seen this organization heavily advertised and on TV shows like Oprah making claims of legitimacy for successful singles not interested in dating via the internet or the bar scene - we are all successful attractive - one is a former model-one widowed and two divorced all three were set up with the same guy who admitted he was not asked to pay a dime as the company has too many women and no men signing on for the service.

He was asked to take each of us on a date - in the course of the first three months they would do the same thing to each of us... call schedule a meeting and cancel with the same excuse.

The organization was started by lawyers, we couldn't get our money back but we all finally found out from the same Plant that he was paid to date us so the company could look legitimate. He

**recent**

- Ford Reca
  Risk
- Cub Scou
- IonizAir Ai
- Razor E3(
- Kids II Bal
- Dollar Ge
- Antioch P:
- Sports Au
- KB Toys F
- Eveready
- Dollar Ge
- Toys 'R' L
- More Rec

READER :

Print, Ema

Subscribe

Nev
Email: