

outed the scam. We were robbed.

**Lainey of Valley Glen CA (06/25/07)**
This business ... cannot meet what it promises. The staff changes
constantly, so the intake person you meet with is never there
again within a month and after you've spent all your time
w/them you wonder who and how they are fixing matches up
with - since the person that got a sense of you is no longer there. It
is all random and there are no men that I would want a second
date with.

You show up and look across the room for your match and think
OH NO, please don't let that be him and sure enough it's him. It's
dreadful.

IJL also states that the restaurant where your match takes place
looks out for you and knows that you're on a blind date - that has
not been the case at all in my situation. I showed up at a crowded
Beverly Hills bar/rest. to meet my match and I told the host his
name and he said Well take a look around, we're pretty busy
tonite. I said, It's a blind date - how can I take a look around if I
don't know who he is?

It's been absolutely ridiculous and the biggest waste of $1500 I've
ever spent - while several of my friends are getting married from
meeting partners on the internet. I wish I had looked on here
before impulsively signing on to this bogus service - they should
be ashamed of themselves.

**Patricia of Reisterstown MD (06/01/07)**
IJL has left Baltimore. All calls are forwarded to Miami office.
When I demanded a refund, I was told I would have someone call
me back. I was given another date and complained once again
because there were absolutely no similarities. Again, I called and
voiced my opinion that if IJL was not taking on new members in
Baltimore, and I had a very new membership, that they could not
possibly provide a date. They stated they had plenty of dates and
would put me on the active list. Three weeks later I still had not
heard from anyone.

I filed with the BBB and sent a certified letter with my complaint
and demand for a refund. The date the certified mail was signed
for, I received phone calls from someone who wanted to make a
date as well as Diane who said she was sorry she hadn't gotten
back to me about my complaint. Needless to say, I have neither
received a letter or a refund. My next step is to take them to small
claims court.

Case 1:07-cv-09227-SHS-KNF    Document 30-3    Filed 08/05/2008    Page 2 of 37

This was a very expensive proposition, $1500 and one in which IJL cannot come through on their end of the contract. Going to ITJ after my husband died was a difficult decision; one in which I didn't have a ton of money to throw around. I have asked repeatedly for a refund. I am not interested in their pool of potentials. I just want my money back since they have failed to keep their end of the contract.

**Bonnie of Irvine CA (05/01/07)**
I joined IJL in Newport Beach, CA on June 6, 2005. When I completed my application I emphasized how important it was to me that I met someone who was a professional (like me), and an active ocean person who loves to sail, scuba dive and ski, and had the time and money to travel internationally. Most important, I wanted to date another Christian. In the interview I asked whether they had enough male members who would be compatible. Before I signed the contract with them, they assured me that they had enough men in their database to fulfill what I was looking for and quickly ran my credit card. I paid them $1300 in advance for 14 dates, based on their promises to provide compatible partners for me.

They require that you phone them to report in within 24 hours of your date. They told me that this was so they could get a better idea of what you did or did not like about the guy, and they could apply this to find you a more compatible date the next time. It all sounded like a great idea. The truth was, they did not have nearly as many people in their system as they had told me.

Even after numerous complains during the next months, the matches they aligned me with became more and more incompatible and the dates kept getting worse and worse. They have not even come close to delivering what they promised. Several times they sent me to one restaurant and my date to another. One of the dates never showed up at all. They gave me some lame excuse as to why he didn't show.

I expressed my concerns to them numerous times when giving my date feedback. They even offered to extend my membership to give me more dates. What good would that do? They couldn't deliver what they had already promised me. Out of total frustration I put my membership on hold in October 2006.

In the middle of January I wrote them a letter outlining all their lies and demanded my money back in spite of a no refunds clause in their contract. I pointed out to them that I would contact an attorney and sue them for breach of contract if they did not refund my money, since they lied to me to get me to sign the

agreement in the first place. They send me back a letter telling me that they would refund my money in return for signing a non-disclosure that I would not go public with my story. I signed it, and waited for my refund. Now, almost four months later, still no refund. Additionally, they continue to promise to return my phone calls and never do.

This company is not qualified to be in the matchmaking business. The promises they make to the prospective members are for the purpose of putting money into their own pockets. I am currently filing a claim in Orange County Small Claims Court asking for all my money back. I am also sending this report to the Better Business Bureau and any other place where I can get the word out. If I can keep one other busy professional from wasting their time and money with this company, then I feel it will have done some good.

### Mary of Minneapolis MN (04/01/07)

I have had very bad experiences with this company - not following through and setting me up on dates with the SPECIFICS I have asked not to be set up with. I have given them feedback each time and they have not listened. These examples are the basics - like where they live, if they have kids, etc. Horrible experience. The woman I originally met with is no longer with them, but they will not admit this to anyone and lie to all of us. I will be happy to provide examples.

Wasted money, wasted time. Most of the men I have gone out with through them have had the same complaints.

### Yvonne of Elsternwick OTHER (03/07/07)

I called again to specify that I was only interested in meeting men of my religion, being Jewish. I was told on the phone that this would not be a problem and to come for the interview. We spoke about this again and again, because I did not want to waste their or my time. Before I knew it they got me to sign and pay for 6 months, being 8 dates, which was plenty , as I could not afford 12 months membership and did not want that long.

I had one date, which of course was not Jewish. I called Melbourne office of "It's just Lunch" to inform them that I now want to be set up with a Jewish man, as they promised. I was asked to be patient and to wait that they would have someone for me soon. And that if nothing would happen; I will be refunded my money.

It's been two months and no dates. I called two days ago and

informed them that I did want my refund and was informed that she would advise the manager and they will see. I called them again today left a message and of course no one called back. I feel that I was lied to just to get the money; they have no Jewish men on their list, maybe one or two but not in my age group. I can't afford to just throw away money, which was over $500.00 and be told to wait and wait. I feel that they say whatever comes to them to get you to join and pay, and afterwards, there is no one to speak to.

**Joanne of Bel Air MD (01/12/07)**
As a professional consultant, I believe that when a client hires my services they should expect top quality results or a refund of their fee. The IJL service does not provide the quality service it advertises for matching single professionals. The dates I have been provided do not match my economic, education, or my specific interests. As part of the feedback agreement I regularly contacted IJL to discuss what was good and not so good.

After my third date, I informed the counselor that based on these three experiences if these were the types of matches that I was not interested any longer. The next dates was better but it shortly reverted back to mis-mataches.

Examples include:

1. Two dates were retired living on fixed incomes.
2. One of the date's language was foul and quite distasteful. He also repeatedly called me when I did not provide him my number and after the third call, left a very nasty message. When I reported this to IJL, I was informed they cannot do anything about these types of situations.
3. Generally, my so-called matches spend a fair about of time complaining about their previous relationship.

Counselors have repeated ignored my feedback and brush off any responsibility for the bad behavior demonstrated by their clients. It does not appear counselors do a good screening of potential clients. Counselors change frequently without any introduction of new counselors. It appears they are more interested in the fee. I feel that the fee, I paid was a major waste of money. I could find dates like these on my own.

I must be clear that I did not enter into this agreement expecting to meet Prince Charming, what I expected was to meet quality professional people of similar professions, interests, and education. I feel that IJL mis-represents their available client list and their business by their actions in screening. I feel that I was misled as to what the service would provide.

I spent $1200 on the fee to IJL.

