**EXHIBIT A**

# ConsumerAffairs.com

*Wikipedia is sustained by people like you. Please donate today.*

From Wikipedia, the free encyclopedia

**ConsumerAffairs.com** is a consumer advocacy and complaints site that defines itself as an "independent consumer news center".[1]

The site publishes original and reprinted stories on consumer-related topics. The site compiles "consumer news, recall information and thousands of pages of consumer complaints," along with original articles, press releases and alerts from the Consumer Product Safety Commission and other public sources. While free to the reader, ConsumerAffairs.com generates a profit from advertisements.[2]

The site also maintains a publicly searchable database of consumer complaints about various products, that can be submitted to the website. The site's FAQ[2] states that those submitting a complaint about a particular product must provide their names and contact information, that the site screens the complaints that are submitted and posts less than five percent of the complaints received. The site provides a response form that companies can use to submit their responses.

The site maintains close relationships with personal injury lawyers, among them Horwitz, Horwitz & Associates in Illinois. Site users are invited to submit complaints about consumer products or services to the site, all complaints are reviewed by class action attorneys and are considered for publication on the site.[3] Site users submitting complaints to ConsumerAffairs.com may be contacted by attorneys "in order to determine whether there is a legal remedy for your complaint"; however, the site offers users the ability to opt out of this feature if they wish.

James R. Hood, a former public affairs executive and Associated Press executive, created the site in 1998.[1]

## References

1. ^ a b "About Us" and contact information,consumeraffairs.com, retrieved March 14, 2008
2. ^ a b FAQ from consumeraffairs.com, retrieved March 14, 2008
3. ^ Otherresources listed at consumeraffaris.com, retrieved March 14, 2008

## External links

- Consumer Affairs website

Retrieved from "http://en.wikipedia.org/wiki/ConsumerAffairs.com"
Hidden category: Wikipedia articles with possible conflicts of interest

- This page was last modified on 24 April 2008, at 23:29.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

**EXHIBIT B**

A status call was given to Jim Tortora on 8/5/8. A coordinator in S.FL called him to check his status. He claimed he was open to meeting someone. The one match she came up with has been in and out of town so nothing has been set up. There are some client relation issues in his past, here in his profile.

Let me know what else I can do from here.

Thank you,

8/26/8 5:27pm

**EXHIBIT C**

It's Just Lunch
1801 Broadway Suite 1420
Denver, CO 80202


Dear Janeen,

For your membership you paid $1600, and part of that fee went toward a non-refundable interview fee of $280.00. After this fee each of the 12 dates comes out to $110 a date, and we will be refunding the remaining dates that you have not been on.

As we agreed I will not count your last date, and therefore will be refunding a pro-rated amount for 8 unused dates. This brings the check amount to $880.00.

Please feel free to contact me if you have any questions.


Sincerely,