Bari Klein, Esq. (BK 5784)
Lewis Brisbois Bisgaard & Smith, LLP
199 Water Street, 25th Floor
New York, New York 10038
Telephone: (212) 232-1404
Email: bklein@lbbslaw.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTINE RODRIGUEZ,
SANDRA BURGA, KAREN MALAK,
JAMES TORTORA, LISA BRUNO,
JANEEN CAMERON,
Individually, and for all others similarly situated,

      Plaintiffs,

IT'S JUST LUNCH INTERNATIONAL
IT'S JUST LUNCH, INC. and HARRY and
SALLY, INC.

      Defendants.
-----------------------------------------------------------X

Case No.: 07-CV-9227

**NOTICE OF MOTION
TO DISMISS**

  **PLEASE TAKE NOTICE** that upon the annexed declaration of Bari Klein, Esq., dated August 29, 2008, and the accompanying memorandum of law, and upon all the pleadings heretofore had herein, defendants IT'S JUST LUNCH & HARRY and SALLY, INC., will move this Court, before the Honorable Stein, U.S. District Judge at the U.S. District Court for the Southern District of New York, located at 500 Pearl Street, New York, on a date, time and place to be determined by the Court, for an order dismissing the complaint in its entirety.

Dated: New York, New York
   August 29, 2008

              Respectfully submitted,

              LEWIS BRISBOIS BISGAARD & SMITH, LLP

              By: _____

4811-7651-6866.1

                                          Bari Klein (BK 5784)
                                        Attorneys for Defendants
                                        *Bari Klein, Esq.*
                                        199 Water St., 25th Floor
                                        New York, NY 10038
                                        P: (212) 232-1300 / F: (212) 232-1399

TO:   Balestriere Lanza PLLC
       *Attorneys for Plaintiff(s)*
       225 Broadway - Suite 2900
       New York, New York 10007
       *Attention: Jon Norinsberg*

4811-7651-6866.1