UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTINE RODRIGUEZ, ET AL.,

        Plaintiffs,

    -against-

IT'S JUST LUNCH INT'L, ET AL.,

        Defendants.

------------------------------------------------------------X

ORDER

07 Civ. 9227 (SHS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephonic status conference was held with counsel to the respective parties on June 8, 2009. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that all discovery is stayed pending the resolution of outstanding dispositive motions.

Dated: New York, New York
       June 8, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE