# MEMO ENDORSED



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE RODRIGUEZ,
SANDRA BURGA, KAREN MALAK,
JAMES TORTORA, LISA BRUNO,
JANEEN CAMERON, KAREN MCBRIDE,
and ANDREW WOOLF,
Individually, and for all other similarly
situated,

    Plaintiffs,

-against-

IT'S JUST LUNCH INTERNATIONAL,
IT'S JUST LUNCH, INC., HARRY and
SALLY, INC., IJL NEW YORK CITY
FRANCHISE, IJL ORANGE COUNTY
FRANCHISE, IJL CHICAGO FRANCHISE,
IJL PALM BEACH FRANCHISE, IJL
DENVER FRANCHISE, IJL AUSTIN
FRANCHISE, IJL LOS ANGELES-CENTURY
CITY FRANCHISE, and DOES 1-136,

    Defendants.

Case No.: 07-CV-9227 (SHS)(KNF)



## STIPULATION OF FRANCHISES

IT IS HEREBY STIPULATED AS FOLLOWS:

1. All parties agree that the Second Amended Complaint served on the three Defendant It's Just Lunch ("IJL") Franchises: Orange County, Denver, and Austin, is identical to the Second Amended Complaint served on April 1, 2009 against Defendants IJL and Harry and Sally, Inc.

2. Pursuant to the Endorsed Letter on August 17, 2009, all parties agree that all the arguments urged in support of and in opposition to the pending motion to dismiss

are extended to the three Defendant IJL Franchises: Orange County, Denver, and Austin.

Dated: October 13, 2009
New York, New York

BALESTRIERE LANZA PLLC

By: _____
John Balestriere (JB-3247)
Craig Stuart Lanza (CL-2452)
225 Broadway
Suite 2900
New York, New York, 10007
(212) 374-3404

*Attorneys for Plaintiffs
Christine Rodriquez, Sandra Burga,
Karen Malak, James Tortora, Lisa
Bruno, Janeen Cameron, Karen
Mcbride, and Andrew Woolf*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Bari Klein (BK-5784)
John L. Doody, Esq (JD-0552)
199 Water Street
Suite 2500
New York, New York 10038
(212) 232-1300

*Attorneys for the Defendants
It's Just Lunch International, It's Just
Lunch Inc., and Harry and Sally, Inc.*

SO ORDERED: 10/22/09

_____
Hon. Kevin Nathaniel Fox
United States Magistrate Judge