UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  :
CHRISTINE RODRIGUEZ, ET AL.,
  :
        Plaintiffs,
  :
     -against-                                    **ORDER**
  :     07 Civ. 9227 (SHS)(KNF)
IT'S JUST LUNCH INT'L, ET AL.,
  :
        Defendants.
  :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       On December 15, 2009, the plaintiffs filed a motion for costs and fees associated with effecting service of process, pursuant to Rule 4(d) of the Federal Rules of Civil Procedure. IT IS HEREBY ORDERED that: (1) on or before January 20, 2010, the defendants file and serve any response to the motion; and (2) on or before January 27, 2010, the plaintiffs file and serve any reply.

Dated: New York, New York
       December 23, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE