Fox, J

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE RODRIGUEZ,
SANDRA BURGA, KAREN MALAK,
JAMES TORTORA, LISA BRUNO,
JANEEN CAMERON, KAREN MCBRIDE and
ANDREW WOOLF,
Individually, and for all others similarly situated,

          Plaintiffs,

IT'S JUST LUNCH INTERNATIONAL
IT'S JUST LUNCH, INC., HARRY and
SALLY, INC., RIVERSIDE COMPANY,
LOREN SCHLACHET, IJL NEW YORK CITY
FRANCHISE, IJL ORANGE COUNTY
FRANCHISE, IJL CHICAGO FRANCHISE,
IJL PALM BEACH FRANCHISE, IJL DENVER
FRANCHISE, IJL AUSTIN FRANCHISE, IJL
LOS ANGELES-CENTURY CITY FRANCHISE,
and DOES 1-136,

          Defendants.



RECEIVED
DEC 13 2010
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

Case No.: 07-CV-9227 (SHS)(KNF)



12/16/10

### STIPULATION AND PROTECTIVE ORDER REGARDING
### CONFIDENTIAL INFORMATION PRODUCED BY SUBPOENAED NON-PARTIES

      WHEREAS, on, or about October 20, 2010, plaintiffs in the above-referenced action, Christine Roridguez, et al. ("Plaintiffs"), served separate Subpoenas upon non-parties Jones Day and The Riverside Company (the "Subpoenaed Parties") requesting the production of documents;

      WHEREAS, the Subpoenaed Parties each asserted objections to the Subpoena, and thereafter Plaintiffs and the Subpoenaed Parties reached agreements upon document productions which will be deemed to satisfy the Subpoenaed Parties' respective obligations to respond to the Subpoenas;

NYI-4329527v1            1

WHEREAS, the agreements require production of documents that the Subpoenaed Parties deem to be business sensitive, confidential information;

WHEREAS, on or about June 11, 2010, Plaintiffs and the defendants in the above-captioned action, It's Just Lunch International, et al. (the "Defendants"), entered into a Stipulation and Protective Order which provided, *inter alia*, confidentiality protection over documents which a producing party designated as confidential, which Protective Order Magistrate Judge Kevin N. Fox So Ordered on June 11, 2010 (the "June 11, 2010 Protective Order"); and

WHEREAS, Plaintiffs, Defendants and the Subpoenaed Parties agree that the terms of the June 11, 2010 Protective Order should apply to any document production made by the Subpoenaed Parties; THEREFORE,

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the Plaintiffs, Defendants and Subpoenaed Parties, as follows:

The June 11, 2010 Protective Order shall apply to the forthcoming document production to be made by the Subpoenaed Parties. The Subpoenaed Parties may designate documents as Confidential under the terms of the June 11, 2010 Protective Order, and the Plaintiffs and Defendants shall treat any designated documents accordingly. Plaintiffs and Defendants agree that the Subpoenaed Parties shall have standing to enforce any breach of this or the June 11, 2010 Protective Order, and/or to seek appropriate remedies in the event of a breach.

SO ORDERED ON _____, 2010

HONORABLE KEVIN N. FOX

SO STIPULATED

LEWIS BRISBOIS BISGAARD & SMITH

By: _____
John L. Doody, Esq. (JD-0552)
Bari Klein, Esq. (BK-5784)
199 Water Street, Suite 2500
New York, NY 10038
(212) 232-1300

*Attorneys for Defendants*

BALESTRIERE FARIELLO

By: _____
John Balestriere (JB-2900)
225 Broadway, Suite 2700
New York, NY 10007
(212) 791-5396

*Attorneys for Plaintiffs*

JONES DAY

By: Mark R. Seiden /SEB
Mark R. Seiden (MS-3529)
222 East 41st Street
New York, NY 10017
(212) 326-3939

*Attorneys for Subpoenaed Non-Parties
The Riverside Company and
Jones Day*

SO ORDERED: 12/16/10

_____
Kevin Nathaniel Fox
U.S.M.J.