Case 1:07-cv-09227-SN Document 135 Filed 01/24/11 Page 1 of 1

# JON L. NORINSBERG
ATTORNEY AT LAW
TRANSPORTATION BUILDING
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007



JAN 18 2011

KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

BRONX OFFICE
5626 POST ROAD
BRONX, NEW YORK 10471
TEL (718) 432-3018
FAX (718) 432-0070

TEL (212) 791-5396
(212) 791-5397
FAX (212) 406-6890
E-MAIL: NORINSBERG@AOL.COM

January 17, 2011

Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 540
New York, New York 10007

MEMO ENDORSED

Re: **Rodriguez, et al., v. It's Just Lunch International, et al.**
**Index No.: 07-CV-9227 (SHS) (KNF)**

Your Honor:

I represent plaintiffs in the above putative class action. I write now on behalf of both parties to request that the claims of Sandra Burga and Karen McBride, two of the named plaintiffs in this action, be discontinued with prejudice under Rule 41(a)(2). The reason for this application is that neither Ms. Burga nor Ms. McBride were able to appear for depositions in this action, despite our repeated efforts to arrange for same. Given this fact, it is respectfully submitted that the individual actions of Ms. Burga and Ms. McBride should be discontinued with prejudice.[1]

I thank the Court for consideration of this request.

Respectfully submitted,

Jon L. Norinsberg

1/24/11
So ordered.

cc: Bari Klein, Esq.
Balestriere Fariello, PLLC

---

[1] There are still five remaining plaintiffs in this action: Lisa Bruno, James Tortora, Janeen Cameron, Karen Malak and Christine Rodriguez. All of these plaintiffs appeared for their depositions and fully responded to defendants' discovery demands.