UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE RODRIGUEZ, SANDRA BURGA, KAREN MALAK, JAMES TORTORA, LISA BRUNO, JANEEN CAMERON, KAREN MCBRIDE and ANDREW WOOLF, Individually, and for all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　- against -<br><br>IT'S JUST LUNCH INTERNATIONAL, IT'S JUST LUNCH, INC., HARRY and SALLY, INC., RIVERSIDE COMPANY, LOREN SCHLACHET, IJL NEW YORK CITY FRANCHISE, IJL ORANGE COUNTY FRANCHISE, IJL CHICAGO FRANCHISE, IJL PALM BEACH FRANCHISE, IJL DENVER FRANCHISE, IJL AUSTIN FRANCHISE, IJL LOS ANGELES-CENTURY CITY FRANCHISE, and DOES 1-136,<br><br>　　　　　　　　　　Defendants. | 07-CV-9227 (SHS)<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that, Peter T. Shapiro hereby appears in the above-captioned action as counsel for defendants It's Just Lunch International, It's Just Lunch, Inc. and Harry and Sally, Inc. and respectfully requests that all communications in this matter be directed to his attention at the address set forth below.

Dated:　New York, New York
　　　　May 6, 2013

　　　　　　　　　　　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

　　　　　　　　　　　　　　　By:　　_/s/ Peter T. Shapiro_
　　　　　　　　　　　　　　　　　　　　Peter T. Shapiro, Esq.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants It's Just Lunch*
　　　　　　　　　　　　　　　　　　　　*International, It's Just Lunch, Inc. and Harry*
　　　　　　　　　　　　　　　　　　　　*and Sally, Inc.*

4829-0391-2979.1

77 Water Street, Suite 2100
New York, New York  10005
212-232-1300
pshapiro@lbbslaw.com

TO:  John Balestriere, Esq.
BALLESTRIERE FARIELLO
225 Broadway, Suite 2900
New York, NY  10007

4829-0391-2979.1

## CERTIFICATE OF SERVICE

Peter T. Shapiro, an attorney duly admitted to practice before this court, certifies that on May 6, 2013, he caused to be served and filed via ECF his Notice of Appearance.

_____
Peter T. Shapiro

4829-0391-2979.1