USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/17/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINE RODRIGUEZ, SANDRA
BURGA, KAREN MALAK, JAMES
TORTORA, LISA BRUNO, JANEEN
CAMERON, KAREN MCBRIDE, and
ANDREW WOOLF, Individually and for all
other similarly situated,

                    Plaintiffs,

        -against-

IT'S JUST LUNCH, INTERNATIONAL, IT'S
JUST LUNCH, INC., HARRY AND SALLY,
INC., RIVERSIDE COMPANY, LOREN
SCHLACHET, IJL NEW YORK CITY
FRANCHISE, IJL ORANGE COUNTY
FRANCHISE, IJL CHICAGO FRANCHISE,
IJL PALM BEACH FRANCHISE, IJL DENVER
FRANCHISE, IJL AUSTIN FRANCHISE, IJL
LOS ANGELES-CENTURY CITY
FRANCHISE, and DOES 1–136,

                    Defendants.

---

07 Civ. 9227 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The Court having received a letter from defendants dated May 10, 2013, a letter from plaintiffs dated May 14, 2013, and a second letter from defendants dated May 17, 2013, it is hereby ordered that:

    a) Defendants' request that the GBL § 349 claim in the Third Amended Complaint be dismissed for failure to amend the caption is denied;

    b) Defendants' answer to the Third Amended Complaint is overdue and shall be filed on or before May 21, 2013; and

c) The Clerk of Court is directed to amend the caption to read as follows:

> CHRISTINE RODRIGUEZ, SANDRA BURGA, KAREN MALAK, JAMES TORTORA, LISA BRUNO, JANEEN CAMERON, KAREN MCBRIDE, ANDREW WOOLF, and BRAD BEROKWITZ, Individually and for all other similarly situated,
>
> > Plaintiffs,
>
> > -against-
>
> IT'S JUST LUNCH, INTERNATIONAL, IT'S JUST LUNCH, INC., HARRY AND SALLY, INC., RIVERSIDE COMPANY, LOREN SCHLACHET, IJL NEW YORK CITY FRANCHISE, IJL ORANGE COUNTY FRANCHISE, IJL CHICAGO FRANCHISE, IJL PALM BEACH FRANCHISE, IJL DENVER FRANCHISE, IJL AUSTIN FRANCHISE, IJL LOS ANGELES-CENTURY CITY FRANCHISE, and DOES 1–136,
>
> > Defendants.

Dated:   New York, New York
         May 17, 2013

SO ORDERED:

Sidney H. Stein, U.S.D.J.

2