John G. Balestriere
Jon L. Norinsberg
**BALESTRIERE FARIELLO**
225 Broadway, Suite 2900
New York, NY 10007
Telephone: 212-374-5401
Fax: 212-208-2613
john.balestriere@balestrierefariello.com
jon.norinsberg@balestrierefariello.com
*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHRISTINE RODRIGUEZ, SANDRA BURGA, KAREN MALAK, JAMES TORTORA, LISA BRUNO, JANEEN CAMERON, KAREN McBRIDE, ANDREW WOOLF, and BRAD BERKOWITZ,** Individually, and for all others similarly situated,<br><br>                Plaintiffs,<br><br>        - against –<br><br>**IT'S JUST LUNCH INTERNATIONAL, IT'S JUST LUNCH, INC., HARRY and SALLY, INC, RIVERSIDE COMPANY, LOREN SCHLACHET, IJL NEW YORK CITY FRANCHISE, IJL ORANGE COUNTY FRANCHISE, IJL CHICAGO FRANCHISE, IJL PALM BEACH FRANCHISE, IJL DENVER FRANCHISE, IJL AUSTIN FRANCHISE, IJL LOS ANGELES-CENTURY CITY FRANCHISE, and DOES 1-136**,<br><br>                Defendants. | Index No.: 07-CV-9227 (SHS)(KNF)<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION FOR APPOINTMENT OF REPRESENTATIVE AND CLASS COUNSEL** |

**PLEASE TAKE NOTICE** that, upon Plaintiffs' Memorandum of Law in Support of Their Motion for Class Certification for Appointment of Representative and Class Counsel and all the papers and proceedings heretofore had herein, the Plaintiffs will move this court before the Honorable Sidney H. Stein, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order approving class certification and appointing class representatives and class counsel.  Answering papers, if any, must be filed and served by August 23, 2013, and the motion must be fully submitted by September 27, 2013.

Dated: New York, New York  
       July 18, 2013

Respectfully submitted,

_____  
John G. Balestriere  
Jon Norinsberg  
**BALESTRIERE FARIELLO**  
225 Broadway, Suite 2900  
New York, NY 10007  
Telephone: (212) 374-5401  
Facsimile: (212) 208-2613  
john.balestriere@balestrierefariello.com  
*Attorneys for Plaintiffs and the Class*

AFFIDAVIT OF SERVICE

STATE OF New York     )
                      ) ss.:
COUNTY OF New York    )

    I, the undersigned, being duly sworn, say: I am not a party to the action, am over eighteen (18) years of age and reside in New York.

    On July 18, 2013, I served the within Memorandum of Law in Support of Plaintiff's Motion for Class Certification for Appointment of Representative and Class Counsel, and the Declaration of John G. Balestriere in Support of Plaintiffs' Motion for Class Certification for Appointment of Plaintiffs' with Supporting Exhibits:

    by transmitting a copy to the following persons via ECF and email on Thursday, July 18, 2013, at the address set forth after each name below, which was designated by the attorney for such purpose.

Bari Klein, Esq.
**Lewis Brisbois Bisgaard & Smith LLP**
199 Water Street, 25th Floor
New York, NY 10021
Telephone: (212) 232-1300
Facsimile: (212) 232-1399
bklein@lbbslaw.com
*Attorneys for Defendant*

Philip Menchaca

Sworn to before me on this
18th day of July 2013

MARC JUSTIN NATALE
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01NA6244836
COMM. EXP. 7/11/2015