UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHRISTINE RODRIGUEZ, SANDRA BURGA, KAREN MALAK, JAMES TORTORA, LISA BRUNO, JANEEN CAMERON, KAREN McBRIDE, ANDREW WOOLF,** and **BRAD BERKOWITZ,** Individually, and for all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>**IT'S JUST LUNCH INTERNATIONAL, IT'S JUST LUNCH, INC., HARRY and SALLY, INC, RIVERSIDE COMPANY, LOREN SCHLACHET, IJL NEW YORK CITY FRANCHISE, IJL ORANGE COUNTY FRANCHISE, IJL CHICAGO FRANCHISE, IJL PALM BEACH FRANCHISE, IJL DENVER FRANCHISE, IJL AUSTIN FRANCHISE, IJL LOS ANGELES-CENTURY CITY FRANCHISE,** and **DOES 1-136**,<br><br>Defendants. | Index No.: 07-CV-9227 (SHS)(KNF)<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒ I have cases pending        ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for John Balestriere.

I am an attorney and my SDNY Bar Number is: JB2900
My State Bar Number is: 2952190

I will continue to be counsel of record on the above-entitled case.

FIRM INFORMATION

OLD FIRM:   Balestriere, Fariello & Abrams LLP
            225 Broadway
            29th Floor
            Phone: 212-374-5400
            Fax: 212-208-2613

NEW FIRM:  Balestriere Fariello
225 Broadway
29th Floor
Phone: 212-374-5400
Fax: 212-208-2613


Dated: New York, New York
April 29, 2014

_____
John Balestriere
**BALESTRIERE FARIELLO**
225 Broadway, Suite 2700
New York, New York 10007
Telephone: (212) 374-5401
john.balestriere@balestrierefariello.com
*Attorneys for Plaintiffs and the Class*

# AFFIDAVIT OF SERVICE

STATE OF New York        )
                         ) ss.:
COUNTY OF New York       )

I, the undersigned, being duly sworn, say: I am not a party to the action, am over eighteen (18) years of age and reside in New York.

On April 29, 2014, I served the foregoing Notice of Change of Address:

by transmitting a copy to the following persons via ECF and email on Tuesday, April 29, 2014, at the address set forth after each name below, which was designated by the attorney for such purpose.

Peter Shapiro, Esq.
77 Water Street
Suite 2100
New York, NY 10005
peter.shapiro@lewisbrisbois.com

_____
Philip Menehaca

Sworn to before me on this
29th day of April 2014

_____
Notary Public

Jillian Lee McNeil
Notary Public State of New Yc
Kings County
Reg No. 02MC6279034
Comm. Exp. 4/8/17