UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE RODRIGUEZ, SANDRA BURGA, KAREN MALAK, JAMES TORTORA, LISA BRUNO, JANEEN CAMERON, KAREN MCBRIDE and ANDREW WOOLF, Individually, and for all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>IT'S JUST LUNCH INTERNATIONAL, IT'S JUST LUNCH, INC., HARRY and SALLY, INC., RIVERSIDE COMPANY, LOREN SCHLACHET, IJL NEW YORK CITY FRANCHISE, IJL ORANGE COUNTY FRANCHISE, IJL CHICAGO FRANCHISE, IJL PALM BEACH FRANCHISE, IJL DENVER FRANCHISE, IJL AUSTIN FRANCHISE, IJL LOS ANGELES-CENTURY CITY FRANCHISE, and DOES 1-136,<br><br>Defendants. | 07-CV-9227 (SHS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that, Brian Pete hereby appears in the above-captioned action as counsel for defendants It's Just Lunch International, It's Just Lunch, Inc. and Harry and Sally, Inc. and respectfully requests that all communications in this matter be directed to his attention at the address set forth below.

Dated:  New York, New York
        June 5, 2014

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/_____
Brian Pete, Esq.
*Attorneys for Defendants It's Just Lunch International, It's Just Lunch, Inc. and Harry and Sally, Inc.*

4836-0506-4219.1

                                              77 Water Street, Suite 2100  
                                              New York, New York  10005  
                                              212-232-1300  
                                              Brian.pete@lewisbrisbois.com

TO:    John Balestriere, Esq.  
         BALLESTRIERE FARIELLO  
         225 Broadway, Suite 2900  
         New York, NY  10007

4836-0506-4219.1

## CERTIFICATE OF SERVICE

    Brian Pete, an attorney duly admitted to practice before this court, certifies that on June 5, 2014, he caused to be served and filed via ECF his Notice of Appearance.

/s/<br>
Brian Pete

4836-0506-4219.1