UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CHRISTINE RODRIGUEZ, individually and for     :
all others similarly situated, *ET AL.*,

                                  :

               Plaintiffs,

                                  :

       -against-

                                  :

IT'S JUST LUNCH INTERNATIONAL, *ET AL.*,

                                  :

              Defendants.
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/14

07-Cv-9227 (SHS)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

     The above entitled action is referred to the newly designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute*: | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | Purpose: |
| X Settlement* | ___ Habeas Corpus |
| ___ Inquest After Default/Damages Hearing | ___ Social Security |
| | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

Dated: New York, New York
      July 10, 2014

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

* Do not check if already referred for general pretrial.