Stefan Savic
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:    (646) 912-8464
Facsimile:     (212) 208-2613
stefan.savic@balestrierefariello.com
*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHRISTINE RODRIGUEZ, SANDRA BURGA, KAREN MALAK, JAMES TORTORA, LISA BRUNO, JANEEN CAMERON, KAREN McBRIDE, ANDREW WOOLF, and BRAD BERKOWITZ, individually, and for all others similarly situated, | Index No. 07-CV-9227 (SHS) |
| Plaintiffs, | NOTICE OF APPEARANCE |
| - against - | |
| IT'S JUST LUNCH INTERNATIONAL, IT'S JUST LUNCH, INC., HARRY and SALLY, INC, RIVERSIDE COMPANY, LOREN SCHLACHET, IJL NEW YORK CITY FRANCHISE, IJL ORANGE COUNTY FRANCHISE, IJL CHICAGO FRANCHISE, IJL PALM BEACH FRANCHISE, IJL DENVER FRANCHISE, IJL AUSTIN FRANCHISE, IJL LOS ANGELES-CENTURY CITY FRANCHISE, and DOES 1-136, | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned attorney, Stefan Savic, of the firm Balestriere Fariello, whose address is 225 Broadway, 29th Floor, New York, New York,

10007, whose telephone number is (646) 912-8464, whose facsimile number is (212) 208-2613, and whose email address is stefan.savic@balestrierefariello.com, does hereby represent Plaintiffs and the Class in the above-captioned matter. Please direct all further notices and copies of pleadings, papers, and other materials relevant to this action to Stefan Savic.

Dated: November 10, 2014  
      New York, New York

Respectfully submitted,

_____  
Stefan Savic