

**John Balestriere**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5401
F: +1-212-208-2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

May 4, 2015

**VIA ECF**
Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan - United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Rodriguez, et al. v. It's Just Lunch International, et al.*,
            Index No.: 07-CV-9227 (SHS)(KNF)

Dear Judge Stein:

    I am Class Counsel in the above-referenced matter and I write concerning the status of the proposed settlement agreement, fully submitted to the Court on December 5, 2014. The Parties are ready to continue working on the settlement proceedings with the claim administrators, consistent with the schedule and terms agreed to between Parties on December 5, 2014.

    I remain available if the Court requires further information or wishes to schedule a conference to address the proposed settlement.

                                                          Respectfully submitted,

                                                           John G. Balestriere

cc:    Philip Menchaca (via e-mail: philip.menchaca@balestrierefariello.com)
       Jon Norinsberg, Esq. (via e-mail: jon.norinsberg@balestrierefariello.com)
       Stefan Savic, Esq. (via e-mail: stefan.savic@balestrierefariello.com)
       Peter Shapiro, Esq. (via email: peter.shapiro@lewisbrisbois.com)