

**John Balestriere**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5401
F: +1-212-208-2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

September 30, 2015

**VIA ECF**
Hon. Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan – United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Rodriguez et al. v. It's Just Lunch International et al.*,
            Index No.: 07-CV-9227 (SHS)(SN)

Dear Judge Stein:

    My firm represents the Class in the above-referenced matter, and I write to update the Court on the Parties' progress in revising the language of the proposed settlement agreement and notices, pursuant to Your Honor's comments at the September 3, 2015 conference.

    The Parties are working closely to address the Court's comments and concerns, and plan to submit an updated proposed settlement agreement and updated notices as soon as possible, ideally within a week.

                                                               Respectfully,

                                                              John Balestriere

cc:    Tracie Goldsmith (via email: tracie.goldsmith@balestrierefariello.com)
        Jon Norinsberg, Esq. (via email: jon.norinsberg@balestrierefariello.com)
        Stefan Savic, Esq. (via email: stefan.savic@balestrierefariello.com)
        Peter Shapiro, Esq. (via email: peter.shapiro@lewisbrisbois.com)