Anna St. John
COMPETITIVE ENTERPRISE INSTITUTE
 CENTER FOR CLASS ACTION FAIRNESS
1899 L Street NW, 12th Floor
Washington, DC 20036
Phone: (917) 327-2392
Email:  anna.stjohn@cei.org

*Attorney for Objector Michael James Barton*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHRISTINE RODRIGUEZ, SANDRA BURGA, KAREN MALAK, JAMES TORTORA, LISA BRUNO, JANEEN CAMERON, KAREN McBRIDE, ANDREW WOOLF,** and **BRAD BERKOWITZ**, individually, and for all others similarly situated,<br><br>                            Plaintiffs,<br><br>   -against-<br><br>**IT'S JUST LUNCH INTERNATIONAL, IT'S JUST LUNCH, INC., HARRY and SALLY, INC, RIVERSIDE COMPANY, LOREN SCHLACHET, IJL NEW YORK CITY FRANCHISE, IJL ORANGE COUNTY FRANCHISE, IJL CHICAGO FRANCHISE, IJL PALM BEACH FRANCHISE, IJL DENVER FRANCHISE, IJL AUSTIN FRANCHISE, IJL LOS ANGELES-CENTURY CITY FRANCHISE,** and **DOES 1-136**,<br><br>                            Defendants. | Index No. 07-CV-9227 (SHS)(SN)<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that the undersigned attorney, Anna St. John, of the non-profit Competitive Enterprise Institute Center for Class Action Fairness, whose address is 1899 L St. NW, 12th Floor, Washington, DC 20036, whose telephone number is (917) 327-2392, and whose email

address is anna.stjohn@cei.org, does hereby represent Objector Michael James Barton in the above-captioned matter. Please direct all further notices and copies of pleadings, papers, and other materials relevant to this action to Anna St. John.

Dated: April 7, 2016
   New Orleans, LA

                Respectfully submitted,

                */s/ Anna St. John*
                Anna St. John

**CERTIFICATE OF SERVICE**

      I, Anna St. John, hereby certify that on April 7, 2016, I filed a true and correct copy of the foregoing Notice of Appearance via the CM/ECF system for the Southern District of New York, thus sending the Notice of Appearance to the Clerk of the Court and also effecting service on all attorneys registered for electronic filing.

Dated:  April 7, 2016

                                                                                        */s/ Anna St. John*
                                                                                          Anna St. John