

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

January 2, 2019                                                                                              File No. 9168.599

<u>VIA ECF</u>
Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY  10007

      Re:    Rodriguez v. It's Just Lunch International, et al.
              07-CV-9227 (SHS)(KNF)

Dear: Judge Stein:

      I represent defendants in this action. I write with the consent of Plaintiffs' counsel to advise that we have today jointly requested that Magistrate Judge Netburn schedule a settlement conference, as a result of recent promising dialogue between counsel. As it is important to defendants to try to settle without the disruption to their business that would be entailed as a result of the dissemination to class members of the approved class notice, we request that the deadline for doing so be extended until February 18, 2018 so that we can schedule and conduct the necessary settlement conference. While defendants share the Court and class counsel's desire to finally conclude this case, if settlement is possible that would be the preferable resolution that will best serve the interests of the parties and the Court. Thank you for your attention to this matter.

                                        Very truly yours,

                                        *Peter T. Shapiro*

                                        Peter T. Shapiro of
                                        LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All counsel. (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA