**BALESTRIERE FARIELLO**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2018

JILLIAN L. MCNEIL
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-646-912-8463
F: +1-212-208-2613
jillian.mcneil@balestrierefariello.com
www.balestrierefariello.com

February 25, 2019

**SENT VIA E-MAIL (Netburn_NYSDChambers@nysd.uscourts.gov)**
Hon. Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Rodriguez, et al. v. It's Just Lunch International, et al.*,
Case No.: 07-CV-9227 (SHS)(KNF)

Dear Judge Netburn:

I am Class Counsel in the above-referenced matter and I write on behalf of all parties to respectfully request an adjournment of the date to file all pre-trial documents while the parties continue to finalize settlement.

The joint pretrial order, proposed jury charges, proposed verdict form, any motions in limine, and proposed voir dire are currently due on March 4, 2019, while the oppositions to any motions in limine are due on March 11. If settlement is successful, then such documents will be unnecessary. In the event settlement discussions break down, then the parties request the opportunity to reschedule these dates at the Court's convenience for a reasonable time before trial.

This is the parties' first request for an adjournment of these dates.

---

The parties' request is GRANTED. The joint pretrial order, proposed jury charges, proposed verdict form, proposed voir dire, and any motions in limine shall be submitted by Monday, April 1, 2019. Oppositions to any motions in limine shall be filed by Monday, April 8, 2019.

**SO ORDERED.**

February 27, 2019                                     _____
New York, New York                                  SARAH NETBURN
                                                                  United States Magistrate Judge