```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHRISTINE RODRIGUEZ, ET AL.,          :
                   Plaintiffs,        :
       -against-                      :      07-Cv-9227 (SHS) (SN)
IT'S JUST LUNCH INTERNATIONAL, ET AL.,:      ORDER OF REFERENCE
                                             TO A MAGISTRATE JUDGE
                   Defendants.        :
-----------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/19

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__X__ Consent under 28 U.S.C. § 636© for all purposes (including trial)

____ Non-Dispositive Discovery Disputes*:

____ Consent under 28 U.S.C. §636© for limited purpose (e.g., dispositive motion, preliminary injunction)

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

Purpose:

____ Settlement*

____ Habeas Corpus

____ Inquest After Default/Damages Hearing

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Dated: New York, New York
       April 8, 2019

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

* Do not check if already referred for general pretrial.