# Exhibit E

**BILLING SUMMARY OF ATTORNEYS AND STAFF WHO BILLED MORE THAN 50 HOURS**

| Staff Member* (*Attorney) | Hours Spent | Approx. Percentage of Total Hours |
|---|---|---|
| Jon Norinsberg* | 2635.45 | 25.8% |
| Stefan Savic* | 1035.9 | 10.13% |
| John Balestriere* | 942.1 | 9.2% |
| SaraAnn Bennett | 912.5 | 8.9% |
| Tracie Goldsmith | 822.4 | 8.0% |
| Philip Menchaca | 724.8 | 7.1% |
| Craig Lanza* | 330.2 | 3.2% |
| Karen Bubelnik | 300.8 | 2.9% |
| Jillian McNeil* | 290.4 | 2.8% |
| Brandon Page* | 253.0 | 2.5% |
| Jacob Deitch | 187.7 | 1.8% |
| Danny Duong | 139.5 | 1.4% |
| Natalie Gurin | 130.9 | 1.3% |
| Mike Zhang | 112.3 | 1.1% |
| Kristine Cangcuesta* | 102.0 | 1.0% |
| Matthew Schmidt* | 98.1 | 1.0% |
| Jillian Hewitt | 93.4 | 0.9% |
| Andrew Bershtein* | 89.9 | 0.9% |
| Christine Tsai | 82.4 | 0.8% |
| Nicole Bursztyn | 72.8 | 0.7% |
| Nathan Gibbs | 68.0 | 0.7% |
| William Holleman* | 65.9 | 0.6% |
| Brian Grossman* | 65.8 | 0.6% |
| Anat Maytal* | 62.1 | 0.6% |