

**JOHN G. BALESTRIERE**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5401
F: +1-212-208-2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

November 11, 2020

**VIA ECF**
Hon. Sarah Netburn
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, New York 10007

      Re:    *Rodriguez, et al. v. It's Just Lunch Int'l, et al.*
               Case No.: 1:07-cv-09227-SN

Dear Judge Netburn:

      As Your Honor may recall, our firm was Class Counsel in the above referenced action (the "SDNY Action"), in which the Court approved a class settlement earlier this year. I write to inform the Court that today our firm initiated a new action against It's Just Lunch International LLC ("IJL") in the Central District of California (the "CDCA Action"), where IJL is based. The case is captioned *Vrugtman, et al. v. It's Just Lunch International LLC*, No. 5:20-cv-02352.

      After the Court approved the settlement of the SDNY Action on March 2, 2020, an objector noticed the appeal in the Second Circuit, which he withdrew on July 24, 2020. The Claims Administrator thereafter began distributing payments to members of the SDNY Action class. After the Court approved the settlement, IJL customers contacted our firm, as they have done for thirteen years since we first filed suit against IJL in October 2007. At least some of those who contacted our firm this year were members of the SDNY Action class. As such, we referred such class members to the Claims Administrator.

      However, by September 2020, we realized that some IJL members contacting us were, in fact, new customers, not covered by the settlement in the SDNY Action. After engaging in investigation and analysis of the claims for the last two months, today we filed the complaint in the CDCA Action.

      If the Court wishes, we are available to further discuss or otherwise provide an update to the Court at any time the Court directs.



                                                  Respectfully,

                                                  John G. Balestriere

cc:     Sophia L. Berg (via email: sophia.berg@balestrierefariello.com)
          Mandeep S. Minhas, Esq. (via email: mandeep.minhas@balestrierefariello.com)
          Michael W. Schmidt, Esq. (via email: michael.schmidt@balestrierefariello.com)
          Peter T. Shapiro, Esq. (via ECF)