**K of Milwaukee WI (12/29/06)**
I have let my membership with IJL lapse because it was just not
worth the time and expense of the thoughtless set ups. I am a well
educated professional woman who joined as a means to meet
some potential friends without the bar scene, etc.. The staff was in
a constant state of flux; no one seemed to last long. One
particularly terrible match had a Circuit Court record including
over 30 offenses! The staff said that was not recent and that he
seemed OK to them. There are no better safeguards with this
service than in random meetings. IJL is a shameful business. I was
given the same lines reported from many others. I can think of 4
people RIGHT NOW that would be PERFECT! Icky doesn't begin
to describe the experience. I could have gone on vacation, bought
some shoes, and come out feeling better!

**Carol of Smyrna DE (12/21/06)**

I had joined IJL with the promise and legal signed contract to
meet someone that met my standards: Youthful looking, in good
physical shape, clean shaven, and employed. However, I had met
a gentleman who was much older looking, late for our meeting,
not shaven, and skinny as a rail. The next gentleman that I met
was very overweight, very balding, and looked 55 years old plus.
I have wasted $1,500.00 in membership fees.

**Ellen of Portland OR (12/18/06)**

They advertised and emphasized, "it's about an insightful,
professional IJL staff member hand-selecting appropriate matches
based upon your desires, goals, motivations and our instincts."
The "dates" they set me up with is far from what I specified
(something as basic as height and weight). There was even one
date that talked obsessively about their failed marriage since this
person just signed the divorced paper 2 weeks prior to our date.

I was so horrified that I had to put a hold on my contract after 4
months with IJL, not go on any additional dates, and just let the
contract expire. IJL cost me money and time, and worst of all, a
string of really bad dates. I paid $1245.00 for one year, and only
used the service for 4 months because it was THAT terrible.

**Dee of PA (12/12/06)**

After hearing radio advertisements for It's Just Lunch, I decided
to contact the company for additional information. Despite
repeated phone calls and e-mails, no one has contacted me. They

do not answer their phones or respond to messages left on their answering machine. They also will not respond to e-mail inquires. I have tried to reach this business for over two weeks. This company continues to have radio advertisements and send advertisements via e-mail – for services that apparently do not exist!

**Cherie of San Lorenzo CA (12/08/06)**
I paid over $1500 to be set up on dates with working professionals who have similar interests as me. My requirements were that the guy is a Christian, that he lives in the Bay Area and that he is divorced (not in the process of a divorce). What a scam. I was set up with a guy who lived in Portland and liked to have people to have dinner with when he was in town. I was set up twice with an alcoholic and each time they had us meet in a bar.

I was set up with a guy who didn't go to college who makes his living hauling away other people's junk. I was set up with 2 guys that were in cults (not Christian). I was set up with a guy who was best friends, business partners and sharing a house with his ex wife. I was set up with a guy who was in town taking care of his sick dad and lived in Denver (of course they told me he lived in San Francisco). I was set up with people who were not divorced yet and with one guy who was 10 years younger than me and was getting ready to move back to Texas because he missed his mom.

I still have dates left that I have paid for but informed IJL that they were wasting my time. IJL has an amazing amount of turnover in their workers, they don't return phone calls and never follow up when they say they will. It's funny because they will call immediately to try to get more $ out of you but once you give them a check they won't respond to your requests any more.

I wasted over $1500 and a lot of time and effort

**Caryn of Tucson AZ (12/06/06)**
I signed up for a six month dating programs with It's Just Lunch. During my interview I was told that if they did not do their job - finding me matches I was entitled to a refund. I was told that there were plenty of people for me to go out with. I was told that they did not send a person out on dates with people still going through divorces - well guess what my first date was - someone going through an ugly divorce and it was not pleasant. In addition to the above they were actually trying to sell me dates with men over 13 years older than me - even though I had asked for those in my age range.

I was told that there would be plenty of matches for me - to put it short - almost a year later - after being put on hold by them for a few months - I have finally completed my 6 dates - which means they don't have to bother with me anymore. Was there a follow up call after the last 2 dates - no. Prior to this I told them I was really unhappy with their service and I wanted a refund. They told me there was no refunds - and the contract said I agreed to go out on six dates or terminate after the end of the contract - which ever came last. I told them I was lied to - and that was where it was left. Most of the men I have been out with have had similar experiences. To

Summarize: They lied to me about the amount of people that are available for dates to hook me in. They lied about refunds so read the fine print on your contracts. They are constantly turning over their staff - so often one is dropped in the process or one should be prepared to deal with at least 5 new match makers. They do not follow through.


**Colleen of Calgary Canada (11/29/06)**
I ahve been reading articles from your site about It's just lunch dating service. I should have looked before I got involved. I am running into the same situation as the people that have complained already about them. I fortunately only signed up for the introductory offer and have only been ripped off for $200 and one very expensive lunch. The professionalism is lacking, the conduct of these people is deplorable, and the clients that they try to set me up with were poor to say the least.

I only went on one date and Candace literally bullied me into taking the lunch. The restaurant was very expensive and the date was nothing like we had talked about.. obviously no thought went into the service. When I called to complain I was yelled at and told that I was not an open minded person. I was told that if I didn't change my attitude that my contract would be severed with them. she suggested she would give me half my money back which I see doesn't happen to most.. I am just waiting now to see how long it will take for her to contact me again. It has been over 3 weeks since my first date.. If you want to add my name to what seems like a growing list of people that have complained you may do so.

I am humiliated and embarassed -- I am a professional person that really got caught in a scam. I should have know better.. but I would like to see some consequenses for their horrible business practices

**Susan of Amarillo TX (11/29/06)**

I signed up for this dating service back in September 2006. They gave me a phone interview and charged my credit card, guaranteeing me a certain number of dates (6, I believe) within 6 months. I sent a signed contract back to their office in Lubbock, TX, because at that time there was no office in Amarillo, TX, where I live (they assured me they had plenty of clients in Amarillo). It has been over 2 months and I've not heard anything. I just tried to call their office number and got a recording that the number was disconnected. They also now advertise an Amarillo phone number, which was also disconnected. I called the company headquarters number for a direct connection to my area office and still got the disconnect recording. I called and left a message with the public releations dept at the company headquarters. I am a struggling single mom and I cannot afford to lose the kind of money I invested in this service. If they are no longer working in my area, I want my money back.

**Debbie of Jacksonville FL (11/13/06)**

I worked for it's just lunch for a couple months. Everything that has been written is true. I was told to sign up anyone willing. They will not go on a date until the 3 business day to cancel has passed, and then they are sent out with whoever needs to go out because they have not been out lately. They are matched by someone that has never met them or their prospective date. I was interogated on every client I did not sign up, asking why.

I was embarrassed to work there. Furthermore, when I left the company, they did not pay me and they thought I owed THEM for training....training which includes sitting on bouncey balls to appear to be a cheerleader. The training includes how to deceive the customer and tell them that you have hundreds of clients. You are told to not take african americans and people overweight. You are told not to take women over 50 years old., you can take men of any age because they date younger women... and you can give them more dates in writting. This business is an outrage, preying on lonely people. I am ashamed and embarrassed to have ever worked there. I hope they go out of business.

**Kelly of Raleigh, NC (10/30/06)**

I was just about to sign up for a membership with IJL when I stumbled upon the complaints online. Wow!

I would love to find someone like the guys who responded on this website. Finding a gentleman who is interesting and fun and can

carry on an intelligent conversation is rare. Too bad we can't exchange emails on here!  No IJL for me thanks!

**Laura of Chicago IL (10/27/06)**
I had this uneasy feeling about IJL, but I kept doubting myself and thinking maybe I was being paranoid. Then I got feedback from other victims of the IJL scam through a blog and now I feel totally taken. My experience has been nightmarish which culminated last Friday when my date never showed up! Ironically, this was the best date I had with the organization. What they promise and what they deliver are two different things. I went on 12 dates and 11 were awful. According to other respondents, they even hire men to go out with women because the organization is 75% women! How can they get away with this?

Basically, I am out $1500 plus the money I spent on drinks and meals; more importantly, I can't get back the time I spent getting to the loop, waiting at dismal restaurants, and making conversation with uninteresting men.

**Cathy of Phoenix, AZ (10/26/06)**
I have just had another date set up by someone at IJL who has never met me.  This is the 4th person I have dealt with since becoming a member.

I believe that this is a totally numbers-driven company. They send you out on as many dates as possible to use up your membership. They show no concern about if you would have anything in common with the person.  I am not sure they even read your profile, since they have tried to send me on dates with married men and men with small children, both of which I stated I was not interested in.  Now I seem to be sent on dates with "my father"!

This company has no interest in you or your profile - all they want is your money.

**Jayme of Hollywood FL (10/26/06)**
After the first date I called and stated that I did not want to pursue the service. I had not signed a new contract. (I was a prior customer) Rachel attempted to set me up with a different person. I refused. Even though I repeatedly stated I did not want to use the service the company debited my checking account. There was no contract and the debit came after I stated I did not want to use the service.

Case 1:07-cv-09227-SHS-KNF      Document 30-3      Filed 08/05/2008      Page 10 of 37

**Christin of Alpharetta, GA (10/17/06)**

I joined It's Just Lunch under the expectations that this was a personalized dating service for busy professional people. I'm very busy, but not desperate.

After several hang ups with the first few scheduled dates, I was sent out to meet the first person at a place that was not open at the scheduled time. It happened to be on a weekend when there was no one from IJL to contact. I have found that the staff is very disorganized with returning phone calls promptly, and has provided misleading information regarding the potential matches.

I have been sent out on 3 dates, none of which were compatible with me. I waited to hear from IJL after the third date regarding the next potential match, but did not hear one word. I do not feel the matching is sincere and personalized, but rather based on random stastics on paper. I did not pay $1300 to be set up with random indiviuals whom I have nothing in common.

I was under the impression that the staff would take more time in actually getting to know me and my personality in order to match me, but this has not been the case at all. I have been very dissatisfied with their matching, correspondence, and ability to resolve issues in a professional and timely matter. They can't seem to understand why I do not wish to participate in such a disorganized, unprofessional, and robotic service.

**Donna of Miami FL (09/14/06)**

I became a member of "It's Just Lunch" dating service on 8/21/06. Their coordinator Lauren notified me of my first "date" named Jim. She told me the date, time and place. Mind you, I do not live anywhere close to this vicinity but since this was a new experience for me, I thought why not! I arrived on time to meet my "date".

I stood there waiting for fifteen minutes looking for this man as he was described by Lauren. Finally, I asked the hostess if anybody by the name of JIM had checked in. Going around the bar and asking every man if their name was Jim was not my way of resolving the situation. A half hour approached and still no JIM!

After more time passed, I left. I called Lauren and left her a not-so-nice voicemail message at 8pm. She or her superiors did not

even have the decency or courtesy to call me back the next day
and explain what happened. All I know is I was made a fool out
of and humiliated in public. I will be filing legal action and
notifying the media of this company.

**Melissa of Fort Lee NJ (09/13/06)**
IT's Just Lunch is a dating service. You pay a fee up front for 11
dates or one year whichever comes first. They agree to match you
with people that have criteria you specified. It's been 3 years and I
have had 5 dates. Months go by and they either cancel a date or
do not call at all. They likely do not have candidates for dates and
I believe they make up stories saying that the one they planned to
match you with, cancelled. Essentially they deliver the service not
in one year but in years and years. When I asked for a refund the
check bounced!

**Susan of Fountain Valley, CA (09/08/06)**
I signed up with IJL in May 2006. They said during the initial
interview that they had many men that fit my profile and that I
would be matched immediately.  I was promised at least 14 dates
over the 12 month contract.

They did set me up on the first two dates without issues. I gave
them feedback and then they forgot about me. The 3rd date was
with a man that didn't want to use the service anymore and didn't
meet my criteria. For over 1 month I waited for another match
and a return phone call.

I had a major discussion with Lisa about how poor their/her
customer service was and she promised to set me up again.
Another couple weeks pass and I am set up with a guy who does
not meet my criteria - yet again. Now, another 4 weeks has gone
by and they just called me with a match that is not a match.

The men that I have dated all state that they are innundated with
potential dates. Hmmmm? The month that they did not contact
me they say is due to short staff issues in their office - and they
just missed matching me. Sounds like I'm not getting what I paid
$1,500 for.

**Susan of Milwaukee WI (09/06/06)**
I signed up for this dating service that I thought had a very good
concept and idea to it. I'm very busy and not desperate. I also
thought because I'm in sales this would be good for networking
and meeting new people and was I wrong.

This was one of the most embarrassing and humilitating

experiences ever. The people that they describe to me were not nearly close to what they said.

**Caryn of Denver CO (08/23/06)**
This is a dating service that promises on thing to lure you into their expensive service and do not deliver. The matches never were close to what I was asking for. I tried numerous times to get a refund and they refuse to address your concerns and will only place your memebership on hold. I would like a refund of $1500.00 for services that were falsely advertised and misleading.

I would like a full refund in the amount of $1500 which is what I paid for when I joined in February 2005. I have been in a Hold mode since September of 2005.

**Marie of New Orleans, LA (08/03/06)**
I was in the Nashville area after Hurricane Katrina devastated New Orleans. I joined It's Just Lunch to meet people when it seemed I would be there for awhile. I explained that I intended to return to New Orleans if possible and was told I could transfer the membership.

I had one pleasant introduction through IJL and was called back to my job in NO the same day. Almost a year later, IJL's New Orleans franchise is not operating. I've contacted the Nashville office several times asking for a refund of most of my membership fee ($1500), which has been promised but has yet to arrive.

This business has taken advantage of a tragic situation and has been unwilling to do the right thing.

**Kaye of Brandon FL (05/18/06)**
On March 1, 2006 I made the huge mistake of joining It's Just Lunch (a professional dating service) in Tampa for $1,195. The woman mentioned above is the franchise owner. On May 2, 2006, I sent her a certified letter demanding my money back for insufficent service. I also notified my credit card company that I am disputing the amount. To date I have heard nothing from Ms. Fernandez. I am extremely dissatisfied with the service that was promised (supposedly providing me with 7 dates in 6 months). So far I have had one date (not my type as requested with the gal I interviewed with initially). The entire staff has been replaced in the Tampa office. I only wish I had found your website before joining this scam. ... I guess my next step is small claims court.

**K of Milwaukee WI (04/26/06)**
I joined with a friend and was told that there were "hundreds" of "professional" men in the Milwaukee pool. I soon found that

wasn't true when my dates were unprofessional and not at all what I mentioned looking for. The director who sold me the membership couldn't have sounded more scripted and I should have known that what she was saying couldn't possibly have been true but like everyone else on this site it was a matter of hope, I really just wanted to believe that it could be.

The straw that broke the camel's back was when my friend went out with a man who was very nice but had cerebal palsy and lived in a trailer with a couple of his siblings (yes, that is the truth, I know it doesn't sound like it at all but it is). I'm not sure what he did as a career but it was definitely not a professional position of any kind. I wanted to cancel my membership immediately for fear of being set up on my own date with him or someone like him and was told there were no refunds PERIOD. I said I would contact the better business bureau which didn't even faze them. All in all it was a TERRIBLE experience and an enormous rip-off.

**Amy of Philadelphia PA (03/10/06)**
I joined It's Just Lunch in good faith hoping to meeting men that might become friends and companions. I wasn't looking for the love of my life, just someone to pal around with. I was interviewed by what seemed to be a very poised young woman who asked me all about my likes, dislikes, etc. She promised me that she alone would be responsible for setting me up. I did ask if they had a suitable pool of men in my age group who also met my other requirements. She promised me they had lots of wonderful men just like what I was seeking.

I had specifically told IJL that I liked men who were very youthful artistic and active, and specifically said I wasn't great with corporate MBA types. "No problem" was the answer. I got a call for a first date with Mr. X. Mr. X looked like my grandfather and I think had a drinking problem. He was retired, had been a corporate guy all his life, was an engineer. Let's just say the only common link I could find was that we both were breathing.

After the date I called Maria to ask her what she was thinking. Maria wasn't there, Maria was on vacation, "not sure where Maria is"...finally after about 5 calls of stalling and lying I was told Maria had left. I called the owner and told him that this was completely unacceptable, now no one there knew me and I didn't think I could get the service that was promised. He arranged to have me come in and meet with Marisa, Maria's replacement.

Again, I had a long interview. Went into much more detail on likes, dislikes and requirements. One requirement was a BA minimum, preferably someone with a graduate degree. I also told me that I wanted my membership to begin again at that point. I

had joined for 3 months (guaranteed 3 dates). I felt because I had been lied to and because obviously Maria had not been personally matching me up that a new start was fair to both the company and to me. Marisa promised to get back to me on that.

Meanwhile, the first call I got was to meet someone who only had a high school education. I declined. I called Marisa to ask about the restart; she left a message for me saying that they couldn't do a restart. I called her again and left a message saying that that was unacceptable. She left me a very snippy message saying she'd spent so much time with me and I'd had one date already and she had someone terrific for me to meet. I called back and told her that was still unacceptable and that I was calling my lawyer (if not the DA's office).

Meanwhile she had arranged another date, telling me how wonderful this man is. I went, he didn't even show up. Or if he did, decided he didn't want to meet me. It was in a crowded place, so I'll give the date the benefit of the doubt. However, I spent a half an hour waiting and left. I did call the office and reached the owner. In the course of talking about missed connections, I repeated my story about my dissatisfaction with the service. He pretended we'd never talked before, and claimed no one lied to me. I told him that if they didn't start my membership over I was seeking legal recourse. I haven't heard back from them yet, but this was last night. Given what I've read on this site I'm tempted to go forward with legal action.

**"I" of Washington, DC (1/5/06)**
I have a number of complaints about IJL. I believe IJL misrepresented their services, their pool of candidates and their ability to meet my criteria.

My contract indicated 16 dates or 12 months (whichever came later) but between August and December, I had 2 dates. This trend indicates to me that "IJL is unable to provide clients with the number of introductions agreed to under Client's membership" (per contract).

My understanding was that IJL was designed for busy people however the onus has been on me to be proactive, to follow up, and to get details on potential matches. The quality of the service provided has been substandard and the IJL representatives have been very unprofessional, pushy and rude in dealing with me.

I have made numerous attempts to resolve these issues with IJL directly. I have been passed around from representative to representative and have spent most of my time re-explaining the

issues as none have taken the time to familiarize themselves with my concerns or case.

**Jennifer of Lawrenceville, NJ (11/20/05)**
I received numerous calls from "It's Just Lunch" after checking out their website about a year ago. I was promised that if I joined I would have many dates and potentially meet my mate. I was asked, "Wouldn't it be worth $1,500 to find the right person for you?"

In 7 months I only went out on 4 dates and 2 of those were disastrous. They obviously hadn't listened to anything I said in my interview. Every time I called to speak to my counselors, I was directed to their voicemails. I never spoke to either in person, which I find to be poor customer service.

**Louise of Alhambra, CA (11/9/05)**
After hearing about IJL, and not wanting to post my photo on an Internet site, I decided to join IJL. I am a very attractive divorced mom with a demanding career and since lunch is the only time I have to meet anyone, the program sounded ideal.

I joined in August 05 and was immediately promised several matches. The "ideal man" (close in age, handsome, same ethnicity, same interests) was "never in town", so I was sent on two "mercy dates". I tried to make the best of it, but I would have never chosen these fellows on my own. One was substantially older, unemployed and lived with his mom and the other was much shorter (I am 5 feet tall and could look him in the eye), heavier than described and had some personal problems.

This past weekend, I received notice that the IJL office I dealt with is filing bankruptcy. What a relief, I won't have to go on any more Dutch-treat mercy dates, but I have lost $1,500.

**Danice of Birmingham, AL (11/1/05)**
I joined IJL on August 9, 2005. To date, I have had 1 date that was certainly not a "match". I have had 2 dates cancel on me in less than the required 24-hour notice. After numerous conversations with the Director, she admitted that they mismatched me on the first date.

Last week I was scheduled for a date on Friday, but didn't get the call until noon. Since their policy is to confirm dates 24 hours in advance I refused to go. The director left me a rude message today saying she had turned my file over to the owner who might get back to me next week.

They have my $1500 and I have had one unacceptable date in three months. I am NOT going to let it go until I get my money back if I have to spend it all on an attorney!

**Budge of Annapolis, MD (10/24/05)**
I had a BAD experience with IJL a few years ago and was recently given a membership to the DC office as a gift. After 4 months I have yet to have one date and want my money back.

One major complaint is the expensive choice of places to meet. Like I want to meet a blind date at the Ritz??? Also, based on my experience, the description of "athletic" means 20 pounds overweight.

Another problem is I want to do LUNCH but every time they call, the date is set for drinks at dinner, which I refuse to do. The name IJL is a misnomer and needs to be corrected.

**E.B. of Los Angeles, CA (10/7/05)**
Don't do it! It's a trick! The director spent an hour getting to know me and was confident she had many men that were perfect for me. She said she wouldn't accept my check if she couldn't match me up. To date, I have gone on 11 dates, and it's been over a year since I joined.

It appears the ONLY criteria that was used to match me was my religious preference because for the life of me, I am thoroughly perplexed as to why IJL thinks THESE 11 men were appropriate matches for ME. I have repeatedly been set up with guys well outside of the 10-year age range I indicated as acceptable, and have consistently been "misinformed" about their ages. Last night I was set up with a guy that was well below my bottom age limit, AND he was told that I was 3 years younger than I am!

OVERALL, the entire experience with this agency has been a complete disappointment. There is no rhyme or reason to their matching. I have wasted $1200.

**Kay of Alexandria, VA (8/18/05)**
Circus music should play when these guys pick up the phone, because in my opinion this office is full of clowns! I signed up in the San Diego office and was reasonably impressed with their ability to match me. So, when I relocated to northern Virginia, I thought that paying the transfer fee was a small price to pay to meet new and interesting people through this service. I was wrong. Dead wrong.

The matches they set me up with were, for the most part,

excruciatingly painful. Out of the six dates I went on, only one came close to meeting my criteria. I have one degree from an Ivy and a master's in progress from a top-rated school — I was sent on a date with a guy who used double negatives, expletives, and who couldn't understand the menu (it was in English, and he's a native speaker) and therefore declared the restaurant to be horrible.

He then decided to tell me how women don't have to work for anything in life, and that they get handed opportunities left and right... needless to say, the date ended soon thereafter.

They have also messed up reservations at restaurants (I arrived and they had no record of my name or that of my match), booked dates without my confirmation resulting in my having to make last minute schedule changes to prevent standing up my match, and they have even given me a different location/time than what they told my match. Imagine my surprise when I got a phone call asking where I was when I was unaware I was supposed to "be" anywhere.

I believe these guys are the carneys of the dating world. They promise you a prize, but the game is rigged squarely in their favor. They get $1000+; you get nothing but aggravation and awful outings with random people.

Damages: If I had saved that $1,200 and put it in an interest bearing account, I'd have been far better off. At least I'd have something to show for my money.

**Jane of Forest Hills, NY (6/28/05):**
I signed up for an "exclusive," expensive dating service with "It's Just Lunch" (IJL) in October of '04.

The person that initially interviewed me virtually grabbed my $1,000 out of my hand and promised me she had numerous candidates for me. In fact, she said she could think of four men off the top of her head at that very moment.

To make a very, very long story short, I had four dates in 7 months (I signed for a year), and these men basically became my "three dates from hell." One made me cry with his arrogance, another was three times my size and one was simply not my type, with the exception that we were the same age, period.

With continual dissatisfaction, I wrote the IJL three letters, which I sent certified. Finally, I met with the director. She swore to me that if I gave her just one more chance, she promised to find me a

Consumer complaints about It's Just Lunch – Angry Women
Page 20 of 31
Case 1:07-cv-09227-SHS-KNF    Document 30-3    Filed 08/05/2008    Page 18 of 37

great guy. To appease her, I agreed. (Imagine me, trying to appease her). She also asked me to please only deal with her, as if she would be the one to solve my romantic woes.

This was in April '05. The director called me a week later. "I'm soooo excited. I found the greatest guy for you." Well, needless to say, "Mr. Great" did not even exist because after three weeks of phone calls with the IJL, I realized that they were simply "jerking me around."

I finally told them to please give me the refund they promised me. They kept $200 as an "administrative fee." In the end, my cost for three dates was $220 each, not including the cost of cabs and all the other costs associated with meeting "Mr. Great."

Monetary concerns aside, I feel so relieved that my relationship with IJL is over. I have signed up for an online service for just $24 a month and I now have my pick of many great men. Now the singles scene in NYC doesn't seem so bad after all.

**Michele of Denver (11/23/04):**
I feel like I was intentionally deceived. They promise personal, professional service catering to your dating desires and deliver a mundane, completely inpersonal service. I had basic dating criteria that was rarely, if ever met. It is obvious that the people setting up the dates haven't met the clients, they simply read from the fact/interest sheet.

If I didn't ask questions, the information was not volunteered. When I balked because the person clearly didn't meet my requests, I was cajoled and belittled into going on the date anyway. When I called to complain and to try to cancel my service, I wasnt even granted the courtesy of a return phone call.

I paid $1500 for a service that was deivered. They will not offer a refund, I have 8 months left on my contract and would rather lose it entirely than continue to subject myself to the poor service and bad dates.

**"L" of New York NY (11/16/04):**
This service claims to do be a matching service between busy professionals. They take your money in advance, they ask you to sign a release form and after that, you get dates that you wish you could forget about. Their clients are not what they claim they are ... overweight, much older than the age they claim, some unemployed show up as "best matches of your life ..."

It's a very depressing experience, especially if each date is costing

$200.00 or more.

**Rita of Longwood FL (10/19/04):**
I joined It's Just Lunch after a very convincing speech from one of
the so called "advisors". Although once I got into the place, I was
placed in a small room to view a video about the organization.
She then spent one minute giving me a questionairre to fill out.
When I was done, she took about 5 minutes to "interview" me and
about 20 to discuss the payment.

Oh how I regret writing the check. She told me that I could back
out and get a refund if I was unsatisfied. The dates were a joke.
They obviously never referred to any information I gave them.
When the last date neglected to show up at the restaurant, I called
the company and told them I was unhappy and wanted a refund.
All she continued to talk about was the next date. I told her I
wasn't interested. I was set up with a person and they neglected
to tell them I had children. When he found out he canceled.

Finally, I called and spoke with the owner. He knew how
disgruntled I was. He asked me if I would give him 4 more weeks
for him to "personally" work on my file and then I could get a
refund. I said, could you put that in writing? He said no, that he
was a man of his word. That was a Friday afternoon. He then set
an appointment with me for Monday at 10 to discuss things. I
showed up, he didn't.

The girl I met with was nice and she proceeded to set me up with
a supposed great guy. This ends up being the guy who doesn't
want to date anyone with kids from 2 weeks prior. I then told her
very nicely that I just was unimpressed with any of this and
wanted my money back. She excused herself and called the absent
owner. He told her I would have to put it in writing and he would
get back with me in 24 hours. I wrote it out, he never called me. I
called him today.

**Bonnie of Owings Mills MD (10/3/04):**
While I had a decent initial interview with Melissa (over a year
ago) I have never had contact with her since. I have only been
handled by staffers who hav never laid eyes on me or had a
conversation with me. They also sound half my age. I took a
chunk ($1500.00) of money out of my savings to give this a shot,
believing that there would be a genuine attempt made to match
me up with someone I connected with. I didn't expect Prince
Charming on a horse, but just to meet some men who were at
least FUN! It has been over a year. I get a "match" about every 2
months. The only criteria seems to be my age group. I wish I
could have a pro-rated refund. This has been a boring waste of

money.

**Mia of San Diego (8/14/04):**
I joined in February of 2004 and interviewed with Meredith. I was told I would have 14+ dates and that they had a very large database of men who fit my criteria. It is now August 2004, I have gone on approximately 4 dates. I called Meredith several times to discuss my unhappiness and I soon discovered that Meredith no longer works there and therefore I have not received any dates or calls to inform me of the change. After many complaints, I was transferred to another counselor, Jessica, whom I have never met, and she promised to call me with a set up. No calls after several weeks.

Finally she admitted that the man she had in mind for me was extremely busy and our schedules conflicted. Scheduling conflict seems to be their standard answer to everything. I then started to leave messages for Jessica that I would like a pro-rated refund as I am no longer interested in their service and feel they need to improve their operation. No calls back but I received a letter that they have put my membership on "hold" due to my unhappiness with my membership!

I called back to speak with a supervisor or manager and received a call back from the franchise owner, Michelle. I filled her in on my experience and she admitted that I got off to a slow start. I expressed my feelings and let her know that several clients of hers are also displeased with their matching capabilities. Three of the four men they introduced me to expressed dissatisfaction with the service and with the quality of matches.

$1500 for 4 lunch dates. Doesn't that sound unreasonable? I feel it's only fair for a pro-rated refund. I know the contract indicates no refund but aren't they concerned about reputational risk? If this service was $100 it would be a different story but to take $1500 from someone knowing their customer is displeased with the service and not offer any resolution is just not good business practice.

**Mary of Pacific Grove CA (7/22/04):**
I became a member of It's Just Lunch in March 2004. At the age of 55 I was uncertain the dating service would have enough members in my age group to honor their promise of 14 dates in one year. Two weeks after becoming a member I had my first date. A second date did not materialize until May 2004.

At that time I informed the It's Just Lunch representative that I had sold my house and was moving out of the area. I was told

there weren't any offices in my new location and if I was over 50 miles away from an It's Just Lunch franchise I would be get a prorated reimburesment of my membership fee as stated in the contract I signed. I faxed the owner of the franchise, Mark McNeal a copy of my current utility bill as requested to show my new address. I call every other day and as of July 22, 2004 have not received a return phone call or a refund. Not only does this group have trouble with their commitment to find dates for their members, they do not honor the conditions of their contracts.

I paid a membership fee of $1295 and had one date.

**Marina of La Crescenta CA (6/29/04):**
I joined Just Lunch in July of 2003 and have been extremely disappointed. It?s a joke. I received a sales pitch from Jennifer, the "director" who told me that she could not wait to send me out on dates and to introduce me to all the appropriate and great gentlemen who were in my community and were listed with her. She even dropped some names. However, when I called her after my first date to give her feedback she said I shall not call her, her job was done by signing me up and interviewing me. Now it is up to the assistants.

Well they did not interview me or had any idea what I am looking for. The dates were completely incompatible. Each time I tried to talk to the matchmaker, I was hustled off the phone as quickly as possible. I wanted to leave and was happy to receive just 50% of my money back; however I was told I couldn't get a refund, and they kept reminding me I had signed a contract. Their contract however states that if they can't provide me with 16 dates based on my criteria, I should get a refund. But there is no time limit - it is one and a half years later and they could only just come up with 6 dates. They absolutely do not have men for me . I have met a lot more and very nice men on E Harmony. Much cheaper and well worth the money!

**Nikki of Nashville TN (6/5/04):**
I joined IJL to meet new people. The matchmaker on the phone, Jenny, sounded very enthusiastic and informed me that the company was featured on Oprah and that many new clients were joining every day. I went to be interviewed with a Lisa W for an hour or so, and we discussed the type of person I was looking for, my interests. However, I was not allowed to ask questions, was told to pay a $200 fee included with a $1000 membership "promotional" fee they had, and made me sign a contract about which I was not allowed to ask questions.

The dates ranged from completely incompatible to a downright

awkward, meaning they didn't look at my interests. Each time I tried to talk to the matchmaker, I was hustled off the phone as quickly as possible. In fact, I was forced to date somone whom I felt was not compatible with my interests. However, the IJL matchmaker told me she would not set me with anyone else until I dated this person! Their lousy, unprofessional service made want to leave; however I was told I couldn't get a refund, and they kept reminding me I had signed a contract. Their contract however states that if they can't provide with 16 dates based on my criteria, I should get a refund.

I have talked to the owever of the franchise, Jason, who doesn't understand why I'm so upset, and will not give me my money back. He also will not give me specifics on what my fee is being used for, since I have to pay for time, and money for the drinks and meals that come out of the date!

I've lost $1099 and time on a service which has brought me nothing my emotional distress and frustration.

**Deborah of Davis CA (5/14/04):**
These people are the used car dealers of dating. I received a pressured, enthusiastic sales pitch from Jennifer, the "director" who told me that she could not wait to send me out on dates and to introduce me to all the appropriate and great gentlemen who were in my community and were listed with her. However, she first tried to get me to meet guys who lived up to 2 hours away (???) and were older than I had requested.

When I pointed this out to the receptionist (who seemed to do all the work) she said, "OK, what kind of man are you looking for?" Either the original "intake interview" is a sham, or else they lost my file and were just matching me with whoever. When I later talked to Linda, the manager of the office, she apologized for Jennifer's mistakes, and then said, "What kind of man are you looking for?" When I suggested she look in my file, she hemmed and hawed.

It's now 6 months later, I have only had one "match" and Linda has not returned four telephone calls I made to her. The only honest person in the office in the receptionist, who apologizes. The one match I had was a bit odd as the "gentleman" did not know much about me; again, this leads me to believe that they lost my file or never refer to them when they do their matchmaking magic. For the last month they have been conferring and have agreed to give me a refund, but I have still not seen it, despite their claims that it was mailed out earlier.

Case 1:07-cv-09227-SHS-KNF    Document 30-3    Filed 08/05/2008    Page 23 of 37

Another thing: when I first phoned IJL, Jennifer quoted me a $995 per 12 dates price. When I made it into her office, the price had jumped another $100 to $1095. I opted for the lower, 6-date agreement, and Jennifer pouted and whined at me.

**Kim of Philadelphia (5/25/04):**
I joined Just Lunch in October of 2003 and have been extremely disappointed with the dates they provided. Two were over the age limits I requested, one had drug and alcohol issues and told me he attempted suicide, and one had cerebral palsy. I am very active and would never pick someone with a handicap for a mate.

One date told me he goes on a date a week. I am lucky if they get me a date once a month. It appears that they forgot to tell me they have more women than men in there mix. I wish I could get my money back. I did so much better on the internet. I paid $1200.00 for this service and do not feel I am getting my money's worth.

**Terrence of Marietta GA (4/4/04):**
I was told by Michelle that she was the "Love Goddess" of Atlanta who was invited to clients' weddings all the time. I was introduced to two exceptional women who would not date me again, then the rest were (unsatisfactory). I complained to Michelle who told me it was all my fault, and that these were the only matches appropriate for me. It cost me $1300 dollars and a lot of lost time.

**Michelle of New York NY (3/30/04):**
I stupidly paid $1,000 for a 6-month membership. The woman that interviewed me led me to believe they had LOTS of men that would fit my criteria. I initially left the interview feeling positive. I even got my first call about a match the very next day. IT'S ALL A SHOW!! I'm going into my fourth month and have only been introduced to 3 men, none of which were good-looking or had similar interests.

Even when they call you to tell you about the match they have for you, they simply tell you the person's hair and eye color, height and job title. Why did I fill out a form and give specific information on ideal interests and characteristics I'd like in a partner if that "so-called" match seems like it was pulled out of a hat? They rope you in, give you a crumb to nibble on right away, and then they're just going through the motions.

My second date was even worse than the first. As soon as I saw his face I was upset. What made me more upset was the fact that I found out by talking to him that he walked two blocks to the meeting place while I had to take a 15-minute subway ride. The

restaurant was picked arbitrarily - and so was my "Match" as far as I'm concerned. When I got back to my office, I called and asked one of the reps what they considered to be a match between the two of us. She couldn't answer me.

My experience with "It's Just Lunch" has been nothing close to what I expected. I'm not even interested in fulfilling the rest of my membership and meeting more men.

Lori of Chicago (3/15/04):
I just got off the phone with H. in the Chicago office who tried to set me up with someone I wasn't interested in. I turned him down and she kept saying that the "advisors" matched us for a reason. I told her that I know myself better than someone who only spoke to me for one hour and I won't go out with this guy. She then told me that because I missed giving feedback on my last date that it was my fault that the "advisors" weren't matching me correctly. I told her then why haven't they used the feedback I gave them from the previous 6 dates?

I asked for a re-evaluation meeting and she gave me "we'll get back to you". I was told that after 5 dates you are brought back in so that you can see if you're on the same page. I don't think they'll see that as something they can do. They really need some training on customer service. They forget that I paid them so I get a lot of say in who I will or will not be matched to. I believe once they have your $1500 they don't give a **** about you.

Their matching capabilities are really bad because I've been out with men that don't match what I told them at all. They don't give the full disclosure on a person either. I'm not interested in someone with kids and told them that. So what happens...they set me up with a man who works constantly and whatever time he has left he spends with his kids out in the suburbs. This same man told me that he could go out with someone every week but for women they just set them up with whatever man walks through the door because there are more women than men. So true.

I bet if you talked to the women that belong the number of unhappy people would be much higher than happy. They really run a shoddy organization. I'm in sales and if my team ever talked to the customers like they do I'd fire them.

I paid $1500 for what I thought were going to be quality dates and haven't been set up with anyone yet who's worth it. What makes me mad is their customer service or lack thereof. They don't listen to what the customer wants or needs and then argues with them when the customer pushes back.

**Sarah of Golden CO (3/8/04):**
Like all the other complaints in this category, I feel I'm the victim of misrepresentation, high-pressure sales tactics and poor client service. I paid $1500 for 16 introductions. I've been on half of them and it's been 1-1/2 years since I signed up. The caliber of people I've met has overall been poor and they obviously aren't getting me out much. Out of eight introductions, only one has led to a second date.

My best advice to others is to forget It's Just Lunch and instead use online dating services like match.com, yahoo, matchmaker.com, etc. They are a fraction of the cost (around $15/month) and YOU get to do your own screening. Certainly this isn't totally risk free either, but the investment is much smaller and, if you're smart and careful, the results are a million times better than IJL.

Thanks to the internet, I am currently casually dating a CPA who's head of general accounting with a major corporation and a PhD who's a vice president of business development for an international company that sells food safety devices. Both of these guys are attractive, considerate, successful, wonderful gentlemen who know how to treat a lady. They could spank the pants off anybody I met through IJL.

I have not received $1500 in value from IJL. They did not deliver on their promise to set me up with gentlemen with whom I share common interests and the frequency of introductions doesn't even come close to what was promised.

**Ellen of San Diego (12/10/03):**
I joined this service about two years ago. I moved to Santa Monica for a while (about 9 months) and only received two matches. I then moved back to San Diego. Since that time, the men I have met are not even close to what I am looking for in a potential mate. I joined the service to meet someone for a relationship. So far I have only men that I wouldn't even go out with on Match.com.

I met two guys who were close to what I was looking for but one of them is having financial pJohnlems and is looking for a meal ticket. The other one is wealthy and a TOTAL player who just wants to sleep with as many women as he can. Most guys do not pay for the dinners so I am buying my own food at some expensive resteraunt where I would normally not be seen. This and the 1200.00 fee they charged me has lead me to nothing but heartbreak.

I think this whole concept would totally work if the agency and their clients were as honest as I am when it comes to matching up people. Most of us just want to meet someone nice and not have to go through the bar scene. I want to be married again but I am finding that this service is not going to lead me down that path.

**Anna of Los Angeles (4/22/03):**
I went into the office and interviewed with Diane to learn about their service. In short, she assured me they had a large database to satisfy what I was looking for and they provide a minimum of 14 dates over 12 months as a worst case scenerio. I went on my first date with someone who was everything that I said I DID NOT want. In addition, they set the date up three weeks in advance, which I thought was weird.

I was obviously unhappy with my first experience and confronted Diane with this.She was belligerent, defensive, and aggressive and told me I was judgemental. Aside from being insulted, I gave it a second chance to learn that they send people out every three weeks to fulfill their 14-date requirement, which was misrepresented. In addition, I also learned that her top candidates for me had to be coaxed into another year's membership before I could meet them which tells me they obviously do not have a sufficient database.

I then expressed I was unhappy, wanted my money back and was willing to work out a fair, prorated amount. I was once again insulted by Diane and told I had a bad attitude and there is nobody I can contact above her because she runs that office and there are no refunds. She told me I had to go out on more dates or put my membership on hold. This is not about me having a bad attitude, it is about Diane being a bad matchmaker who lacks listening skills. She is aggressive and takes advantage of people and their weekness of wanting to meet someone.

She is holding me captive into doing something that I do not want to proceed with. Her handling the pJohnlem poorly was worse than the pJohnlem itself. She is an aggressive, cheesy salesperson that bullies people into these memberships. I don't want to deal with this woman anymore. I paid $1,500 to be captive, miserable and mistreated.

**Anita of Pasadena CA (10/3/03):**
I wish I had read the Consumer Affairs report before I had signed up or I should say before I was HUSTLED by Diane in the Los Angeles office. My experience is much like Anna' s - the very few dates I have had over over the course of the last seven months have been with men I have had little in common with. I found

Consumer complaints about It's Just Lunch - Angry Women
Page 29 of 31
Case 1:07-cv-09227-SHS-KNF    Document 30-3    Filed 08/05/2008    Page 27 of 37

that their database for single men is very limited - one gentleman
I met said he had 4 dates in one week more than I had since I had
originally signed up.

I'm not even on the date every three weeks rotation (try one every
two months) at this rate my contract won't run out until the year
2005. He also told me about the numerous mixers he has attended
through It's Just Lunch - none of which I had been advised about.
I think the most frustrating thing about all of this is their lack of
professionalism - Diane misrepresented herself, the company and
their services.

At least Anna spoke to Diane -the numerous messages I have left
for Diane and her staff - have gone unanswered. They make it
very hard to get in touch with them - there isn't even an email
address. Bottom line once you hand over a check (no credit cards -
this should have been my first clue) - THERE WILL BE NO
CUSTOMER SERVICE.

**Kim of Katy TX (3/17/03):**
This service consistently misrepresents information about myself
to others, and about others to me. They provide me with false
information about a match. For instance, I was promised by Amy
and by Nikki (the director) that they would honor my written
request for a match not being older than 42. They called to tell me
that they had a match for me last week who they said was 45, but
looked much younger. I met the person only to find that she was
58.

The lady laughed when she asked how old they they told me she
was, adding that this service lies to its clients all the time just to
stay in business. She told me how they have consistently told
other men that she was younger - she is very upset about it. Other
matches have told me how they were given false information
about me. I am consistently given other false information about
the women they match me up with.

The fee for my membership in this service was in excess of $1,000.
Each time they provide false information about me or about the
person they match me with, I'm ripped off in the process. In spite
of my complaints, they promise not to do it again, and then just
continue with the same deceptive practices. Members of this
service are simply being ripped off. Plus, they match their clients
at restaurants that they maintain informal agreements with.
Often, one of the parties does not discover that they are the
victum of false representation until the restaurant establishment
has had opportunity to make a sale, so the loss continues as
having to pay the restaurant, adding to the cost of each

misrepresentation. Losses generally add up to be in excess of $100 per match date. The whole thing is humiliating and embarrassing - most will not complain just because they are so embarrassed by it all.

**Sharon of Arlington VA writes (10/23/02):**
Matchmaking service. A date was arranged with a married individual. I do not like how the director conducted herself when I was displeased with the fact the individual was still married. That the individual was separated did not ameliorate the issue for me.

The way she handled the pJohnlem was even more of a pJohnlem. Unyeilding, slick, used-car-salesmanship are the words that come to mind. She has $1300.00 of my money for arranging three "dates", the third being with the still legally married individual. I wanted out, she told me no and gave none of my money back. I wrote several letters to her asking for my money back, even allowing for a mutually agreed-upon processing fee. She would not yield. I am looking to take her to court. This attitude concerning what is a very personal service contract is horrible.

Damage Resulting: Economic, $1300.00; Emotional, minimal, but difficult. Her tactic is obviously one of attrition, hoping to wear down people and hope they go away, too embarrassed to admit to having used a dating service to follow through with a suit.

Back to the top |

· Ads by Google    Albany Dating Service    Capital District Dating    Match Dating    Dating Personals

Home | Rogues Gallery | Good Guys | Complaint Form | News | Recalls | Search | Video | FA
Consumer Resources | Small Claims Guide | Lemon Law | Newsletter | Contact Us
Advertise With Us | Testimonials | Newsroom | RSS Feeds | Radio | Job Postings
Advertisement

**Terms of Use** Your use of this site constitutes acceptance of the Terms of Use

**Advertisements** on this site are placed and controlled by outside advertising networks. ConsumerAffairs.Com does not evaluate or endorse advertised. See the FAQ for more information.

**Company Response Welcome** If complaints about your company appear on our site, we welcome your response. Please see the Response information.

**For more information**, see the FAQ and privacy policy. The information on this Web site is general in nature and is not intended as a substi

ConsumerAffairs.Com Inc. makes no representation as to the accuracy of the information herein provided and assumes no liability for any da

Copyright © 2003-2007 ConsumerAffairs.Com Inc.  All Rights Reserved.

**Exhibit I**

Case 1:07-cv-09227-SHS-KNF    Document 30-3    Filed 08/05/2008    Page 31 of 37



# LegalNewsline.com

**Monday, October 08, 2007**



Search▸    Receive

## State AGs

7/9/2007

### AG Cuomo unhappy with dating service

*by John O'Brien*

ALBANY, N.Y. - If men are supposed to pay for dinner on a first date, New York Attorney General Andrew Cuomo was wondering who was supposed to pay the rest.

On Friday, It's Just Lunch International, a dating service, settled with Cuomo's office, which alleged the company was overcharging its customers. The company will pay fines and court costs in addition to business reforms.

"State laws limit how much a dating service may charge, and also require that consumers be provided with numerous other protections," Attorney General In-Charge of the Buffalo Regional Office Russ Ippolito said. "With this agreement, It's Just Lunch will change its business practices and offer fair contracts that clearly spell out rights to New York consumers."



Cuomo

Previously, It's Just Lunch charged clients $1,500 for two six-month contracts signed at the same time that ran consecutively. Cuomo claims this was a way around a state law that limits the amount a consumer can be charged for a social referral service to $1,000 per year.

Cuomo also said the contracts violated state law by prohibiting consumers from filing lawsuits against the company and by failing to provide many consumer-friendly provisions, like a guarantee of a number of referrals.

It's Just Lunch and three state franchises agreed to stop exceeding the yearly $1,000 limit and bring their contracts into full compliance with state laws. Also, the company will provide three free social referrals to clients who paid more than $1,000 and simultaneously signed two contracts after Jan. 1, 2006.

Each franchise will pay a $6,000 fine and $1,000 in costs, totaling $21,000. It's Just

### Home

LNLBlog.com

State AGs
State Supreme Courts
U.S. Supreme Court

Hot Topics
Asbestos
Big Pharma
Gasoline prices
Global warming
Hurricane Katrina
Lead paint
Sub-Prime Mortgages
Tobacco
Vioxx

### Browse By State

[         ▾] Go▸

### Browse By AG

[          ▾]

### Browse By Date

October '07
September '07
August '07
July '07
June '07
May '07
April '07
March '07
February '07
January '07
December '06
November '06

## Legal Newsline-- Related Headlines

- Illinois AG begs off Governor v. Speaker 'family' dispute - FRIDAY, OCTOBER 05, 2007
- Blumenthal celebrating Internet TV ruling - THURSDAY, OCTOBER 04, 2007
- Nixon wants ballot battle over illegals, credits, claim foes - THURSDAY, OCTOBER 04, 2007
- Colo. miners dispute Suthers' logic on coal-tax changes - THURSDAY, OCTOBER 04, 2007
- Business group wants McGraw money given to Workers' Comp - THURSDAY, OCTOBER 04, 2007
- Ohio AG's staff hustled lawyers to file campaign pledges - THURSDAY, OCTOBER 04, 2007
- Nixon says state liable for campaign trips, not commute - WEDNESDAY, OCTOBER 03, 2007
- Brown jumps from land to sea as state GHG war spreads - WEDNESDAY, OCTOBER 03, 2007
- McDaniel to push Ark. lawmakers on campaign-fund laws - TUESDAY, OCTOBER 02, 2007
- State Farm settles case in Fla. - TUESDAY, OCTOBER 02, 2007

Home | News | Blog | Contact Us | About Us

© 2007 LegalNewsLine.com. All Rights Reserved.

**Exhibit J**

**IT'S JUST LUNCH! INC.**
52 Vanderbilt Avenue, #901
New York, NY 10022
View Location Map

**Original Business Start Date:** 1/1/1993
**Phone Number:** (212) 750-8899
**Fax Number:** (212) 644-3798
**Website:** www.itsjustlunch.com
**Type of Business:** Dating Service
**Membership Status:** This company is not a member.

The information in this report has either been provided by the company, or has been compiled by the Bureau from other sources.

**Customer Experience**

The company's size, volume of business, and number of transactions may have a bearing on the number of complaints received by the BBB. The number of complaints filed against a company may not be as important as the type of complaints, and how the company handled them. The BBB generally does not pass judgment on the validity of complaints filed.

**Complaint Outcome Statistics:**

| COMPLAINT OUTCOME | LAST 12 MONTHS | LAST 12..36 MONTHS | TOTAL |
|---|---|---|---|
| Resolved<br>*Consumer received the requested resolution* | 3 | 3 | 6 |
| Resolved<br>*Consumer received part of the requested resolution* | 1 | 2 | 3 |
| **TOTAL** | **4** | **5** | **9** |

**Complaint Issues:**

*Please understand that complaints may concern more than one issue*

| COMPLAINT ISSUE | LAST 12 MONTHS | LAST 12..36 MONTHS | TOTAL |
|---|---|---|---|
| Advertising Issues | 1 | 1 | 2 |
| Delivery Issues | 0 | 2 | 2 |
| Product Quality | 1 | 0 | 1 |
| | | | |

Case 1:07-cv-09227-SHS-KNF    Document 30-3    Filed 08/05/2008    Page 35 of 37

| | | | |
|---|---|---|---|
| Service Issues | 2 | 2 | 4 |
| **TOTAL** | **4** | **5** | **9** |

## Government Actions

On July 6, 2007, Attorney General Andrew Cuomo announced a settlement with It's Just Lunch International and its three New York franchises for exceeding the limit a consumer can be charged for social referral services. The company will pay fines and costs to the state totaling $21,000 and reform its business practices.

## Additional Business Names

*This firm also does business under the following names. This is not necessarily a complete list.*

   Harry and Sally Inc.
   It's Just Lunch

**Report as of:** 10/8/2007

Copyright © 2007 BBB of Metropolitan New York, Inc.

As a matter of policy, the Better Business Bureau does not endorse any product, service, or company. BBB reports generally cover a three-year reporting period, and are provided solely to assist you in exercising your own best judgment. Information contained in this report is believed reliable but not guaranteed as to accuracy. Reports are subject to change at any time.

The Better Business Bureau reports on members and non-members. Membership in the BBB is voluntary, and members must meet and maintain BBB standards. If a company is a member of the BBB, it is stated in this report.

**Exhibit K**

**NEW YORK MAGAZINE**
**JULY 2-9, 2007**



**NEW YORK MAGAZINE**
**OCTOBER 8, 2007**



**NEW YORK MAGAZINE**
**- OCTOBER 1, 2007**

